United States District Court
Northern District of Florida

Rhonda Fleming
V.                              No. 4:21-cv-325
Warden Erica Strong

Plaintiff's Notice of New Transgender Policy For BOP Correctional Transgender Employees

Plaintiff Re-Urges TRO Relief

The Plaintiff wants the Court to know about new transgender rules for correctional officers.

Biological female correctional officers that identify as "trans-men" are not allowed to pat search and/or strip search female inmates. Conversely, biological male correctional officers that identify as "trans-women" will pat search and/or strip search female inmates.

-1-

The Plaintiff is being transferred to prevent declaratory & injunctive relief from being granted. Defendant Warden does not want the public to know about the immoral, unconstitutional conditions against women.

The transgender policies are bureau-wide, therefore a nationwide injunction is necessary, to protect the Plaintiff and other women. Otherwise, where does this all end?

Respectfully Submitted,

Rhonda Fleming, Plaintiff
5/8/22

-2-

Rhonda Fleming [redacted]
FCI-Tallahassee
PO Box 5000
Tallahassee, FL 32314

United States District Court
Office of the Clerk
111 North Adams Street #322
Tallahassee, FL 32301

Legal Mail

MAY 1 2 2022

32301-773097