UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                Case No.  4:21-cv-325-MW-MJF

ERICA STRONG,
WARDEN OF FCI-TALLAHASSEE,

    Defendant.
_____/

## **DEFICIENCY ORDER**

Plaintiff has submitted for filing a letter addressed to "Clerk." Plaintiff's letter requests that the Clerk "notify the court" of various conditions of Plaintiff's confinement in a jail in Chickasha, Oklahoma. Plaintiff's letter violates the Federal Rules of Civil Procedure and the Local Rules of the United States District Court for the Northern District of Florida in at least the following ways:

- Plaintiff's document fails to include a complete case style and a heading clearly identifying the document. *See* Fed. R. Civ. P. 10(a); N.D. Fla. Loc. R. 5.1(B).

- Plaintiff's document is not an allowed pleading, and is not in the form of a motion. *See* Fed. R. Civ. P. 7(a) (listing authorized pleadings); Fed. R. Civ. P. 7(b)(1) (requiring that a request for a court order be made by motion;

Page 1 of 3

setting forth the requirements for motions). N.D. Fla. Loc. R. 7.1 (prohibiting parties from requesting action of any kind relating to a case by sending a letter).

- Plaintiff's signature block fails to include her address. *See* N.D. Fla. Loc. R. 5.1(E) ("A document filed by a pro se party must include a signature block with the party's handwritten signature, typed or printed name, street address, email address if the party has one, and telephone number if the party has one.").
- Plaintiff's letter includes multiple case numbers. If Plaintiff desires to file the same document in multiple cases, she must submit a separate document for each case. Each document must contain the relevant case number in the case style.

For these reasons, it is **ORDERED** that:

1.    The clerk of the court shall return Plaintiff's letter to her without filing it.

2.    Because the signature block in Plaintiff's letter provides only her name and not her street address, and because Plaintiff has not filed a notice of

change of address with the court, the clerk of the court shall return Plaintiff's letter to her at her address of record.[1]

**SO ORDERED** this 14th day of June, 2022.

                                     /s/ *Michael J. Frank*
                                     **Michael J. Frank**
                                     **United States Magistrate Judge**

---

[1] The postmark on Plaintiff's envelope indicates that it was mailed from Oklahoma City, Oklahoma. The return address on Plaintiff's envelope is: "P.O. Box. 9131, Seminole, FL 33775-9131."