# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RHONDA FLEMING,

v.

ERICA STRONG.

Case No. 4:21-cv-325-MW-MJF

## REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on August 16, 2022

Type of Motion: "Motion to Reconsider"

Filed by Plaintiff  on August 15, 2022  Doc. # 40

JESSICA J. LYUBLANOVITS,
CLERK OF COURT
s/ Jennifer Wood, Law Clerk

Upon consideration of the foregoing, Plaintiff's Motion to Reconsider, Doc. 40, is **DENIED** for these reasons:

(1) Plaintiff's "Motion for Emergency Preliminary Injunctive Relief and Evidentiary Hearing," Doc. 34, was properly denied without prejudice as overbroad. Contrary to what Plaintiff states, her individual-capacity claims against Director Carajval and "Unknown Government Officials" were dismissed. Her federal tort claims also were dismissed. *See* Doc. 17.

(2) Plaintiff's "Motion for Issuance of Ex Parte Temporary Restraining Order," Doc. 39, remains pending.

**SO ORDERED** this 16th day of August, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**