## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

RHONDA FLEMING,

v.

ERICA STRONG.

Case No. 4:21-cv-325-MW-MJF

### REFERRAL AND ORDER

Referred to Magistrate Judge Michael J. Frank on August 19, 2022

Type of Motion: "Motion to Reconsider" mailed for Plaintiff by Norman Forbes in Houston, Texas

Filed by Plaintiff on August 17, 2022  Doc. # 42

JESSICA J. LYUBLANOVITS,
CLERK OF COURT
s/ Jennifer Wood, Law Clerk

Plaintiff's Motion to Reconsider, Doc. 42, is **DENIED** for these reasons:

(1) Plaintiff's "Motion to Reconsider," Doc. 42, is identical to the previous motion she filed on August 15, 2022, Doc. 40, and is denied for the same reasons her previous motion was denied, *see* Doc. 41.

(2) Plaintiff is warned that filing duplicative motions is considered an abuse of process and may be subject to sanctions.

**SO ORDERED** this 22nd day of August, 2022.

/s/ *Michael J. Frank*
**Michael J. Frank**
**United States Magistrate Judge**