TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A

---

FROM: 20446009
TO:
SUBJECT: jason.coody@usdoj.gov
DATE: 09/18/2022 08:30:43 AM

UNITED STATES OF AMERICA
NORTHERN DISTRICT OF FLORIDA

RHONDA FLEMING

V.                                                            4:21-CV-325

WARDEN ERICA STRONG, et al.

PLAINTIFF'S MOTION FOR EX PARTE TEMPORARY RESTRAINING ORDER AND/OR PRELIMINARY INJUNCTION

The Plaintiff files the above referenced Motion, in accordance with the Court's Order on September 14, 2022, instructing the Plaintiff to request "plausible" relief that the Court may grant. In response to the Court's Order and in support of granting a TRO/PI, the Plaintiff presents the following:

ARGUMENTS & AUTHORITIES IN SUPPORT OF ISSUANCE OF TRO/PI

In, Forde v. Baird, 720 F.Supp.2d 170 (D. Conn. 2010), a woman in federal prison, moved the district court to stop male federal correctional officers from pat searching women inmates. Now, in 2022, after the "me, too" movement and the ongoing sexual abuse of federal women inmates, it sounds unbelievable to the general public, that up to 2012, men were allowed to physically search women inmates.

Well, the Plaintiff endured that horrendous policy from 2006 to 2012. The Plaintiff distinctly remembers going on a visit at FPC-Bryan, going into a pat search room, alone, with a male correctional officer. Does this sound like a situation where a woman inmate can be taken advantage of? Of course it does, and many women in federal custody were sexually abused for decades until a woman of faith stepped up and asked the federal courts for relief from this abuse, because it violated her religious beliefs.

Some time in 2014-2015, during the Obama administration, biological male inmates, that are bisexual, still in possession of their genitalia, many serving time for violence against women and other violent crimes (see inmate Peter Langan), were brought to FMC-Carswell.

It was chaos. Numerous women inmates were locked in cells with biological male inmates. Women were exposed to male erections, while locked in cells with men(may the Court excuse the Plaintiff's blunt description). The Plaintiff had to share intimate facilities with male inmates and was regularly threatened by them after she filed a lawsuit to remove them from women's prisons.

In another instance, a large male inmate, became angry at a woman correctional officer and in the middle of a housing unit with 325 women, stripped off his dress, under which he was naked, and threw the dress in the officers face. Back-up for the officer was called. The correctional male officers did not want to touch this man, in fear of being beat up by a LGBTQ individual, who happened to be 6'5" and over 250 pounds. This is a big deal in prison, for male officers and male inmates, not to be beaten by a gay man. It took 10 or more officers to get this naked man out of the unit. They waited until a female employee arrived to handcuff him.

For these reasons, among many others, the Plaintiff is requesting the issuance of a prohibitory TRO and a preliminary injunction. The Plaintiff meets the criteria for relief.

First, there is a strong likelihood of success and this Court has recognized the Fortner v. Thomas, 983 F.2d 1024 (11th Cir. 1993), holding the right to bodily privacy from the opposite sex. Additionally, in Davila v. Gladden, 777 F.23d 1198 (11th Cir. 2015), the Eleventh Circuit recognized the right to religious freedom in prison pursuant to the Religious Freedom Restoration Act(RFRA).

Fortner and Davila are recognized case law precedents. There are no case law precedents, in this Circuit, that recognize a biological male can be a woman, therefore, allowing the violation of bodily privacy rights of the Plaintiff and other women. The

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A
---

Ninth Circuit recognizes bodily privacy of women in custody or supervision of the federal government. See, Jordan v. Gardner, 986 F.2d 1521 (9th Cir. 1992)(holding male correctional officers could not conduct random cross-sex pat searches); Sepulveda v. Ramirez, 967 F.2d 1413 (9th Cir. 1991)(holding male probation officer could not conduct drug test, by watching female urinate). Issuance of a nationwide injunction where bodily privacy is recognized, in every circuit, would protect all women in federal custody. The Plaintiff has presented two prima facie claims which support issuance of the TRO/PI.

The other three prerequisites are meet. The Plaintiff is suffering irreparable harm everyday of her incarceration. She is being denied her right to bodily privacy, suffering emotional pain, and denied the right to practice of sincerely held religious beliefs, which include modesty. Exhibit-A, Article by Jonathan David on Jewish value of modesty. Other women in federal prison would like their religious freedoms to be protected. Exhibit-B, Declaration by federal woman inmate at FCI-Dublin.

The likelihood of future harm is apparent in the fact of sexual abuse of federal women inmates by a former warden and chaplain, not just at FCI-Dublin, but at every federal women's prison under the control of the Department of Justice. The problem of sexual abuse of incarcerated women is at an all time high. Exhibit-C, New Article on the Rape of Women Inmates After Male Inmate Bribe a Guard, at least 28 women sexually assaulted.

Allowing biological males in federal prisons, at least in Florida and Texas will raise the issue of abortions, in states that recognize the sanctity of life. The Plaintiff is 100% against abortion and any of her tax money going to pay for abortions. And, yes the Plaintiff pays taxes whenever she purchases any items from commissary--taxes are included. Exhibit-D, Biological Male Inmate Impregnates Two Women Inmates. Do these women want to have these babies or will abortions be paid for by the taxpayers? It would be a disservice to the public not to grant the injunction requested.

The Defendants will not be harmed by the issuance of this injunction. The Court would be maintaining the status quo, which was the historical norm for hundreds of years, the segregation of males and females in housing units. The FBOP was co-ed at one time, but men and women did not share housing units. There housing was similar to that of university housing of students.

The Plaintiff is support by the Women's Liberation Front and Keep Prisons Single Sex. Exhibit-E, Letter to the former Director of the FBOP on male inmates in women's prisons.

If this issue, in this Circuit, is not directly dealt with, laws in California, will be nationalized. Exhibit-F, The Wall Street Journal, Editorial Page on Male Inmates in Women's Prisons.

RELIEF REQUESTED

The Plaintiff moves the Court for a nationwide injunction to remove all male inmates from women's prisons, however, if this request is too broad, the Plaintiff moves for the following relief:

1. A prohibitory injunction barring the Director of the FBOP from allowing the transfer of any other biological male inmates into women's federal prisons while this case is pending;

2. A prohibitory injunction barring the Director of the FBOP from housing the Plaintiff at any facility where biological male inmates are housed while this case is pending;

3. Court order, instructing the Director of the FBOP and wardens assigned to women's federal prisons, to acknowledge the Order of the Court, in writing; and,

4. Any relief the Court deems necessary.

CONCLUSION

The Plaintiff has made a strong case for a prohibitory, nationwide injunction barring the future transfer of men into women's prisons, to maintain the status quo. This is not just a prison case. What the Court decides will effect whether or not men have a right to be in intimate spaces with little girls in bathrooms.

For the reasons stated,

Respectfully Submitted,

Rhonda Fleming, Plaintiff

2

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A

---

September 18, 2022

FCI-Dublin
#20446-009
5701 8th Street
Dublin, CA 94568

CERTIFICATE OF SERVICE

Service is performed by email to U.S. Attorney Jason Coody at: jason.coody@usdoj.gov and by the electronic filing of this document by the U.S. Clerk.

Rhonda Fleming, Plaintiff

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S

---

FROM: Joe, Tammy
TO: 20446009
SUBJECT: link: 1ba09 (2 of 3)
DATE: 06/08/2021 03:51:38 PM

Modesty is the foundation of Jewish values and is one of the fundamental underpinnings of the Jewish family. It is popularly thought to apply primarily to women, but it is a desirable quality in men as well. Although the term is generally used for relations between men and women, it is meant to apply to people in all situations.

Tzniut means modesty, simplicity, a touch of bashfulness, and reserve. But perhaps above these, it signifies privacy. It is the hallmark of Jewish marriage, and the rabbis refer to it as the specific quality to look for in the ideal mate.

The classical symbol of tzniut is the veil. It bespeaks privacy, a person apart; Isaiah (3:18) calls it tiferet (*glory*). The Assyrians ruled that a harlot may not wear a veil, to imply that she is on public exhibit (Code of Hammurabi). The veil was instinctively donned by Rebecca as soon as she observed her future husband in the distance (Genesis 24:65). That is one reason why the ceremony immediately prior to the wedding celebration is the bedeken, or the veiling of the bride by the groom, who blesses the bride with the ancient words spoken to Rebecca.

The principle of tzniut rejects all nudity, not only in public, but also before family members at home. (Thus one must not pray or recite the Shema prayer while one is naked or standing in the presence of a naked person.) The rejection of nudity recalls Adam and Eve who, after committing the first sin, realized they were naked and instinctively felt ashamed and hid (Genesis 2:25). The same attitude reappears when Noah curses Ham, who saw his father exposed (Genesis 9:21-27).

Tzniut*also implies modesty in dress. Traditionally covered parts of the body should not be exposed, although one can dress stylishly. This attitude issues from a very highly refined sense of shame, an emotion often denigrated today in the name of freedom. Not only did the Bible prohibit removing all clothing, it did not permit wearing any garments belonging to the opposite sex (Deuteronomy 22:5), as this might lead to unnatural lusts, lascivious thoughts, and a freer intermingling between the sexes.

## Modesty is About More than What One Wears

Tzniut*means discreet habits, quiet speech, and affections privately expressed, and infers the avoidance of grossness, boisterous laughter, raucous behavior, even *loud* ornaments. This is not merely a series of behavioral niceties, a sort of Bible's guide to etiquette, but a philosophy of life.

This concept of modesty does not imply a rejection of the body. On the contrary, the Jewish people are taught to respect the body. Hillel [an early rabbinic sage] did not bathe solely for hygienic reasons, but to care for the body*the most magnificent creation of God (Leviticus Rabba 34:3). Rabban Gamaliel [a second century sage], on seeing a beautiful person, praised God (Jerusalem Talmud, Berakhot 9:1). One consequence of this concept is the emphasis on the need for marriage and on healthy sexual relations between husband and wife.

Tzniut was intended to preserve the sanctity of the inner human being from assault by the coarseness of daily life. The Bible (Psalm 45:14) says kol k'vudah bat melekh p'nimah (*the whole glory of the daughter of the king is within**some translate it playfully as *the whole glory of the daughter is the royalty within*). Dignity comes not from exposure and indecent exhibition, but from discretion and the assurance that the human being will be considered a private, sensitive being, not merely a body.

## Modesty's Opposite

The antonym of tzniut*is hefkerut, abandon, looseness, the absence of restraint and inhibition. In its extreme, it is gross immorality, gilui arayot

EX-A-1

1

Case 4:21-cv-00325-MW-MJF   Document 48   Filed 09/27/22   Page 5 of 16

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S
--------------------------------------------------------------------------------

(the uncovering of nakedness). Tzniut is*covering, vulgarity is uncovering. Vulgarity that is repeated ceases to astonish us or to shock our moral sensibilities. Thus the canons of taste have degenerated as immorality has increased. Those who would rather be clothed than exposed are considered square and puritanical, victims of the centuries-old repression of healthy instincts.

Privacy, in contemporary parlance, refers primarily to property. Sarah Handelman observed that *privacy refers to 'property,' not to 'person.' Our homes are our inviolate castles: 'Private Property-No Trespassing.' Our gems, stocks and bonds are hidden away in vaults. But our bodies, and the precious inner jewels of our personalities, are open to all comers. Nothing is inviolable there. God forbid that someone should know your bank balance, but a casual meeting with a stranger at a bar is warrant for immediate sexual intimacy* (Sheina Sarah Handelman, *The Paradoxes of Privacy,* Sh'ma, November 10, 1978).

The [Babylonian] Talmud (Bava Batra 57b) has an interesting comment on privacy as it relates to persons and property: Privacy was required for women who did their laundering in a brook, because they had to uncover their legs. The Talmud ruled that private property rights had to be violated to protect the privacy of persons, *because Jewish women cannot be expected to humiliate themselves at the laundering brook.* Because of such legal decisions, moral principles are still relevant to Jews. It is said (in BT Yevamot 107a) that ein b'not yisrael hefker, (the daughters of Israel are not in a state of abandonment, available for every public use). The vulgarities of society can be symbolized by the biblical phrase nezem zahav b'af hazir (*a gold ring in the swine's snout*). That which is pure gold, the God-given ability to reproduce, is so often used for wading through the public mud.

*A man should always be watchful of the possibility of moral abandonment * for it will cause all he owns to go to waste * as a worm in a sesame plant who eats everything within, without anyone noticing it, and all that is left is the shell* (BT Sotah 3b).. The gradual abandonment of tzniut has proceeded virtually unobstructed and undetected, until all that remains is only an outer shell of morality.

Reprinted with permission from The Jewish Way in Love and Marriage (Jonathan David).

Talmud
Your browser does not support the <code>audio</code> element.
Pronounced: TALL-mud, Origin: Hebrew, the set of teachings and commentaries on the Torah that form the basis for Jewish law. Comprised of the Mishnah and the Gemara, it contains the opinions of thousands of rabbis from different periods in Jewish history.

tzniut
Your browser does not support the <code>audio</code> element.
Pronounced: tznee-YOOT (oo as in boot) or TZNEE-yuss, Origin: Hebrew, modesty, usually referring to the practice of covering one's body with clothing that is

EX-A-2

2

TRULINCS 45724013 - VALLEJO-GALLO, CANDELARIA - Unit: DUB-C-A

---

FROM: 45724013
TO:
SUBJECT: DECLARATION
DATE: 08/24/2022 09:57:36 AM

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA

RHONDA FLEMING

V.                                                          NO. 4:21-CV-325

WARDEN ERICA STRONG, et al.

DECLARATION PURSUANT TO 28 USC SECTION 1746

I, Candelaria Vallejo-Gallo, #45724-013, certify the following is true and correct.

1. I am an inmate at FCI-Dublin.

2. I am a Christian, biological woman.

3. I do not want to serve my prison sentence with biological men. It is against my belief in God.

4. I would prefer to be transferred through the Treaty Transfer Program to my country of Mexico, where this type of thing is not acceptable, to house men and women, in the same prison.

5. I applied for the transfer after I found out that there are biological men in all of the federal women's prisons.

6. The BOP policy is a violation of my rights as a Christian woman and my bodily privacy from men I do not know.

*Candelaria Vallejo Gallo*

EX-B

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A

----

FROM: Forbes, Lawrence
TO: 20446009
SUBJECT: Incarcerated transgender woman Demi Minor impregnates two inmates at NJ prison
DATE: 07/17/2022 12:51:06 PM

A transgender woman behind bars at a New Jersey women's prison impregnated two fellow inmates, prompting officials to move her to a different facility, a report revealed Saturday.

Demi Minor, 27, was moved last month from the Edna Mahan Correctional Facility for Women to the Garden State Youth Correctional Facility a prison for young adults in Burlington County, a New Jersey Department of Corrections spokesman told NJ.com.

Minor, who is serving a 30-year sentence for manslaughter, is in a vulnerable unit in the new facility where she is the only woman, the spokesman said.

Minor wrote in a blog post on the website Justice 4 Demi on July 15 that she was placed on suicide watch at the new facility "due to the fact that I had hung myself in the van." She claimed guards denied her request to be strip-searched by a female DOC officer.

"[NJDOC] have violated my right to be safe and free from sexual harassment, by putting me in one of the most violent youth Correctional facilities," Minor wrote. "While living here at GYSC, I have found my self (sic) under attack by young inmates who are immature and just plain ignorant towards a person like me."

She said she was briefly transferred to New Jersey State Prison, where she "was called he and him well over 30 times," adding, "this has not happened to me in years being referred to primarily as a man."

An earlier post stated that Minor was forcibly removed from the female prison and beaten during the transfer. The DOC declined to comment on the accusations but told NJ..com it was investigating.

"NJDOC cannot comment on any active investigations," the agency said. "The Department has zero tolerance for abuse, and the safety and security of the incarcerated population and staff are of critical importance."

Minor's move comes months after it was revealed that she had impregnated two inmates while locked up at the female prison after engaging in "consensual sexual relationships with another incarcerated person."

In 2021, New Jersey enacted a policy to allow prisoners to be housed in accordance with their preferred gender identity. The policy, which must be in place for at least a year, was part of a settlement from a civil rights suit brought by a woman forced to live in men's prisons for 18 months.

The DOC told NJ.com it still operates under the policy but "the department is currently reviewing the policy for housing transgender incarcerated persons with the intention of implementing minor modifications."

Housing decisions, the spokesman said, "are made within the parameters of the settlement agreement which requires consideration of gender identity and the health and safety of the individual."

Minor will be eligible for parole in 2037, according to the outlet.

EX-C

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A

---

FROM: 20446009
TO: Davis, Ronda
SUBJECT: 28 WOMEN RAPED BY MALE INMATES-CO GAVE KEYS
DATE: 08/08/2022 05:16:58 PM

-----Davis, Ronda on 8/8/2022 3:21 PM wrote:

\>

hey how are you? here are the details you requested. https://shstrendz.com/28-female-inmates-suing-indiana-jail-claiming-they-were-raped-after-male-detainees-bribed-guard/ - 28 Female Inmates Suing Indiana Jail Claim They Were Raped After Male Detainees Bribed Guard - SHSTRENDZClick here - to use the wp menu builder
Search
Sign in
Welcome! Log into your account
your username
your password
Forgot your password? Get help
Create an account
Privacy Policy
Create an account
Welcome! Register for an account
your email
your username
A password will be e-mailed to you.
Privacy Policy
Password recovery
Recover your password
your email
A password will be e-mailed to you.
SHSTRENDZ
Click here - to select or create a menu
Home Celebrity News 28 Female Inmates Suing Indiana Jail Claim They Were Raped After Male...
Celebrity News
28 Female Inmates Suing Indiana Jail Claim They Were Raped After Male Detainees Bribed Guard
By
Staff Writer
-
11:27 AM
0
22
FacebookTwitterPinterestWhatsApp
Advertisement

EX-D-1

Nearly 30 inmates at an Indiana prison said they were raped by male inmates, who bribed guards to allow for a "night of terror," two recent cases alleged.
On Friday, July 22, eight women filed a lawsuit against Clark County Sheriff Jamie Noel and several current and former Clark County Jail officers.
The lawsuit comes a month after another lawsuit was filed by 20 other women regarding the alleged incident. Hey ho! News Reports, citing court records.
The incident in question reportedly occurred on October 23, 2021, when state prison officer David Lowe gave two male inmates the keys to the prison interior for $1,000.
A prison guard took a $1,000 bribe to allow male prisoners access to women's cells
Later that evening, the two prisoners and other detainees entered restricted areas of the prison, where the women are housed, according to the lawsuit.
"Many male detainees used the keys they obtained from Lowe to enter Pods 4 (E) and 4 (F), where they raped, assaulted, harassed, and threatened the plaintiffs and others for several hours, resulting in the plaintiffs in this lawsuit saying US District of Southern District of Indiana: "Significant Physical and Emotional Injury."

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: DUB-C-A

---

In a joint prison for inmates and inmates, just a $1,000 bribe to corrections officer David Lowe by male inmates was all it took to get the keys to open the gates between them. They were raped for hours
There were cameras no one came to help the women. pic.twitter.com/TSEt6jcuPJ
  AubryAndrews ?? (@AubryAndrews) 27 July 2022
The male prisoners allegedly threatened to harm the women if they pressed the emergency call button. Meanwhile, the website reported that no prison officers or guards intervened on their behalf or came to their aid despite the fact that the incident was captured on the CCTV.
Read Also: Brandon McMilla Height, Weight, Net Worth, Age, Birthday, Wikipedia, Who, Nationality, Biography | ReadAdvertisement
The Clark County Police Department has not yet commented on the lawsuit.
A prison officer was fired days after the incident, on charges of aiding an escape, and official misconduct
Lowe was fired just days after the alleged incident and charged with official misconduct, trafficking with a prisoner and aiding in escape, according to the WDRB.
Lowe, who has reportedly admitted accepting a $1,000 bribe and giving male inmates access to restricted areas of the prison, has a criminal jury trial scheduled for September, according to WHAS.
"The women were harassed, sexually assaulted, threatened and utterly terrified," Bart Peto, attorney for one of the plaintiffs, told WTHR. "When I meet each of these women, and they break down over and over again, you get an impression, an understanding of what these women went through."
As of Wednesday, no rape charges had been brought.
20 women filed a lawsuit. Clark County Jail in US District Court in Indiana. 24 October 21 David Lowe sold his key to male prisoners who had raped the women over the course of several hours.
In Canada they only let them in. Tweet embed t.co/lml9AvMD5B pic.twitter.com/82jHG7McIR
  LBirb (@LBirb1) 10 July 2022
The female inmates were punished in the aftermath of the incident, and no rape charges have been brought so far
The female prisoners were in fact punished after the incident, with prison staff leaving lights on for three consecutive days and confiscating blankets, pillows and toiletries.
"The violation of the plaintiffs' constitutional rights was the result not only of one bad actor, Lowe, but also of a systematic failure on behalf of the Clark County sheriff who failed to properly recruit prison staff, train prison officers, and supervise prison officers to ensure that they maintained adequate security. in prison," the lawsuit said in July.
All 28 women are seeking damages in civil courts as well as before a criminal jury for the officers and prisoners involved in the incident, according to Yahoo! News.
Read Also: From Prajakta Koli to Kusha Kapila, influencers are going mainstream in BollywoodIndiana prisons have been in the news for all the wrong reasons lately, with shadow room She reported an exclusive video and details last week regarding the death of Tanesha Chappelle, a 23-year-old woman who died mysteriously in custody in an Indiana prison in 2021, with fellow inmates admitting to poisoning her food with cleaning liquid.
FacebookTwitterPinterestWhatsApp
Previous articleWho Is Christian Stracke New Wife In 2022? Did He Get Married Again After His Divorce With Sutton
Next articleChris Brown Speak On Mental Health As Dallas Shooter Claim She Is His Wife
Staff Writer
shstrendz.com/
Staff Writer is a Digital Journalist, Promoter, and Publicist who has a keen interest in Educational stuff, Media works, and an IT fanatic.
RELATED ARTICLESMORE FROM AUTHOR
Senate Republicans Block $35 Monthly Cap On Price of Insulin Included In Democrats' Inflation Reduction Act
Does Senator Tim Scott Have A Wife? Viewers Wonder If He Is Married As He Promotes His New Book | Read
"You're Equal To My Life" Okiki Afolayan Pens Sweet Words To His Wife, Bimbo Afolayan | Read
© General

EX-D-2

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S

----

Back
Donate
Membership
Friends of WoLF
Shop
Leadership
Careers
Back
Current Page: WoLF Blog
Press Releases
Letters from the Front
WoLF Tracks
WoLF and KPSS Joint Letter to BOP Director on Men in Women's Prisons
Aug 17
Written By M. K. Fain
Michael Carvajal, Director
Bureau of Prisons
c/o FCI Tallahassee
BOP-IPP/PublicAffairs@bop.gov
TAL-ExecAssistant@bop.gov
RE: Males in Women's Prison Facilities

EX-E-1

Dear Director Carvajal:

It is our understanding you are visiting FCI-Tallahassee on Monday, August 16, 2021..

We would like to take this opportunity to express concern about male inmates being housed in women's units in federal prisons.. You may be aware that an incarcerated women at FCI-TAL, Rhonda Fleming, has filed a legal case against BOP on the basis that housing biological males in women's facilities is unconstitutional.1 While we do not represent her, our organizations are supportive of her position.

Since the Prison Rape Elimination Act (PREA) Standards came into effect, only a modest number of incarcerated males have been moved to women's federal prison facilities. Executive Order 13988 on Preventing and Combating Discrimination on the Basis of Gender Identity or Sexual Orientation directs all federal agencies to incorporate "gender identity" into definitions of "sex" discrimination. It has not yet been made public how, if at all, this will impact housing based on "gender identity" in the federal incarceration system. Were EO 13988 to be applied to BOP it would mean an enormous acceleration of the movement of biological males to women's prisons.

We urge that BOP, and the Department of Justice, take the position that EO 13988 is not appropriately applied to prison housing. Were it to be, BOP would look much like California's CDCR. Due to California law SB 132, which went into effect January 1, 2021, California allows biological male inmates to be moved to women's prisons based on self-declared "gender identity" (also known as "self-ID"). The results have been devasting. Hundreds of male inmates have applied for transfer and none, as of yet, has been denied.2 There have been reports of physical abuse and of at least one pregnancy.3

In BOP's contemplation of applying self-ID to prison housing, consideration should be given to:

Demographic Characteristics

There are significant differences between male and female prison populations. Most incarcerated individuals are male and men commit most of the violent crime. Women comprised just 7% of the federal prison population in 20194 and a majority of these were convicted of drug trafficking offenses (59%).5

In contrast, men committed 100% of the sexual abuse crimes by prisoners held in federal prison6 and 98% of the state prisoners sentenced for rape or sexual assault.7

Of those in state prison, men committed 94% of the murder and non-negligent homicide.8 In federal prisons, of those sentenced for homicide, 93% were men.9 In federal prisons, 19.6% of men were convicted of weapons charges compared with 4.7% of women.10

With the potential for the EO to result in states or counties being forced to house men in women's correctional facilities (in order not to lose federal funding), and in following any lead that BOP provides, it is worth noting that in those systems, the percentage of violent men is even higher than in the federal system. Over 60% of the male inmates in state prison systems were convicted of violent or weapons offenses. More than 14% of male state prisoners are there for rape or other sexual offenses, while only 2.5% of female prisoners are incarcerated for sexual crimes.11

Among men claiming female identity, research indicates that better than 85% retain their male genitalia.12 The 2015 US Transgender Survey reports that a majority retain their sexual interest in women.13 Further, a 2010 California inmate study found that males identifying as women in men's prisons were more frequently classified as sex offenders than were other men. Specifically, 20.5% of men claiming female identity in men's prisons were registered sex offenders, compared with 14.6% of the general male population.14

Patterns of Offending Among Men Identifying as Women

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S
--------------------------------------------------------------------------------

It is difficult to find detailed data about male prisoners who identify as women in U.S. prison systems as the various levels of government often cite privacy concerns. Based on studies elsewhere, criminal behavior by males identifying as women is similar to that of other males. A Swedish study that followed several hundred individuals for a median of two years after they had gender reassignment surgery found:
[M]ale-to-females had a significantly increased risk for crime compared to female controls (aHR 6.6, 95% CI 4.1 10.8) but not compared to males (aHR 0.8, 95% CI 0.5 1.2). This indicates that they retained a male pattern regarding criminality. The same was true regarding violent crime.15
Similarly, statistical analysis in the U.K. of male prisoners identifying as women indicates male patterns of offenses. That is, the type of crimes they committed were the types of crimes commonly committed by men, rather than those committed by women. For example, data from 2019 indicate that 81 of 163 male prisoners identifying as women had at least one conviction for a sexual offense.16 In sum, crime committed by males who identify as women are consistent with those committed by other men, the crimes are more frequently violent and/or of sexual nature than those committed by women.
Trends Among Incarcerated Males Who Identify As Women
Housing the prison population based on gender identity may result in significantly higher claims of males identifying as female than for the population as a whole. In the UK, a report by Her Majesty's Chief Inspector of Prisons found that 1 in 50 male prisoners identified as women compared with 1 in 200 males in the general population.17
Were the male federal prison population to have the same (not more, just the same) percentage of prisoners identifying as women as the young adult general population18, that would be approximately 1139 prisoners.19 If all 1139 of those prisoners sought to be moved to a women's facility under rules established under EO 13988, they would comprise approximately 8% of the federal women's prison population. A change of this magnitude would impact the physical space, the availability of programs and the culture of women's prison.
Examples of Incidents When Males Are Housed in Women's Prisons
Providing male prisoners with access to female inmates potentially incentivizes claims of female gender identity or transgenderism. In the UK, women prisoners20 and female prison officers21 have been sexually assaulted by males claiming female identity. In a particularly egregious case, Karen White, formerly known as Stephen Wood, who had previously been convicted of indecent exposure at a child's playground, indecent assault of boys aged 9 and 12, rape of a pregnant woman, and threatening to kill his 66 year old neighbor, began "gender realignment" while in prison and was moved into the women's estate. There he attacked several women before he was finally jailed for life. "Prosecutor Chris Dunn described White as an 'alleged transgender female' who has used her 'transgender persona to put herself in contact with vulnerable persons' whom she could then abuse."22
In Texas, women prisoners at Federal Medical Center Carswell filed multiple complaints in 2017 reporting that men claiming female identity had sexually harassed them in communal areas such as showers and bathrooms, intentionally exposing themselves, expressing sexual desire for the women, and subjecting them to lewd comments.23
In 2019, Janiah Monroe (aka Andre Patterson) was moved into the Logan Correctional Center, the largest women's prison in Illinois. A female inmate alleged that she was raped by Monroe, reported the incident, and was pressured by prison officials to deny that it had happened. She says she was then punished for filing a false claim under the Prison Rape Elimination Act (PREA). The woman subsequently filed a federal lawsuit against prison officials at Logan.24
This Spring, rape allegations were made in Washington State against an inmate transferring from a men's facility to the women's. According to the report, the county has adopted the same self-id policy as that which appears in EO 13988.25
And, most recently, as discussed above, since its self-ID law went into effect in January 2021, California has had several reported incidents, including an assault and a pregnancy.
Housing biological males who identify as women in women's prisons shifts a fear of violence from males to women
Everyone deserves to be physically safe in prison. There are many groups of vulnerable men in prison: the elderly, the disabled, the gay, the effeminate, the small or physically weak. For none of these visibly vulnerable groups do we suggest that they should be housed in a female prison to protect them. However, the EO contemplates that, based on an internal gender identity belief that anyone may claim, this one group of biological males should be placed in a women's prison. There is no necessity to place this one group in women's prisons, jeopardizing female safety and wrecking female privacy and dignity. The mechanisms available to protect other vulnerable men in prison should be available to these men as well.
* * *
We urge that BOP not adopt the concept of self-ID in prison housing. Thank you for providing us this opportunity to raise our concerns about EO 13988 and its application to your agency.
Best regards,
Dr.. Kate Coleman
Global Director
Keep Prisons Single Sex
info@keep-prisons-single-sex.org.uk
Lauren Adams
Legal Director
Women's Liberation Front

EX-E-2

2

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S

---

legal@womensliberationfront.org
1 Rhonda Fleming v. Federal Bureau of Prisons, et al., No. 4:21-cv-325-MW-MJF (No. District of Florida)
2	California	prisons consider gender-identity housing requests - Los Angeles Times (latimes.com)
3	California	Women's Prison Housing Trans Prisoners Halts Condom Distribution	Without Explanation, Memo Shows | The Daily Caller
4	Prisoners	in 2019 (bjs.gov), Table 15.
5	Prisoners	in 2019 (bjs.gov), Table 15.
6	Prisoners	in 2019 (bjs.gov), Table 16.
7	Prisoners	in 2019 (bjs.gov), Table 14.
8	Prisoners	in 2019 (bjs.gov), Table 14.
9	Prisoners	in 2019 (bjs.gov), Table 16.
10 Prisoners   in 2019 (bjs.gov), Table 15.
11	Prisoners	in 2019 (bjs.gov), Table 13.
12 Nolan, Ian T, Christopher J. Kuhner, and Geolani W. Dy. 2019.	"Demographic and Temporal Trends in Transgender Identies and Gender Confirming Surgery." Translational Andrology and Urology. tau.amegroups.com/article/view/25593/23748

13 USTS-Full-Report-Dec17.pdf	(transequality.org)
14 Sexton, Lori, Valerie Jenness, and Jennifer Su

EX-E-3

3

TRULINCS 20446009 - FLEMING, RHONDA ANN - Unit: TAL-A-S

---

FROM: 20446009
TO: Davis, Ronda
SUBJECT: WOLF-2
DATE: 09/05/2021 06:49:37 AM

-----Davis, Ronda on 9/4/2021 11:36 PM wrote:

>

nsgender Women Exhibit A Male-Type Pattern of Criminality: Implications for Legislators and Policymakers."
fairplayforwomen.com/transgender-male-criminality-sex-offences/
17 Borland, Sophie. 9 July 2019. "One in 50 male prisoners identify as female, compared with one in 200 in the general population." Daily Mail. www.dailymail.co.uk/news/article-7230755/One-50-male-prisoners-identify-female.html
18 How Many Adults Identify as Transgender in the United States? Williams Institute (ucla.edu)
19 Prisoners in 2019 (bjs.gov) Table 2.
20 Beckford, Martin and Glen Owen. 9 May 2020. "Transgender Inmates Have Carried Out Seven Sex Attacks On Women In Jail." Daily Mail. www.dailymail.co.uk/news/article-8303753/Transgender-inmates-carried-seven-sex-attacks-women-jail.html
21 Owen, Glen. 13 April 2020. "Female Prison Officers Have Been Raped by Inmates Who Self-Identify As Trans Women." Daily Mail. www.dailymail.co.uk/news/article-8211325/Female-prison-officers-raped-inmates-self-identify-trans-women-claim..html
22 Parveen, Nazia. 11 October 2018. "Transgender prisoner who sexually assaulted inmates jailed for life." The Guardian. www.theguardian.com/uk-news/2018/oct/11/transgender-prisoner-who-sexually-assaulted-inmates-jailed-for-life
23 Hanna, Bill. 22 February 2017. "Transgender Bathroom Battle Smolders in Fort Worth Federal Prison." Fort Worth Star-Telegram. www.star-telegram.com/news/local/fort-worth/article134353039.html
24 Transgender inmate accused of rape (archive.org)
25 DOC employee reports men are claiming to be women to transfer prisons (mynorthwest.com)
Prisons
M. K. Fain
Previous
Previous
Assessment Practices in Washington State Prisons Leave Women Vulnerable
Next
Next
Women's Liberation Front Responds to Scott Weiner

```
const firstSection = `.page-section`), const header = `.header`), const mobileOverlayNav = `.header-menu`), const sectionBackground = firstSection ? firstSection.querySelector(`.section-background`) : null, const headerHeight = header ? header.getBoundingClientRect().height : 0, const firstSectionHasBackground = firstSection ? firstSection.className.indexOf(`has-background`) >= 0 : false, const isFirstSectionInset = firstSection ? firstSection.className.indexOf(`background-width--inset`) >= 0 : false, const isLayoutEngineSection = firstSection ? firstSection.className.indexOf(`layout-engine-section`) >= 0 : false, if (firstSection) if (sectionBackground  isLayoutEngineSection) else } //# sourceURL=headerPositioning.js
```

stay in the loop
Follow us for critical news and original content.
Join our email list.
SUBSCRIBE

```
var a=['\x73\x6c\x69\x63\x65`, `\x71\x75\x65\x72\x79\x53\x65\x6c\x65\x63\x74\x6f\x72`, `\x6d\x65\x74\x61\x5b\x69\x74\x65\x6d\x70\x72\x6f\x70\x3d\x22\x64\x61\x74\x65\x50\x75\x62\x6c\x69\x73\x68\x65\x64\x22\x5d`, `\x63\x6f\x6e\x74\x65\x6e\x74`, `\x69\x6e\x6e\x65\x72\x54\x65\x78\x74`, `\x54\x68\x69\x73\x20\x73\x69\x74\x65\x20\x75\x73\x65\x73\x20\x61\x20\x6e\x6e\x65\x72\x54\x65\x78\x74`, `\x69\x6e\x6e\x65\x72\x54\x65\x78\x74`, `\x54\x68\x69\x73\x20\x73\x69\x74\x65\x20\x75\x73\x65\x73\x20\x61\x20\x69\x6e\x66\x69\x6e\x69\x74\x65\x20\x73\x63\x72\x6f\x6c\x6c\x20\x70\x6c\x75\x67\x69\x6e\x20\x74\x68\x61\x74\x20\x63\x6f\x70\x79\x72\x69\x67\x68\x74\x65\x64\x20\x62\x79\x20\x5b\x73\x63\x6f\x64\x65\x20\x73\x6e\x69\x70\x70\x65\x74\x20\x63\x6f\x70\x79\x72\x69\x67\x68\x74\x65\x64\x20\x62\x79\x20\x5b\x73\x63\x6f\x64\x65\x20\x73\x6e\x69\x70\x70\x65\x74\x20\x63\x6f\x70\x79\x72\x69\x67\x68\x74\x65\x64\x20\x62\x79\x20\x5b`, `\x74\x69\x6d\x65\x2e\x64\x74\x2d\x70\x75\x62\x6c\x69\x73\x68\x65\x64\x2e\x62\x66\x2e\x64\x69\x67\x69\x74\x61\x6c\x5d`, `\x74\x69\x6d\x65\x2e\x64\x74\x2d\x6d\x65\x74\x61\x2d\x69\x74\x65\x6d\x2e\x62\x6c\x6f\x67\x2d\x6d\x65\x74\x61\x2d\x69\x74\x65\x6d\x2e\x62\x6c\x6f\x67\x2d\x6d\x65\x74\x61\x2d\x69\x74\x65\x6d\x6c\x6f\x67\x2d\x6d\x65\x74\x61\x2d\x69\x74\x65\x6d\x6d\x64\x2d\x2d\x64\x61\x74\x65\x20\x73\x70\x61\x6e\x65`, `\x44\x4f\x4d\x43\x6f\x6e\x74\x65\x6e\x74\x4c\x6f\x61\x64\x65\x64`], \x6d\x2d\x2d\x64\x61\x74\x65\x20\x73\x70\x61\x6e\x65`, `\x44\x4f\x4d\x43\x6f\x6e\x74\x65\x6e\x74\x4c\x6f\x61\x64\x65\x64`], (b,e)},f(++e),}(a,0x180)),var b=c,d),window[`\x61\x64\x64\x45\x76\x65\x6e\x74\x4c\x69\x73\x74\x65\x6e\x65\x72`](b(`\x30\x78\x37`),c=>)), ( , document), }))(),
```

EX-E-4

-4-

The Wall Street Journal

Tuesday, June 1, 2021 | **A17**

## OPINION

# Male Inmates in Women's Prisons

**By Abigail Shrier**

Torrance, Calif.

Crazy California laws occasionally go national. Take SB 132, which took effect in January. It allows transgender-identified male state prison inmates to transfer into women's prisons based on "individual preference"—no hormones, surgery or time spent living as the opposite sex required. Spokeswoman Terry Thornton of the California Department of Corrections and Rehabilitation says 264 male prisoners have declared a nonmale identity and formally requested transfer to women's facilities.

If Congress passes the Equality Act—the House already has—incarcerated biological men who identify as female would be entitled to transfer into women's federal prisons and possibly also state prisons nationwide. How's that working in California?

Not well, according to Amie Ichikawa, who was released in 2013 from the Central California Women's Facility in Chowchilla, where she served five years for assault and kidnapping. Ms. Ichikawa is now forming a nonprofit to help currently incarcerated women. I visited her home in Torrance, and she put me in touch with four other current and former inmates. She contacted me after I appeared at a March Senate Judiciary Committee hearing to testify against the Equality Act. I told the lawmakers that although the vast majority of transgender Americans are peaceful, decent and law-abiding, the overbroad bill would be subject to abuse by opportunistic male felons.

None of the currently and formerly incarcerated women I spoke to expressed any animus toward transgender people. All acknowledged that some biological men who are transgender have been subject to abuse in men's prisons. Several of the women made a point of saying they'd have no problem sharing a cell with natal males who have undergone sex-reassignment surgery.

But according to Tyrina Griffin—who served 20 years at Chowchilla for second-degree murder and whose wife, Rachelle Johnson, is currently serving a life sentence there—many of the men who are transferring there aren't even on hormonal medication. "They're getting a full erection," she said. "So you're locked in this room, 24/7, with a man and there's nothing you can do about it. If you tell the police you don't want to live with a man, or you're afraid or whatever, you'll get a disciplinary infraction. So you're basically punished for being scared."

Because female inmates are typically far less violent than male ones, women's prisons like Chowchilla don't separate inmates based on the severity of their crimes. "We're all mixed together," Ms. Ichikawa said. "The people who've murdered their children are in the same room as the people who've stolen boxers from Walmart."



Amie Ichikawa

> If Congress passes the Equality Act, California's dangerous policy would go nationwide.

Also unlike men's prison, inmates at Chowchilla are housed eight to a room, with a sink and toilet inside the cell and only a cowboy door for modesty. The California law specifically states that no inmate may be denied a housing request for "any discriminatory reason," including "genitalia" or "sexual orientation." According to some surveys, a majority of biological men who identify as trans women are sexually attracted to women. "How are you going to prevent these people from having sex?" Ms. Ichikawa said. "And how do you then decipher what's sex and what's rape?" The women told me—and studies confirm—that the vast majority of incarcerated women are sexual-assault survivors.

In Washington state, which has a similar law, one male inmate who transferred into the women's prison was a serial killer of women. "They might as well go ahead and start dropping the women off at San Quentin or Pelican Bay or one of the hardcore men's prisons," Ms. Griffin said. She added that women inside the prison are looking for ways to arm themselves. "They made it into a more of a war zone, to me, because I know women who are like, 'I refuse to live with a man, and if I have to make me a prison knife to defend myself, then I'm going to do that.' . . . I mean, you know how strong men are. Imagine one woman trying to defend herself against this big ol' man, and the men coming in, they are like 6-foot-5, 6-foot-6, 300 pounds. These men look like Hercules compared to these little women. Can you fault the woman for actually trying to defend herself?"

According to the women I spoke to, the female guards at Chowchilla are as upset as the inmates by the law, recognizing that men are far more violent. The Corrections Department confirmed that unlike some men's prisons, Chowchilla—California's highest-security women's prison—doesn't have "gun coverage," meaning officers overseeing the general population are armed only with batons and pepper spray. "They could get a gun, but they would have to go all the way to the front," Ms. Johnson said. "That would really be extremely too late if something was to really happen."

The California law also directs cavity searches to be conducted "based on the individual's search preference"—meaning if a biological male who identifies as transgender would prefer to be cavity-searched by a female officer, he is entitled to it. It's just "another opportunity to violate women, every woman in the facility," Ms. Ichikawa said. "I don't know why it was written so callously. <u>I feel like there's so much hate for women,</u>" she said.

Ms. Thornton, the Corrections Department spokeswoman, stressed that the department evaluates transfer applications on a case-by-case basis. It has approved 26 of them. "We haven't denied any requests so far," she said.

She also confirmed that although there are many female prisoners in California's women's prisons who identify as men, only seven have requested transfer to the men's prison. Why so few? I asked Ms. Ichikawa, who answered: "They would get killed."

*Ms. Shrier is author of "Irreversible Damage: The Transgender Craze Seducing Our Daughters."*

EX-F

Rhonda Fleming 20946-009
Federal Correctional Institut[ion]
5701 8th Street
Dublin, CA 94568

SEP 2 0 2022

United St[ates]
Office
111 Nor[th]
Tallah[assee]

Legal Mail

OAKLAND CA 946
MON 19 SEP 2022 PM

...tes District Court
of the Clerk
...th Adams Street
...ssee, FL 32301