IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**RHONDA FLEMING**

   *Plaintiff*,

v.                             Case No.: 4:21cv325-MW/MJF

**ERICA STRONG,**
**WARDEN OF FCI-TALLAHASSEE,**

   *Defendant*.
_____/

**ORDER ACCEPTING AND ADOPTING**
**REPORT AND RECOMMENDATION**

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 87. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 87, is **accepted and adopted** as this Court's opinion. Plaintiff's Declaration in Support of Entry of Default Judgment, ECF No. 83, construed as a motion for entry of default and default judgment, is **DENIED**. This matter is referred to the Magistrate Judge for further

proceedings.

      **SO ORDERED on February 21, 2023.**

                                <u>**s/Mark E. Walker**</u>
                                **Chief United States District Judge**