## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## TALLAHASSEE DIVISION

**RHONDA FLEMING,**

      *Plaintiff,*

**v.**                                                    **Case No.: 4:21cv325-MW/MJF**

**ERICA STRONG,**
**WARDEN OF FCI-TALLAHASSEE,**

      *Defendant.*
_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 88, and has also reviewed *de novo* Plaintiff's objections, ECF No. 89. Plaintiff asserts, for the first time, in her objections that her individual-capacity claims for declaratory and injunctive relief are not moot based on her transfer to federal prison in California because Defendant Strong allegedly took advantage of false allegations against Plaintiff to have her transferred several months after she filed this action. ECF No. 89 at 1. However, Plaintiff has not asserted that she will be transferred back to FCI-Tallahassee. Indeed, any such transfer is merely speculative at this juncture. Accordingly, Plaintiff's allegations that Defendant mooted her individual-capacity claims for injunctive relief do not undermine the Magistrate Judge's recommendation to dismiss those claims without prejudice.

Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 88, is **accepted and adopted**, over the Plaintiff's objections, as this Court's opinion. Defendant's motion to dismiss, ECF No. 51, is **GRANTED in part** and **DENIED in part**. Plaintiff's individual-capacity RFRA claim against Defendant Strong is **DISMISSED** because Strong is entitled to qualified immunity from damages and because Plaintiff's request for declaratory and injunctive relief against Strong is moot. Plaintiff's individual-capacity constitutional bodily-privacy claim against Defendant Strong is **DISMISSED** because *Bivens* should not be extended to provide a damages remedy and because Plaintiff's request for declaratory and injunctive relief against Strong is moot. Defendant's motion to dismiss is **DENIED** as to Plaintiff's official-capacity constitutional bodily-privacy claim seeking declaratory and injunctive relief concerning the BOP's Transgender Policy. This Court **DECLINES** to exercise supplemental jurisdiction over Plaintiff's individual-capacity state-law claims against Defendant Strong and **DISMISSES** those claims without prejudice. This Court does not enter partial judgment inasmuch as Plaintiff's official-capacity claim remains pending. This case is referred to the Magistrate Judge for further

proceedings.

**SO ORDERED on February 21, 2023.**

**s/Mark E. Walker**
**Chief United States District Judge**