IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

| | |
|---|---|
| RHONDA FLEMING,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>    Defendants. | Civil Case Number:<br>4:21-CV-325-MW-MJF |

### DEFENDANTS' ANSWER AND AFFIRMATIVE DEFENSES TO PLAINTIFF'S THIRD AMENDED COMPLAINT [ECF NO. 10]

Defendants United States of America and Warden Erica Strong (together, "Defendants") submit the following Answer and Affirmative Defenses to Plaintiff Rhonda Fleming ("Plaintiff's") Third Amended Complaint [ECF No. 10]. Defendants deny and/or dispute the substance or characterization of any of the titles Plaintiff uses to subdivide her Third Amended Complaint into various sections, including those ones now dismissed by the Court. Defendants' Answer simply mirrors the Third Amended Complaint's structure, including titles, for simplicity.

### STATEMENT OF FACTS

1. Denied.

2. Denied.

3. Denied.

4. Without knowledge, therefore denied.

5. Denied.

6. Denied.

7. Admitted that biological males who identify as transgender female may be housed women's federal prisons. Otherwise, denied.

8. Denied.

9. Denied.

10. Denied.

## STATEMENT OF CLAIMS

### A. COUNT-1, DECLARATORY JUDGMENT ACT

11. Admitted that Plaintiff's Complaint purports to seek a declaratory judgment. Otherwise, denied.

12. Denied.

### B. COUNT-2, RELIGIOUS FREEDOM RESTORACTION ACT & FIRST AMENDED OF THE UNITED STATES CONSTITUTION

13. This claim has been dismissed, as such a response is not required. [*See* ECF Nos. 88, 91, 92].

14. This claim has been dismissed, as such a response is not required. [*See* ECF Nos. 88, 91, 92].

15. This claim has been dismissed, as such a response is not required. [*See* ECF Nos. 88, 91, 92].

**C. COUNT-3, EIGHTH AMENDMENT OF THE UNITED STATES CONSTITUTION**

16. Denied.

17. Denied.

**D. COUNT-4, FOURTEENTH AMENDMENTOF [SIC] THE UNITED STATES CONSTITUTION**

18. Denied.

19. Denied.

20. Denied.

21. Denied.

**E. COUNT-5, FEDERAL TORT CLAIM ACT, 28 USC Section 1346, GENERAL NEGLIGENCE, INFLEICTION [SIC] OF EMOTIONAL PAIN AND PHYSICAL PAIN, FLORIDA STATE LAW ON NEGLIGENCE AND INFLICITION OF EMOTIONAL DISTRESS**

22. These claims have been dismissed, as such a response is not required.

[*See* ECF Nos. 88, 91, 92].

23. These claims have been dismissed, as such a response is not required.

[*See* ECF Nos. 88, 91, 92].

24. These claims have been dismissed, as such a response is not required.

[*See* ECF Nos. 88, 91, 92].

25. These claims have been dismissed, as such a response is not required.

[*See* ECF Nos. 88, 91, 92].

26. These claims have been dismissed, as such a response is not required. [*See* ECF Nos. 88, 91, 92].

### F. COUNT-7 [SIC], HABEAS CORPUS RELIEF, 28 USC Section 2241 \

27. These claims have been dismissed, as such a response is not required. [See ECF Nos. 88, 91, 92].

28. These claims have been dismissed, as such a response is not required. [*See* ECF Nos. 88, 91, 92].

### PRAYER FOR RELIEF

29. Plaintiff's prayer for relief does not require a response. If a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

30. Plaintiff's prayer for relief does not require a response. If a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

31. Plaintiff's prayer for relief does not require a response. If a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

32. Plaintiff's prayer for relief does not require a response. If a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

33. Plaintiff's prayer for relief does not require a response. If a response is required, Defendants deny that Plaintiff is entitled to the relief requested.

Defendants hereby deny all allegations of the Complaint not otherwise expressly admitted above.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

Plaintiff fails to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

Any damages demanded by Plaintiff should be reduced and/or offset by the amount of criminal restitution Plaintiff owes her victims.

### THIRD AFFIRMATIVE DEFENSE

The injuries and harm alleged by Plaintiff in the Fifth Amended Complaint were not proximately caused by the negligent or wrongful acts of an agent or employee of the United States.

### FOURTH AFFIRMATIVE DEFENSE

To the extent that Plaintiff has failed to mitigate her damages, her recovery is limited accordingly.

### FIFTH AFFIRMATIVE DEFENSE

Damages, if any, are limited to the amount claimed administratively in Plaintiff's initial administrative claim. *See* 28 U.S.C. § 2675(b).

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to an award of attorneys' fees, which must be deducted from any recovery in accordance with 28 U.S.C. § 2678. Further, Plaintiff is not entitled to punitive damages against the United States.

## SEVENTH AFFIRMATIVE DEFENSE

The injuries and harm alleged by Plaintiff, if any, were caused by acts or omissions, including an unrelated intervening act, of third parties, persons, or entities, their servants, agents, representatives, or employees, none of whom are agencies or employees of Defendant within the scope of their employment or for whom Defendant has any liability under the Federal Tort Claims Act.

## EIGHTH AFFIRMATIVE DEFENSE

Defendants violated no legal duties owed to Plaintiff.

## NINTH AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies.

## TENTH AFFIRMATIVE DEFENSE

Defendant Strong is entitled to absolute and/or qualified immunity.

## ELEVENTH AFFIRMATIVE DEFENSE

Defendants specifically preserves all other defenses not now known, which it now has or may come to have.

**WHEREFORE**, having fully answered, Defendants pray that this action be dismissed with prejudice with Defendants to recover all fees, costs, and expenses of defense, as well as such other relief this Court finds may be appropriate.

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ Marie A. Moyle*
**MARIE A. MOYLE, ESQ.**
Assistant United States Attorney
Florida Bar No. 1003498
Email: marie.moyle@usdoj.gov
111 N. Adams Street, 4th Floor
Tallahassee, FL  32301
Telephone:  85-942-8430
Fax:  850-942-8466
Counsel for Defendants

# LOCAL RULE 5.1(F) CERTIFICATION

I HEREBY CERTIFY that a copy of the foregoing will be emailed to Plaintiff's inmate e-mail address (as requested) on March 08, 2023, and furnished via certified first-class mail on March 09, 2023, to:

RHONDA FLEMING
20446-009
FCI DUBLIN
5701 8TH STREET
DUBLIN, CA 94568

*/s/ Marie A. Moyle*
**Marie A. Moyle**
Assistant U.S. Attorney
Counsel for Defendants