IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

     *Plaintiff*,

v.                         Case No.: **4:21cv325-MW/MJF**

ERICA STRONG,
WARDEN OF FCI-TALLAHASSEE,

     *Defendant*.

_____/

## ORDER ACCEPTING AND ADOPTING
## <u>REPORT AND RECOMMENDATION</u>

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 99. Plaintiff has filed a notice indicating that she has no objections to the Report and Recommendation. ECF No. 107. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 99, is **accepted and adopted** as this Court's opinion. Plaintiff's motion for ex parte temporary restraining order and/or preliminary injunction, ECF No. 48, is **DENIED without prejudice**. Plaintiff's motion for evidentiary hearing, ECF No. 57, is **DENIED**. Plaintiff's motion for relief on unopposed motion for injunctive relief, ECF No. 69, is **DENIED**. Plaintiff's motion for sanctions, ECF No. 82, is **DENIED**.

The Clerk shall return this case to the Magistrate Judge for further pre-trial proceedings on Plaintiff's official-capacity constitutional bodily-privacy claim seeking declaratory and injunctive relief against the United States concerning the BOP's Transgender Policy.

**SO ORDERED on May 23, 2023.**

<u>s/Mark E. Walker</u>
**Chief United States District Judge**