Exhibit A

Rhonda Fleming
March 19, 2024

1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF FLORIDA
2                    TALLAHASSEE DIVISION

3              CASE NO. 4:21-CV-325-MW-MJF

4
    RHONDA FLEMING,
5
            Plaintiff,
6
    v.
7
    UNITED STATES OF AMERICA, et al.,
8
            Defendants.
9    _____/

10

11

12

13                    REMOTE DEPOSITION OF

14                     RHONDA FLEMING

15

16              VOLUME 1 (Pages 1 - 91)

17

18              Tuesday, March 19, 2024
                2:06 p.m. - 4:27 p.m.
19

20         LOCATION:  Remote via Zoom
                Dublin, California
21

22         Reported by:  Tia L Pierre,
            Notary Commission No. HH 216931
23

24

25   Job No.:  352270

Page 2

```
 1   APPEARANCES:

 2   On behalf of Rhonda Fleming:

 3        Parrish Law, P.A.
          400 North Ashley Drive
 4        Suite 1900
          Tampa, Florida 33602
 5
          BY:  JEFFREY BRISTOL, ESQ.
 6             PAUL PARRISH, ESQ.
          jeffrey.bristol@theparrishlaw.com
 7

 8        Suarez Law Firm
          1011 West Cleveland Street
 9        Tampa, Florida 33606

10        BY:  DIEGO PESTANA, ESQ.
          dpestana@suarezlawfirm.com
11
     On behalf of United States of America, et al.,:
12
          U.S. Attorney's Office Northern District
13        111 North Adams Street
          Suite 4
14        Tallahassee, Florida 32301

15        BY:  MARIE A. MOYLE, ESQ.
          marie.moyle@usdoj.gov
16

17   On behalf of the U.S. Federal Bureau of Prisons:

18        U.S. Federal Bureau of Prisons
          516 West Cheyenne Road
19        Colorado Springs, Colorado 80906
          BY:  MEGAN MARLOW, ESQ.
20        megmarlow@gmail.com

21

22

23

24

25
```

Rhonda Fleming
March 19, 2024

Page 3

1                         INDEX OF EXAMINATION

2     EXAMINATION:                                         PAGE

3     Testimony of Rhonda Fleming

4     Direct Examination by Ms. Moyle                        4
      Cross-Examination by Mr. Bristol                      49
5     Cross-Examination by Mr. Pestana                      83
      Redirect Examination by Ms. Moyle                     84
6

7     Certificate of Oath                                   88
      Certificate of Digital Reporter                       89
8     Read and Sign Letter                                  90
      Errata                                                91
9

10                        INDEX TO EXHIBITS

11    (None marked.)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhonda Fleming
March 19, 2024

Page 4

1  Proceedings began at 2:06 p.m.:

2       THE REPORTER:  Ma'am, can you please raise your

3       right hand for me?  And I know we already stated

4       your name off the record, but now that we're on the

5       record, today is Tuesday, March 19th, 2024.  The

6       time is 02:06 p.m. and we're now on the record.  Can

7       you please state your full name for the record?

8       THE WITNESS:  Yes, ma'am.  My name is Rhonda

9       Ann Fleming.

10      THE REPORTER:  And can you let me know what

11      city and state you're currently located in?

12      THE WITNESS:  I am in Dublin, California.

13      THE REPORTER:  Do you swear or affirm to tell

14      the truth, the whole truth, and nothing but the

15      truth during this deposition?

16      THE WITNESS:  I do.

17  Thereupon:

18                  RHONDA FLEMING,

19      having been first duly sworn, was examined and

20      testified as follows:

21      THE REPORTER:  Thank you.  Counsel, you may

22      begin with questioning.

23                  DIRECT EXAMINATION

24  BY MS. MOYLE:

25      Q.  Good morning, Ms. Fleming.  Morning on your

Rhonda Fleming
March 19, 2024

Page 5

 1  time.  We've -- we've met before.  My name is Marie

 2  Moyle, and I am an AUSA in the Northern District of

 3  Florida.  The last time we met, I also took your

 4  deposition.  So I'm going to give you a few reminders,

 5  just because it's been about a year.

 6      If you would let me finish my entire question before

 7  you begin your answer, I'll do my best to let you entire

 8  -- finish your entire answer before I ask my next

 9  question.  This will ensure that the transcript reads

10  question, answer, question, answer, and we should

11  hopefully be as smooth as possible here today, okay?

12      A.   Yes, ma'am.

13      Q.   Because of the slight delay, there may just be

14  some awkward pauses, but let's just try.  And I may just

15  prompt you at various times with, is that a yes or is

16  that a no.  And that's not meant to be rude, again,

17  that's just to ensure clarity of the transcript.

18      Ms. Fleming, before we begin today, are you on any

19  medications or anything that would affect your ability to

20  testify truthfully and accurately here today?

21      A.   I am not.

22      Q.   Ms. Fleming, what did you do to prepare for

23  your deposition today?

24      A.   I spoke with Counsel last week.

25      Q.   And that would be your Florida Counsel, in this

Rhonda Fleming
March 19, 2024

1    case, Mr. Bristol and Mr. Diego Pestana?

2        A.    I spoke with Mr. Jeffrey Bristol.

3        Q.    Did you review any documents?

4        A.    I did not.

5        Q.    Ms. Fleming, the last time I deposed you, we

6    were in person.  Because we are doing this via Zoom,

7    there will be times where I'll show you various documents

8    on the screen.  If you have any questions about the

9    documents or have trouble seeing them, please just let me

10   know, and I can show you the whole document or certain

11   sections of it, depending on what we're talking about.

12   Okay?

13       A.    Yes.

14       Q.    Ms. Fleming, your inmate number, it's

15   20446-089, is that correct?

16       A.    No, ma'am.  It's 20446-009.

17       Q.    Thank you.  Ms. Fleming, if I -- if I ask you a

18   question and you do not hear me or understand me, you can

19   ask me to repeat or rephrase the question.  Okay?

20       A.    Correct.  Yes.

21       Q.    If you -- if you go ahead and answer, I'm going

22   to assume that that means you heard and understood my

23   question.  Is that fair?

24       A.    Yes.

25       Q.    And you understand that your answers are given

Rhonda Fleming
March 19, 2024

Page 7

1   under oath today?

2       A.   Yes.

3       Q.   And you understand that this deposition can be

4   used against you at trial?

5       A.   Yes.

6       Q.   Did you do anything besides meeting with Mr.

7   Bristol to prepare for your deposition today?

8       A.   I did not.

9       Q.   Ms. Fleming, you're currently housed at FCI

10  Dublin.  Is that correct?

11      A.   Yes.

12      Q.   Can you please provide the dates that you were

13  housed at FCI Tallahassee?

14      A.   Approximately October of 2018 to January of

15  2022.

16      Q.   So, roughly, about a little over three years?

17      A.   Yes.

18      Q.   During that time in Tallahassee, where did you

19  reside?

20      A.   For a short period of time in B Unit, and for

21  the majority of the time in A Unit.  I also was housed in

22  quarantine at some times during the pandemic, which is EF

23  Unit, and I've also been housed in the Special Housing

24  Unit.

25      Q.   Let's take that one at a time.  You said B

Rhonda Fleming
March 19, 2024

Page 8

1  Unit, is that B as in boy?

2       A.   Yes.

3       Q.   About how long were you housed in B Unit?

4       A.   About two months.

5       Q.   Is that when you first arrived --

6       A.   Yes.

7       Q.   Would it be accurate to say that for the vast

8  majority of your time in Tallahassee, you were housed in

9  A Unit?

10      A.   That is correct.

11      Q.   The quarantine and SHU stint would have been

12  due to COVID and/or some discipline or perhaps medical

13  treatment.  Is that -- is that accurate?

14      A.   Yes.

15      Q.   Regarding your claims in this lawsuit, are you

16  -- are you making any claims with regards to your time

17  being housed at B Unit during quarantine or SHU or are

18  they all focused on your time during A Unit?

19      A.   My claims involve any time that I was exposed

20  to a biological male.

21      Q.   And let's, for the purposes of this deposition,

22  establish some terminology so that we both understand

23  that we're -- we're talking about the same thing.  Does

24  that sound fair?

25      A.   I will use the terminology that I believe is

Rhonda Fleming
March 19, 2024

Page 9

1  correct before God and man.

2      Q.   I understand.  And so when you say biological

3  male, you're referring to someone born with an anatomical

4  penis at birth.  Is that correct?

5      A.   A man that is born -- a person that was born a

6  male at birth.

7      Q.   And what -- and what, according to you, makes

8  him a male at birth?

9      A.   Based on his genitalia.

10     Q.   Which would be a penis, correct?

11     A.   Yes, ma'am.

12     Q.   And so when we say biological male, we're

13  referring to an individual born with a penis at birth,

14  correct?

15     A.   Yes.

16     Q.   When we refer to biological female, we're

17  referring to an individual born with a vagina at birth,

18  correct?

19     A.   Yes.

20     Q.   When we talk about transgender individuals, and

21  I understand that you do not believe in transgender,

22  we're referring to people who express their gender

23  identity in a different -- in a way that's different from

24  their biological sex.  Is that correct?

25     A.   I don't know what they're doing.  I can only

Rhonda Fleming
March 19, 2024

1  tell you that there are only men and women.  So I do not

2  -- I do not recognize transgenderism.

3      Q.   And your complaint, you use the word trans --

4  maybe you don't use the word transgender.  What would you

5  define a transgender person to be?

6      A.   I have no definition for something that does

7  not exist.

8      Q.   So what would -- what would you call a

9  biological male living as a female?

10     A.   A man.

11     Q.   And for the purposes of this depo -- deposition

12 today, we're going to have to get a little bit, parse

13 things out, which I guess we're just going to have to

14 talk about genitalia.  Is that -- is that fair?

15     A.   I will answer to the best of my ability.

16     Q.   So I believe we've established definition for a

17 biological female, biological male, and we cannot agree

18 on a definition for transgender.  Is that correct?

19     A.   That does not exist.

20     Q.   My question was, is that correct that we could

21 not agree on definition?

22     A.   My statement is transgenders do not exist, so

23 there's no definition.

24     Q.   When do you maintain that you were housed with

25 a transgender individual?  And here -- here's where we --

Rhonda Fleming
March 19, 2024

1  where we need to establish some criteria.  I guess -- I

2  guess should rephrase.  When do -- when do you -- let me

3  restart that.  When do you maintain that you were housed

4  with a biological male?

5       A.   In 2019 and 2020.

6       Q.   Tell me about each of those instances.

7       A.   Actually, I was housed with a biological male

8  from 2019, to my knowledge, because the BOP protects

9  their privacy and their identity.  I was told by a BOP

10 employee that I was being housed with two males, but one

11 specifically that shared a shower with me, and that went

12 on from 2019 to 2020, I believe, or early '21.

13      Q.   So you're saying that you were housed with two

14 biological males, one who you shared a shower with from

15 2019 to late 2020, early '21?

16      A.   Yes, ma'am.

17      Q.   So would that have been when you were in

18 housing Unit A?

19      A.   Correct.

20      Q.   Are you alleging any other time during your

21 time at FCI Tallahassee that you were housed with a

22 biological male?

23      A.   I cannot say that I was not housed with a

24 biological male any other time because their identities

25 are protected.

Page 12

1    Q.   Are you aware if you were housed with a

2  biological male at any other time besides the two that we

3  mentioned between 2019 and early '21?

4    A.   Not that I'm aware.

5    Q.   You said you were told by a BOP employee that

6  you were housed with two biological males.  That's

7  correct?

8    A.   Yes.

9    Q.   Who was the BOP employee?

10       THE WITNESS:  Do I have to -- Jeffrey, do I

11       have to divulge their name too?

12       MR. BRISTOL:  Of course, yes.  Yes, you do.

13       THE WITNESS:  Okay.  Mr. Foor and Mr. Harvey,

14       who are counselors for A Unit.

15  BY MS. MOYLE:

16    Q.   Harvey and I didn't understand the first name.

17    A.   The other counselor is Foor.  Mr. Foor,

18  F-O-O-R.

19    Q.   What did they tell you?

20    A.   They stated that at one point that they did --

21  they considered not letting Ebony Taylor live with us,

22  women, because he had a history of violence against

23  women.

24    Q.   For the purposes of the record, you maintain

25  that Ebony Taylor was one of the two biological males

Rhonda Fleming
March 19, 2024

Page 13

1  that you were housed with, correct?

2       A.   Correct.

3       Q.   Who was the other individual?

4       A.   I cannot give you the correct legal name, but

5  the nickname is Cece, I believe last name Jones.

6       Q.   Was Ms. Jones who you were sharing a shower

7  with?

8       A.   Not regularly.

9       Q.   For the purposes of today, I'm going to say ET.

10  And by that I mean Ebony Taylor.  Is that fair?

11       A.   Yes.

12       Q.   Was ET who you were sharing a shower with on a

13  regular basis?

14       A.   Yes.

15       Q.   Who told you that ET had a history of violence

16  against women?  Harvey or Foor?

17       A.   Mr. Foor.

18       Q.   When did he tell you this?

19       A.   Sometime in '19.

20       Q.   Did you and Mr. Foor talk about ET often?

21       A.   No.

22       Q.   Did you only talk about it on this one

23  occasion?

24       A.   No.

25       Q.   What were some other times you talked to Mr.

Rhonda Fleming
March 19, 2024

Page 14

1    Foor about ET?

2        A.    When I requested grievances about the

3    transgender policy.

4        Q.    Any other time?

5        A.    Not that I can recall.

6        Q.    What about Mr. Harvey?

7        A.    Mr. Harvey made some jokes about men being in

8    the prison with us.  He was 100 percent against it.

9        Q.    What did he say?

10       A.    He did not approve of men being in the housing

11   unit with women.

12       Q.    And did you and Mr. Harvey ever talk about ET

13   specifically?

14       A.    He acknowledged that ET was a man.

15       Q.    Are you aware of ET's health history?

16       A.    Nothing that I can recall.

17       Q.    Any idea about hormone replacement therapy,

18   surgeries, anything like that?

19       A.    No.

20       Q.    And when I say CJ, I'm going to refer to that

21   as CeCe Jones.  Any idea about CJ's health history?

22       A.    CJ is a diabetic.

23       Q.    Okay.

24       A.    And may have mental health problems.

25       Q.    Any idea about hormone replacement therapy,

Page 15

1  gender affirming surgeries, anything of the like?

2      A.   No, I was afraid of that one.  I did -- I

3  didn't deal with that one at all.

4      Q.   When you say that one, are you referring that

5  you interacted with ET more than CJ?

6      A.   Yes.

7      Q.   And why is that?

8      A.   CJ had a long history of beating up women.  ET

9  in the prison did not do that.  Also, I lived about four

10 cubicles away from ET in an open dorm.

11     Q.   What about CJ?  Where was -- where was your

12 living quarters in respect to CJ?

13     A.   The housing unit is separated in, in two wings,

14 A South and A North.  CJ lived in A South.  If the

15 showers were broken on one side, then we had to go on the

16 other side to use the showers or the toilets.

17     Q.   So you and CJ lived on different sides of A

18 Unit, whereas you and ET lived on the same side, about

19 four cubicles down, correct?

20     A.   Correct.

21     Q.   To the best of your knowledge, did you interact

22 their living quarters with any other biological males

23 besides CJ and ET during your time at Tallahassee?

24     A.   Based on the knowledge that I have, those were

25 the only two biological males.

Rhonda Fleming
March 19, 2024

Page 16

1        Q.    Describe to me the housing unit setup.  And for

2    the -- for the record, were you on A South or A North?

3        A.    A North.

4        Q.    Describe to me the A North housing Unit setup.

5        A.    It is an open dorm.  No privacy -- no privacy

6    in the toilet areas, the face basin areas or the shower

7    areas.

8        Q.    The face basing areas?

9        A.    Face basin.  You know, where you wash your

10   hands.  Sink.

11       Q.    So there are -- there are no doors to the --

12   the -- to the toilet stalls in A Unit North?

13       A.    There are some made up shower, old shower

14   curtains that are hanging there, but they do not give you

15   privacy as a door would.  They do not provide privacy.

16       Q.    Are they clear or are they white or some other

17   color?

18       A.    They are clear at the top and they're --

19   they're like a green color at the bottom.  But anyone

20   walking in can look through the clear part and see you in

21   the toilet.

22       Q.    Okay.

23       A.    Also, they do not cover the sides of the

24   individual stalls.

25       Q.    Was there ever a time you were housed in A

Rhonda Fleming
March 19, 2024

Page 17

1  North, where the shower curtains were not -- were not

2  there?

3       A.   Yes.

4       Q.   When was that?

5       A.   Infrequently, the shower curtains are torn up

6  and those shower curtains were pulled down until they can

7  replace them.

8       Q.   How many toilet stalls are there in A North?

9       A.   Approximately four or five.

10      Q.   So when the shower curtain was torn down, as

11  you said, infrequently, all four to five shower curtains

12  were torn?

13      A.   Are you talking about the showers or the

14  toilets?

15      Q.   I'm talking about the toilets.

16      A.   I was speaking of the shower curtains.  Okay.

17  In the toilet areas, when there's damage to these

18  curtains, they would just take them down because they're

19  falling down.  They won't stay on the rod.  But people

20  still have to use the toilet.

21      Q.   And were all four or five of these curtains

22  around the toilet stalls damaged at one time?  To the

23  best of your knowledge?

24      A.   No ma'am.  No.

25      Q.   Let's talk about the toilet.  Sorry, let's talk

Rhonda Fleming
March 19, 2024

Page 18

1  about the shower situation.  Can you describe to me how

2  the shower situation is in A North?

3       A.   There are about seven or eight showers.

4       Q.   So there are more showers than toilets?

5       A.   Yes.

6       Q.   How is the shower, seven to eight showers set

7  up?

8       A.   If you're in one shower, you're facing someone

9  in another shower.

10      Q.   Okay.

11      A.   So they're right across from each other.

12 Maybe, maybe, maybe 18 to 20 inches across from each

13 other.

14      Q.   I need a little bit more description.  Is it a

15 large room where there's different faucets and you all go

16 in together?  Are there any subdivisions with plastic

17 dividers?

18      A.   There are seven to eight showers.  They have a

19 wall dividing them.  The shower curtains that are

20 provided do not fully cover each shower.

21      Q.   So typically, there would be a wall if it was

22 the showers in the middle.  Are they all in a row or are

23 they across from each other?

24      A.   You walk in and there's three or four showers

25 to the left and three or four showers to the right.

Rhonda Fleming
March 19, 2024

Page 19

1      Q.   So you said they have walls dividing them in

2   that three to four in a row?  Is that correct?

3      A.   Yes, it is.

4      Q.   Are the walls plexiglass?  Are they tile?  What

5   are they made of?

6      A.   I would guess sheet rock.

7      Q.   So are they transparent?

8      A.   No.

9      Q.   Talk to me about the shower curtains.  Are they

10  the same shower curtains that are used for the toilet,

11  where they're clear on top and green on the bottom?

12     A.   No.

13     Q.   Okay, what do they look like?

14     A.   The shower curtains -- the shower curtains are

15  thinner, and they are beige.  Very flimsy.  When people

16  pass by, they move.  If water is shooting out, they move.

17  They do not provide privacy.

18     Q.   You said they are beige.  Are they beige all

19  the way from the top to the bottom?

20     A.   Yes.

21     Q.   Talk to me about the sleeping situation at A

22  North.  Now let me say my understanding is that there's

23  rows and then four -- two sets of bunk beds in each pod,

24  is that right?

25     A.   Not in A Unit.

Rhonda Fleming
March 19, 2024

Page 20

1      Q.    Can you explain to me A Unit, then?

2      A.    Well, A Unit has two to each cubicle, while B

3   Unit has four.

4      Q.    Does A Unit have top and bottom bunk, or is it

5   two to each cubicle only with one bed on each side?

6      A.    Top and bottom.

7      Q.    So for the most part, the tops are just empty?

8      A.    No, ma'am, they're only empty sometimes if the

9   roof is not leaking.  If the roof is leaking, they will

10  temporarily remove the inmate.  But as you know, the roof

11  leaks a lot.  After seeing the pictures of the OIG

12  report, there's a lot of leakage in A Unit.

13     Q.    So during your time there, were you housed with

14  one other individual or three other individuals?

15     A.    In A Unit, I was housed with one, one

16  individual sometimes, but I was in a cubicle with a lot

17  of leakage coming from the roof.  So for a large period

18  of time, no one was on that top bunk.

19     Q.    So am I correct in saying that for the vast

20  majority of time, you were housed with one other inmate

21  in A Unit North within your cubicle?

22     A.    Yes, yes.

23     Q.    Where did you sleep?  Did you sleep on the top

24  bunk or on the bottom bunk?

25     A.    I was on the bottom.

Rhonda Fleming
March 19, 2024

Page 21

1      Q.    Was your cubicle mate on the bottom as well?

2      A.    No, she was on top.

3      Q.    Were you just housed with one other cubicle

4  mate during this time, or did you have multiple?

5      A.    I had multiple roommates.

6      Q.    You were never housed with either CJ or ET,

7  were you within that cubicle?

8      A.    No.

9      Q.    And the closest you said was that ET was housed

10 four cubicles down, is that right?

11     A.    Yes, at one point.

12     Q.    Ms. Fleming, tell me about your religious

13 beliefs.

14     A.    I'm a Messianic Jew, which is aka a Christian.

15 I receive Jesus Christ.  I love the Lord.  I respect the

16 Lord.  I became close to God.  I, I dedicated myself to

17 the Lord March 18th of 20 -- 2005, when I

18 self- surrendered on this charge.

19     Q.    How does your religious belief play into your

20 view of transgenderism?

21     A.    My faith tells me I'm not supposed to be naked

22 in front of any man that I'm not married to.

23     Q.    Are you married currently?

24     A.    I'm a widow.  My husband died since I've been

25 incarcerated.

Page 22

1     Q.    When was that?

2     A.    June of 2013.

3     Q.    Did you ever discuss the BOP transgender policy

4  with Warden Strong?

5     A.    Yes.

6     Q.    When did that occur?

7     A.    Multiple times.

8     Q.    What did you discuss with her?

9     A.    I told her I wanted to be removed from the

10  prison, and I did not want to live with men.

11     Q.    What was her response?

12     A.    It's the BOP policy, and there are no men in

13  this prison.  I responded to her, I'm insulted by you

14  saying that, because there are allegedly women who say

15  they're men.  So you acknowledge men can be women, but

16  you do not acknowledge that women can be men, which shows

17  the BOP is either discriminating against women or they

18  don't really believe that a man could be a woman or a

19  woman could be a man.

20     Q.    Walk me through that.  I'm a little bit

21  confused.

22     A.    Okay, it is confusing.  They do not acknowledge

23  in the BOP that a woman can be a man, but they will

24  acknowledge that a man can be a woman.  In other words,

25  right now, I'm in a prison and at Tallahassee with

Rhonda Fleming
March 19, 2024

Page 23

1  biological females walking around with beards because

2  they give them injections and, and -- of testosterone,

3  which causes them to grow a tremendous amount of facial

4  hair and make them physically aggressive, and they're --

5  they call them Mr. I do not.  But they do not acknowledge

6  them as being men.  But if a man says he is a woman, they

7  say it is a woman.  I am confused because I'm supposed to

8  be in a female prison, but I live with both.

9      Q.   Are you aware of the history of BOP single sex

10  facilities?

11      A.   Well, I have been in BOP facilities before

12  this, this charge, and to my knowledge, this did not

13  start until 2015 with President Obama.

14      Q.   So is it your position that the BOP have not

15  placed any biological females into any male BOP

16  facilities?

17      A.   Not that I know of.

18      Q.   So we've established that while you were in

19  Tallahassee, the only biological male inmates that you

20  interacted with, that you know of, were ET and CJ,

21  correct?

22      A.   Yes.

23      Q.   How often did you interact with CJ?

24      A.   Two or three times a week.

25      Q.   What were those interactions like?

Rhonda Fleming
March 19, 2024

Page 24

1    A.   I would see her mainly in law library.  It was

2  a negative experience, most of the time.  She -- he is

3  very aggressive.  Anti-woman.  I did not like this person

4  because this person said it is a biological male and was

5  having sex with females, young females in the prison.

6  She did -- excuse me.  This man also beat up women, went

7  to the Special Housing Unit many times for beating up

8  women, or was not caught, but the staff knew that CJ was

9  beating up women.

10    **Q.   Did you ever see CJ having sex with any**

11  **inmates?**

12    A.   No, but I was told --

13    **Q.   Did you --**

14    A.   -- by officer -- would you like to know?

15    **Q.   Sure.**

16    A.   There is an officer, we call her Ms. P.  She is

17  presently saying she is a transgender man.  She told me

18  that CJ was a man, and she was angry that CJ was having

19  sex with a young female inmate named Snow.

20    **Q.   So you discussed CJ with BOP employee, Mrs. P,**

21  **is that correct?**

22    A.   Unsolicited.

23    **Q.   What was Mrs. P's position?**

24    A.   Ms. P, at the time was a lesbian woman.  And

25  she was, at that time, anti-transgender.  And she went to

Page 25

1   Inmate Snow and wanted other inmates to go to Inmate Snow

2   and explain to Snow that CJ is a biological male and she

3   should -- and she should stop having sex with this

4   person.

5        Q.   My question was, what was her position, and I

6   meant, what was her position at Bureau of Prison?  Was

7   she --

8        A.   Oh, I'm sorry.  She is a correctional officer.

9        Q.   What other identifying details do you have

10  about CJ, since you only have her nickname?

11       A.   She is a -- he -- excuse me.  He is a tall

12  person and looks completely like a man.

13       Q.   Black, white, Hispanic, how old?

14       A.   CJ is black, approximately, 44, 45.  CJ

15  recently escaped from the prison.

16       Q.   How do you know that?

17       A.   It was reported in the media.  They caught him.

18       Q.   When's the last time you had conversation with

19  CJ?

20       A.   January 22.

21       Q.   Do you know where CJ was from?

22       A.   No.

23       Q.   Did you ever see CJ undressed?

24       A.   No.

25       Q.   Did CJ ever see you undressed?

Rhonda Fleming
March 19, 2024

Page 26

```
 1      A.   I don't know what CJ saw.  CJ has been in the
 2  shower when I was in the shower.  I don't want to see
 3  males or females in the shower, so I -- I'm not trying to
 4  look around when I'm in the shower.
 5      Q.   I see.  So you said CJ has been in the shower
 6  when you were in the shower.  Was that one time you
 7  remember?  More than once?
 8      A.   Maybe two or three times.
 9      Q.   And that's because CJ was on a different side
10  of A Unit.  So if CJ was using the shower, something was
11  wrong with South side showers.  Correct?
12      A.   Correct.
13      Q.   Let's talk about ET.  Where did you -- how
14  often did you speak to ET?
15      A.   Daily.
16      Q.   Did you ever see ET nude?
17      A.   Partially nude.
18      Q.   When you say partially, what do you mean?  You
19  mean -- you know we have to be descriptive.  Breasts,
20  buttocks?
21      A.   Breasts, undressing in the shower, and I turn
22  my head.
23      Q.   So ET, we -- you establish as a biological
24  male, but ET had breasts?
25      A.   My understanding is ET had a body surgery.
```

Rhonda Fleming
March 19, 2024

Page 27

1      Q.    Okay.

2      A.    They are not natural breasts.

3      Q.    So you are aware that ET had some sort of

4    gender affirming surgery?

5      A.    I'm aware that ET had a surgery.  I don't know

6    if it affirmed anything.

7      Q.    Are you aware of ET having more than one

8    surgery?

9      A.    No.

10     Q.    So to clarify, you saw ET partially nude,

11   meaning you saw breasts at one point in the showers.

12   Correct?

13     A.    Maybe more than one time, because I lived with

14   this person for a while.

15     Q.    Do you have any memory beyond that one time

16   that we just talked about?

17     A.    Casually passing by, getting into the shower.

18   There are multiple people in the shower in different

19   stages of undress.  So this is an everyday thing.  I

20   shower twice a day, sometimes three times a day during

21   the summer.  So many women shower a lot.  And ET was --

22   is a clean person and normally showers twice a day.  That

23   I know of.

24     Q.    So that doesn't answer that -- the question

25   that I asked, which was, you referenced one time where

Rhonda Fleming
March 19, 2024

Page 28

1   you have specific memory of seeing ET's breasts while

2   getting in the shower.  Do you have any other --

3       A.   That's not --

4       Q.   -- do you have any other memory or recollection

5   of any other time of seeing ET nude or partially nude?

6       A.   I want to be correct.  I don't have a memory of

7   a specific instance.  I have memories of regularly

8   entering the shower and seeing many people undress to

9   include ET.

10      Q.   So, are you saying that you saw ET's breasts on

11  more than one occasion or are you saying you just could

12  have, you don't remember?

13      A.   Obviously, on more than one occasion.

14      Q.   No, it's -- it's not obviously, because you

15  just testified to that where you felt you had one memory

16  of it.

17      A.   I'm correcting myself to say it is not a

18  one-time instance.  We live together.  We share the same

19  shower area and regularly, ET showered in the morning as

20  I do, and regularly in the afternoon.  And there were

21  instances over a year period of time where people,

22  including ET are nude in the shower or getting dressed.

23  It is not an area of privacy.  So anyone in that area, I

24  have seen more than once, nude.  Male or female.

25      Q.   Well, you just said that you had only seen ET

Rhonda Fleming
March 19, 2024

Page 29

 1  partially nude.  So which is it?

 2      A.   I'm not -- if I see someone undress, I turn my

 3  head.  So the height that I am, I wouldn't see -- be

 4  looking down, trying to look at people that are naked in

 5  the shower.  You might come into the shower, you glance,

 6  oh, someone's in that shower.  You keep walking.  Okay?

 7  So this occurs all the time.  It's no different from you

 8  living with your family.  You're in there with limited or

 9  no privacy, and it -- regularly, we are exposed to each

10  other.

11      Q.   Did ET ever see you nude?

12      A.   I do not know what ET saw.

13      Q.   Where do you typically change your clothes when

14  you shower?

15      A.   In the shower.

16      Q.   Behind the beige curtain?

17      A.   Yes.

18      Q.   Do you know what the BOP policy is on nudity?

19      A.   People are not supposed to expose themselves.

20      Q.   That's male or female, correct?

21      A.   Correct.

22      Q.   And when you say expose yourself, you mean you

23  -- you're not supposed to be undressed, whether it's in

24  your cubicle, right?  Or out on the yard, you can't just

25  be naked.

Page 30

1      A.   No, you cannot be.  But there are numerous

2  complaints about the shower curtains at Tallahassee.

3  Numerous.

4      **Q.   Okay.**

5      A.    In fact, over here today, they're having to

6  show -- change out all the shower rods because there are

7  numerous complaints.  This is a problem in every women's

8  prison with the showers not affording us privacy.  There

9  are numerous grievances and complaints about the lack of

10  privacy.  Women's bodies exposed to male officers as well

11  as gay officers.

12      **Q.   Do you also have an objection to being seen by**

13  **a female officer who is gay?**

14      A.   One hundred percent.

15      **Q.   Do any inmates in Tallahassee, when you were**

16  **there, shower with the face curtain not pulled over?**

17      A.   Some do.

18      **Q.   Did you ever see ET do that?**

19      A.   Yes.

20      **Q.   When was that?**

21      A.   Regularly.

22      **Q.   Okay.**

23      A.   Would you like to tell me why -- would you --

24      **Q.   I'm sorry, what?**

25      A.   -- like me to tell you why?

Rhonda Fleming
March 19, 2024

Page 31

1    Q.   Sure.

2    A.   The shower curtains are nasty and filthy.  So

3  many people do not want to shower and have the curtain

4  touch them, so they leave it pushed to the side.

5    Q.   Okay, so --

6    A.   And, and then -- many, many people don't care

7  about bodily privacy because they have lived a lifestyle

8  of strippers, prostitutes, they don't care.  And so

9  because they have lived these type of lifestyles, they do

10  it.  But I don't.

11    Q.   You pull the shower curtain every time and you

12  change your clothes behind the shower curtain?

13    A.   Correct.

14    Q.   Is it similar with a toilet situation where

15  sometimes individuals who may have less bodily privacy

16  concerns leave the toilet open -- the toilet curtain

17  open?  Or did you just --

18    A.   I don't understand your question.

19    Q.   Sure.  You testified beforehand that the

20  toilets have shower curtains in front of them that are

21  clear on top, green on bottom.  Right?

22    A.   Mm-hmm.  Mm-hmm.

23    Q.   Is that a yes?

24    A.   Yes.

25    Q.   Did you ever see any inmates use the toilet

Rhonda Fleming
March 19, 2024

Page 32

1  without pulling the curtain closed?

2      A.   Yes.

3      Q.   Did you ever use the toilet without pulling the

4  curtain closed?

5      A.   No.

6      Q.   Did you ever see ET use the toilet without

7  pulling the curtain closed?

8      A.   No.

9      Q.   So when you just -- you said ET -- you saw ET

10  use the shower without pulling the curtain closed, right?

11  You just told me that?

12      A.   Yes.

13      Q.   Was ET facing to you or away from you?

14      A.   Facing the shower or maybe turn to the side.

15  They're showering.  People are showering.  They're in

16  various positions when you walk through.

17      Q.   So before, you only told me that you saw -- you

18  have only seen ET's breasts.  So you're -- you're saying

19  that even though ET did not pull the curtain closed, when

20  ET showered, you only saw her breasts.  Correct?

21      A.   I'm 5'9''.  So I'm not looking down.  My head

22  is up.  So I would -- I would probably only see someone

23  shoulder up, breast up.

24      Q.   After you -- after you shower, I assume you

25  towel off, right?

Rhonda Fleming
March 19, 2024

Page 33

1      A.   Yes.

2      Q.   And then where -- when do -- where do you get

3  dressed -- redressed?

4      A.   In the shower.

5      Q.   Behind the beige curtain?

6      A.   Yes.

7      Q.   Have you ever changed your clothes in your --

8  in your cubicle?

9      A.   Never.  In 16 years in prison, no one has ever

10  seen me in my cubicle or even in my cell right now

11  getting dressed.  That is against the rules.

12      Q.   That's against the BOP's rules because you

13  can't have nudity in the cell, correct?

14      A.   Correct.

15      Q.   You're -- you're aware that there is surgery to

16  change gender.  Right?

17      A.   There's no such thing.  They can cut their

18  genitals off, but it doesn't change their biological

19  makeup.

20      Q.   And again, let's -- let's be crass.  If a -- or

21  sorry, I don't want -- don't want to be crass.  If a

22  biological male had his penis surgically removed, he

23  should still be placed in a bi -- in a BOP male facility

24  according to you?

25      A.   If a man loses his penis in war, and this has

Rhonda Fleming
March 19, 2024

Page 34

1  happened, unfortunately, he is still a man -- he is still
2  a man.  If it's accidentally done, he's still a man.  And
3  if he were to commit a crime, he would not want to be put
4  in a women's prison just because he lost his penis.  So,
5  in relation to people who voluntarily cut their penis
6  off, many of whom claim to be lesbians after they do this
7  because they're still having sex with women, no.  They're
8  still men to me.
9       Q.   And by that statement should be placed in a BOP
10  male facility, correct?
11      A.   No biological man should be in a facility with
12  me.
13      Q.   You identify as a biological female, correct?
14      A.   That's not what I identified as.  That's who I
15  am.  That God only made two sexes, man and woman.
16      Q.   Are you aware that there's surgery that
17  biological males can have after the penis is removed to
18  make a vagina?
19      A.   They can't make a vagina.  They cannot, ma'am,
20  they cannot make a vagina -- they cannot make a vagina.
21  Only God can make a vagina.
22      Q.   Can they make breasts?
23      A.   They can make fake breasts.
24      Q.   And what happens if a woman has a double
25  mastectomy due to cancer and has fake breasts?

Rhonda Fleming
March 19, 2024

Page 35

1    A.    We acknowledge that she's still a woman with

2  fake breasts.

3    Q.    So the breasts aren't determinative?

4    A.    No, not for me.

5    Q.    Are you aware of PREA?

6    A.    Yes.

7    Q.    Do you know what PREA says about, and I'm

8  quoting here, lesbian, gay, bisexual, transgender or

9  intersex inmates?

10    A.    I have some knowledge of it.

11    Q.    What knowledge do you have of it?

12    A.    That they give them rights.  That they --

13  special rights that they should not have.

14    Q.    And why should they have those rights?

15    A.    Because --

16          MR. BRISTOL:  Objection -- excuse me.

17    Objection to form.

18          MS. MOYLE:  Okay.

19          MR. BRISTOL:  Which, just to let you know,

20    Rhonda, you can still answer the question.  I'm just

21    preserving the objection for later.

22  BY MS. MOYLE:

23    Q.    Why shouldn't they have those rights?  And I

24  hear Mr. Bristol's objection to form.  You still have to

25  answer.

Rhonda Fleming
March 19, 2024

Page 36

1     A.   We are all equal -- we are all equal before

2  God.  By race, by gen -- by sex.  We are all equal.  And

3  no one should be provided special SHUs.  They're not

4  disabled.  Okay.  They get better SHUs, they get

5  different clothing, they get a special this, special that

6  which leads them -- which the BOP is encouraging this by

7  making -- by leading people to do this, to get special

8  items.

9     Q.   So again, you said you had some idea of what

10  PREA provides for lesbian, gay, bisexual, transgender or

11  intersex inmates.  Do you have any idea beyond what you

12  just told me of what PREA requires?

13          MR. BRISTOL:  An objection to form again.

14          THE WITNESS:  I'm not interested in their

15       manual.  I don't -- I don't participate in, in

16       studying of their situation.

17  BY MS. MOYLE:

18     Q.   Well, you understand that PREA is a law, right?

19          MR. BRISTOL:  Objection to form.

20          THE WITNESS:  I understand that PREA is mainly

21       to protect me from being sexually assaulted by men,

22       but it doesn't work.

23  BY MS. MOYLE:

24     Q.   Okay.

25     A.   I am at Dublin.

Rhonda Fleming
March 19, 2024

Page 37

1      Q.    What is your understanding of how the BOP deals
2   with inmates who identify as a gender they were not born
3   with?
4           MR. BRISTOL:  Objection to form.
5           THE WITNESS:  I believe I've already answered
6      that.
7   BY MS. MOYLE:
8      Q.    Well, you said they give them special SHUs.  Do
9   they -- does the Bo -- in your view, does the BOP do
10   anything else?
11          MR. BRISTOL:  Objection to form.
12          THE WITNESS:  They cater to biological males.
13      They do not per se recognize biological females can
14      be men.  They discriminate against women that want
15      to say they're men.  If they really believe these
16      women are men, then that means I'm in a co-ed prison
17      right now.
18   BY MS. MOYLE:
19      Q.    Why would you have an issue with that?
20      A.    Bring some -- bring some heterosexual males.
21   If we're going to have a co-ed prison, which we're not,
22   then you need to bring some heterosexual males to protect
23   us from the biological males that say they are women.
24      Q.    Are you asking for that relief as part of the
25   injunctive relief claim in this lawsuit?

Page 38

1    A.   Not at all.

2    Q.   So do you want the BOP to house biological

3    males and biological females together?

4    A.   I want the BOP to house men with men and women

5    with women.

6    Q.   Are you aware of how the BOP makes the decision

7    to place a biological male in a female facility?

8         MR. BRISTOL:  Objection to form.

9         THE WITNESS:  I don't -- I, I don't.  I, I've

10   not read about that or studied that.

11   BY MS. MOYLE:

12   Q.   So do you have any idea?  You can say no.

13   A.   No.

14   Q.   Have you ever read the transgender offender

15   manual?

16   A.   I have glanced at it.

17   Q.   What, in your opinion, should the BOP do with a

18   biological male who has had breast surgery, has had their

19   penis removed, and has -- and then had -- now has a fake

20   vagina?  Where should they place that person?

21   A.   Wherever my lawyer says they need to go.

22   Q.   Wherever your Lord has said?

23   A.   Wherever -- excuse me.  Wherever my attorney

24   believes is best.  That's what needs to happen.

25   Q.   Your attorney's not the one bringing the claims

Rhonda Fleming
March 19, 2024

Page 39

1  in this suit.  He's representing you, but you -- I'm --

2  I'm asking you a question.  You are the plaintiff here,

3  not your attorney.

4       A.   My opinion --

5       Q.   Yes, your opinion.

6       A.   My opinion is that -- my opinion is directed by

7  what my attorney has advised me is best.

8       Q.   That didn't answer my question.  Again, repeat

9  my question.  Where should the BOP, in your opinion,

10  place a biological male who has breasts -- has fake

11  breasts, has had his penis removed and has a fake vagina?

12       A.   They may consider giving them their own prison.

13       Q.   And would that, in your view, be a separate

14  facility?  Ms. Fleming you're --

15       A.   Yes.

16       Q.   Because let's -- let's put this in perspective.

17  There are all types -- I know you don't believe in it.

18  There are people who've had these surgeries.  And the

19  question for the BOP is, what do you think we should do

20  with them?  What are you asking for as part of this

21  lawsuit?  Where should we put them?  So is it your

22  position that they should be placed in their own separate

23  facility?

24       A.   I do not want to live with biological males.

25       Q.   I understand that.  That did not answer my

Rhonda Fleming
March 19, 2024

Page 40

 1  question, though.

 2      A.   Well, that's -- that -- that is my answer.  I,

 3  I, I don't have to decide where they go.  I am asking for

 4  them to be removed from women's facilities.  Wherever

 5  they put them at is the Judge's decision.

 6      Q.   So you're saying that they should either -- I

 7  mean, let's think about this logically.  Either go to a

 8  male facility or go to some other facility.  Just not in

 9  a female facility, correct?

10      A.   Again, it is a violation of my rights to be

11  housed with both groups of people with mental illness,

12  men and women who do not recognize their biological sex.

13  I should not have to deal with both groups of people

14  suffering a delusion.  But I have bodily privacy rights

15  from the biological male.  I don't have this privacy

16  right from a female with this delusion.  Okay.  So

17  whatever the Judge decides to do, as long as I'm not

18  housed with biological males, I'm happy.

19      Q.   You understand the claims that you have brought

20  in this case include asking the Judge to take some sort

21  of action based on this.  So I'm asking you and -- I'm

22  asking you what your opinion is based on the claims that

23  you've brought of where someone should go?

24      A.   I'm only asking for my rights.  I, I don't care

25  about their rights.  I'm asking, ma'am, I'm asking for my

Rhonda Fleming
March 19, 2024

Page 41

1  rights, my bodily privacy, my religious rights to be

2  recognized.  Okay.  I'm not fighting for theirs.

3      **Q.   I understand it.  So is it your position that**

4  **the BOP just shouldn't house these people or we should**

5  **just let them back on the streets?**

6      A.   My position is they should not be housed with

7  me.

8      **Q.   So again, my question is, do you -- do you**

9  **object to -- if the Judge were to enter injunctive**

10 **relief, which you've asked for, releasing all transgender**

11 **inmates from BOP care, would you object to that?**

12          MR. BRISTOL:  Objection to form.

13          THE WITNESS:  That's not going to happen --

14      that is not going to happen.

15  BY MS. MOYLE:

16      **Q.   That's not my question.**

17      A.   Well, I have to -- I can only answer questions

18  with a logical outcome, with a logical basis.  No one is

19  going to be free from prison because they are in a

20  delusion about their sex.  I'm -- I'm litigating, or I've

21  asked for relief from being housed with men.  I'm only

22  concerned with my religious rights, my religious freedom,

23  and my bodily privacy.  Those are the only two things I'm

24  concerned with.

25      **Q.   And so, for example, if you were -- you were**

Rhonda Fleming
March 19, 2024

Page 42

1   being housed with ET right now and the Judge decided that

2   the solution to this lawsuit was to just simply release

3   ET from custody, would you have an objection?

4            MR. BRISTOL:  Objection to form.

5            THE WITNESS:  I don't have an opinion about

6       that.

7   BY MS. MOYLE:

8       Q.   You mentioned that you're currently with some

9   biological females who have beards, correct?

10      A.   Yes.

11      Q.   Where should those inmates be placed?

12      A.   They need to stay with me.

13      Q.   Have you heard of gender dysphoria?

14      A.   Yes.

15      Q.   Do you know what it is?

16           MR. BRISTOL:  Objection to form.

17           THE WITNESS:  It's people that believe they're

18      sex that is not consistent with their genitals.

19   BY MS. MOYLE:

20      Q.   Okay.

21      A.   So mental illness.

22      Q.   How should the BOP treat people who have that

23   mental illness?

24           MR. BRISTOL:  Objection to form.

25           THE WITNESS:  I'm not -- I'm not a -- I'm not a

Rhonda Fleming
March 19, 2024

Page 43

 1        mental health professional.  I don't know.

 2    BY MS. MOYLE:

 3        Q.   So would you defer to what the mental health

 4    professionals say about this topic?

 5             MR. BRISTOL:  Objection to form.

 6             THE WITNESS:  No, because most of them are --

 7        have, have political beliefs that influence their

 8        decisions.

 9    BY MS. MOYLE:

10        Q.   Have you ever showered in the BOP, in a group

11    shower where there was not individual shower stalls?

12        A.   I have been taken to a private prison by the

13    BOP in those conditions.

14        Q.   So when was that?

15        A.   Several times in the last 16 years.  They take

16    us to Chickasha -- Grady County in Chickasha, Oklahoma.

17        Q.   So not in a permanent BOP facility have you had

18    to shower in a group environment, is that correct?

19        A.   Not in a BOP facility, but while I, I am in BOP

20    custody.

21        Q.   The relief you're hoping to get out of this

22    lawsuit is what?

23        A.   I want all biological males removed from

24    women's federal prisons.

25        Q.   And to clarify, as we stated -- as you stated

Rhonda Fleming
March 19, 2024

Page 44

1  before, you don't care where they go, you just don't want

2  to be housed with them.  Is that correct?

3      A.   I'm only -- I'm only litigating for my rights.

4  Whatever happens with those people I trust the judicial

5  system.

6      Q.   Have you ever had to be searched by an officer?

7      A.   Numerous times.

8      Q.   Are you searched by a male or a female officer?

9      A.   Up until 2012, I was searched by males and

10  females.

11      Q.   Since 2012, have you only been searched by

12  females?

13      A.   That I know of.

14      Q.   Have you ever had to, beyond the medical

15  context, be nude in front of any biological male?

16      A.   I do not know because we have -- we have

17  biological staff, biological males and females that are

18  involved in this lifestyle.  So I do not know if I have

19  not been naked before a man.

20      Q.   Well, when was the last time you were naked in

21  prison, beyond the showers, when you were by yourself?

22      A.   Anytime I have a legal visit.  I've had

23  numerous legal visits here at Dublin.

24      Q.   When you have a legal visit, you must get

25  entirely nude?  That's --

Rhonda Fleming
March 19, 2024

Page 45

1       A.    One hundred percent.

2       Q.    **Has that ever happened at Tallahassee?**

3       A.    I did not have legal visits at Tallahassee.

4       Q.    **So at Tallahassee, were you ever nude beyond**

5   **the showers and the medical contact?**

6       A.    Yes, yes.

7       Q.    **Okay, when?**

8       A.    When, when you go to a Special Housing Unit,

9   you're strip searched.

10      Q.    **And that was by a female officer that you know**

11  **of?**

12      A.    I don't know -- I don't know.  I explained to

13  you, Ms. P alleges to be a man now.  So I don't know if

14  the females or were born male or not.  We don't know --

15  we don't know.  The BOP has not made it clear that a

16  biological male who has decided to say he's a woman can't

17  strip search me.  They have not said that.  However, they

18  have said that Ms. P, who says she's a man now, can no

19  longer pass search me or strip search me.

20      Q.    **I thought you just testified that since 2012**

21  **you have only been searched by females.  Is that not**

22  **true?  Were you lying then?**

23      A.    I'm not -- I'm misunderstanding your question.

24      Q.    **You just said, prior to 2012 you received**

25  **searches from male and female officers.  That's correct,**

Rhonda Fleming
March 19, 2024

Page 46

1  right?

2        A.    Correct.

3        Q.    Just said that.  So since 2012, and I just

4  asked you this, you said you've only received searches by

5  female officers, correct?

6        A.    No, I said I don't know for certain.

7        Q.    Okay.  So --

8        A.    I said I do not know for certain because of the

9  policies that are in the BOP.  And I identified to you a

10 staff member that has allegedly changed the gender that's

11 no longer -- that has previously strip searched me and at

12 this time would not be allowed to strip search me.  This

13 is a fact.

14       Q.    And let me ask this.  Say you have in -- a

15 person come into employment with the BOP who identifies

16 as female but was born a biological male.  Can they strip

17 search you?

18       A.    No.

19       Q.    What about the other way around.

20       A.    I do not want any of these people that have

21 gender dysphoria strip searching me.  I believe they're

22 sexual deviants.  We have a lot of that in the BOP right

23 now.

24       Q.    Why do you believe they're sexually deviant?

25       A.    Well, sexual deviance is a mental illness, and

Rhonda Fleming
March 19, 2024

Page 47

1  it may fall in line with gender dysphoria.

2        Q.    What did you call ET?

3        A.    Ebony.

4        Q.    What did you call CJ?

5        A.    CJ or CeCe.

6        Q.    I want to ask you about some of the allegations

7  in your complaint.  You say there is absolutely no

8  ability for a woman to shield herself from exposing her

9  nudity in open dorms at FCI Tallahassee?

10       A.    Correct.

11       Q.    How does that square with what you told me

12 today?

13       A.    If a woman decides to undress, whether it's

14 against the rules or not, she cannot hide her, her

15 nudity.

16       Q.    But you have never --

17       A.    That's -- that -- that's --

18       Q.    But you have never been forced to be nude in

19 front of another inmate, correct?

20             MR. BRISTOL:  Objection to form.

21             MS. MOYLE:  What's your basis?

22             MR. BRISTOL:  For the objection to form?  That

23       misrepresents the evidence that has been put on the

24       record.  She said that she has been forced to be

25       naked in the shower when people walk by.

Rhonda Fleming
March 19, 2024

Page 48

1            MS. MOYLE:  Okay.

2    BY MS. MOYLE:

3        Q.    Ms. Fleming?

4        A.    Yes?

5        Q.    You still have to answer my question.

6        A.    You -- what was your question?

7        Q.    My question was, have you ever been forced to

8    be nude in front of another inmate, biological male or

9    biological female?

10       A.    Yes.

11       Q.    When?

12       A.    When I'm in the shower.  We have all also had -

13   - we have also had group strip searches.  This is done in

14   prison regularly, where you have group strip searches.

15       Q.    So the prison takes a bunch of inmates and

16   makes them all get naked together?

17       A.    Yes, ma'am.

18       Q.    Okay.

19       A.    This is done every day in Oklahoma.

20       Q.    You say in paragraph five that the plaintiff

21   has to expose herself several times a day when showering

22   or using the toilet.  Are you referring to the little

23   strips of pace -- of space?  That's because the shower

24   curtains are very flimsy?

25       A.    I'm referring to in the toilet areas.  The

Page 49

1  toilet area where you go to sit down, there's a wall on

2  both sides, and there is a covering in front of you.  The

3  covering does not cover the entire width of the shower --

4  of the toilet.  And in the shower area, the shower

5  curtains are flimsy, so they're flying all over the place

6  as people walk through and as the water is pushing them

7  out of the way.

8       Q.  That's -- that's what you're referring to when

9  you say, in paragraph five, the plaintiff has to expose

10  herself several times a day when showering or using the

11  toilet?

12      A.  Yes.

13      Q.  Are there steps that BOP can take beyond

14  removing biological males from female institutions to

15  better protect your bodily privacy?

16          MR. BRISTOL:  Objection to form.

17          THE WITNESS:  I am not aware of any.

18          MS. MOYLE:  Nothing further at this time.

19          MR. BRISTOL:  All right.

20          MS. MOYLE:  Counsel?

21                    CROSS-EXAMINATION

22  BY MR. BRISTOL:

23      Q.  Yeah, I do have a few questions.  Hopefully, it

24  won't be too long, but I'd be lying if I said that there

25  were just only a couple of them.

Rhonda Fleming
March 19, 2024

Page 50

1    So, first, I want to start off by clarifying the
2  nature of the lawsuit with you, Ms. Fleming.  So, are you
3  aware -- your lawsuit is against Warden Strong, correct?
4    A.   Yes, sir.
5    Q.   And is your lawsuit against Warden Strong in
6  her personal or her official capacity?
7    A.   I believe they raised it in both, but one may
8  have been dismissed.
9    Q.   So, in the official capacity, you are actually
10  suing the Bureau of Prisons, is that correct?
11        MS. MOYLE:  Form.
12        THE WITNESS:  Yes, sir.
13  BY MR. BRISTOL:
14    Q.   So, your lawsuit covers Tallahassee, but also
15  covers your experience in the Bureau of Prisons in
16  general, correct?
17        MS. MOYLE:  Form.
18        THE WITNESS:  My entire experience.
19  BY MR. BRISTOL:
20    Q.   Have you been exposed to transgender inmates in
21  other prisons other than Tallahassee?
22    A.   Yes.
23    Q.   Would you list those other prisons, please?
24    A.   FMC Carswell, Federal Transfer Center,
25  Oklahoma, Hazelton, Waseca and here at Dublin.

Rhonda Fleming
March 19, 2024

Page 51

1      Q.   That's a lot of -- that's a lot of incidences.

2   So I know there's been some dramatic examples of

3   Carswell.  Could you talk about some of your exposure to

4   transgender inmates to men specifically at Carswell?

5           MS. MOYLE:  When you refer to men --

6           THE WITNESS:  I was threatened --

7           MS. MOYLE:  -- biological -- biological males,

8      could you please use consistent terminology.

9   BY MR. BRISTOL:

10     Q.   Biological males.

11     A.   I was threatened by Linda Thompson, who had cut

12  his own penis and testicles off.  When the initial

13  lawsuit was raised and it made the front page of the Star

14  Telegram, I had bad experiences with a Aryan Brotherhood

15  person, Peter Langham, that transferred from a men's

16  prison to Carswell and was racist towards me and other

17  black inmates while wanting to be accepted as a woman.

18  Please.

19         Bodily privacy in my spiritual beliefs were

20  disregarded while I was at Carswell.  In fact, most of

21  the gay women, when I say gay women not coming in prison

22  participating but women that were gay in the community,

23  were more against this than anyone else.  They did not --

24  many women that are gay have been maybe molested as

25  children, and they do not want to be showering with or

Rhonda Fleming
March 19, 2024

Page 52

1  sharing cells with men.  In fact, even females in prison

2  that say they're men, they support this litigation not to

3  have men in the prison with us.

4       Q.   That's right.  We're going to get to -- we're

5  going to get to that in a second.  But what I'd like you

6  to do, if you could, is focus very specifically in those

7  instances with Carswell.  You mentioned two individuals.

8            Now, if you would, could you think back to

9  those times specifically, and again, just specifically on

10 these instances where you were exposed to the body parts

11 -- naked body parts.  And here, when I say naked body

12 parts, I mean genitalia, buttocks, those parts of the

13 body that we generally consider to be shameful or to be

14 private that we shouldn't expose to other people.  Could

15 you please explain --

16      A.   I will give you one instance --

17      Q.   -- explain all the instances you could

18 remember, if you will, in Texas, where you were exposed

19 to those parts of the body of a biological male inmate,

20 please.

21           MS. MOYLE:  Form.

22           THE WITNESS:  Linda Thompson, I walked into the

23           unit -- we had to walk into a unit to get to our

24           Unit to use the elevator.  This person had stripped

25           naked and was creating a scene in the unit.  We were

Rhonda Fleming
March 19, 2024

Page 53

1    all paralyzed as this person did this.  They had to

2    call back up 300 women in this unit with this man

3    buck naked in the middle of the unit.  Nobody --

4    none of the male officers wanted to touch him.  The

5    women officers were afraid, and we were all

6    scandalized to be standing there looking at a naked

7    man.

8         Other times in regular bathrooms that are

9    throughout the prison, somewhat like in the

10   community, when you go into a bathroom stall, you

11   can kind of see on the edges, if you're looking,

12   that who -- that somebody's in the toilet, that you

13   go to use the bathroom, and these men enter the

14   bathroom trying to have conversation with you or

15   just talking to you through the door.  And it's an

16   uncomfortable feeling for a woman to be using the

17   bathroom in an area with no cameras that is

18   secluded, maybe a two or three stall bathroom, and a

19   male is in the bathroom with you, and you're trying

20   to use the bathroom.  Showering was the same thing

21   at Carswell.  It was just a day-to-day struggle with

22   their aggressiveness, their soliciting of females

23   for sex -- for sex in the prison, and just outright

24   aggressive behavior.  We were tremendously afraid.

25   BY MR. BRISTOL:

Rhonda Fleming
March 19, 2024

Page 54

1    Q.   At Carswell, was there ever an incident that
2  happened during a group search where a biological male
3  exposed himself to women?
4         MS. MOYLE:  Form.
5         THE WITNESS:  I can't speak on that right now
6      because I would have to go back through my notes.
7  BY MR. BRISTOL:
8    Q.   Were you personally present for an -- for an
9  event like that?
10        MS. MOYLE:  Form.
11        THE WITNESS:  I cannot recall at this time.
12  BY MR. BRISTOL:
13    Q.   Now, you mentioned a number of other prisons
14  that there were biological males present, housed with
15  you.  Do you remember any other specific events or
16  general events where you were exposed to the male body at
17  those facilities?
18        MS. MOYLE:  Same objection.
19        THE WITNESS:  There are always, in women's
20      prisons, a problem with show -- with privacy, and
21      showers in the toilet areas.  And anytime there is a
22      male present, if one can use their imagination, if
23      you go into Target, into the toilet, you are -- if
24      you go to the gym, the YMCA, or your private club to
25      shower, your locker room, if you -- if, if there are

Rhonda Fleming
March 19, 2024

Page 55

1    men and women there, there are -- there's no
2    privacy, and people are exposed to each other.  And
3    it's the same in prison, but it's a daily --
4    everyday type situation.
5  BY MR. BRISTOL:
6       Q.   And have you ever known a biological male to
7  use his genitalia in a way that was offensive or
8  aggressive towards other female inmates?
9            MS. MOYLE:  Form.
10           THE WITNESS:  Yes, with Peter Langham and
11    Darnell Nash.  They were both at Carswell and
12    solicited females that did not want to be solicited.
13    And when the people were solicited, they attempt to
14    shame us into saying that we're anti-gay or, or
15    homophobic.  And really, we just don't -- that's not
16    why we're in prison.  We're -- we're in prison
17    trying to either get out or serve our time and
18    better ourselves, and most women are just not
19    interested in that.
20  BY MR. BRISTOL:
21       Q.   Have you ever been targeted by other inmates --
22  by biological male inmates for your stance on this issue?
23       A.   By Darnell Nash, Linda Thompson and Peter
24  Langham.
25       Q.   And how were you targeted by those individuals?

Page 56

1  What did they do?

2      A.   Verbally threatened, physically threatened.  At

3  one time, an officer had to get in between me and Linda

4  Thompson.  He actually had a weapon like a broomstick to

5  hit me.  And the officer -- a male officer, had to disarm

6  him with a lie by saying, oh, I don't -- I, I don't agree

7  with Fleming at all.  Let's go talk about this type

8  thing.  And the officer disarmed him.

9      Q.   Can you think of any other incidences that

10  happened at these facilities involving biological men?  I

11  just kind of want to gather it all before we move on

12  specifically to Tallahassee.

13      A.   If we're standing in line going to food

14  service, they would just cut in line.  No one -- we don't

15  do that.  Women don't do that for the most part.  Okay.

16  Very aggressive behavior.  Whatever behavior that they

17  were subjected to, possibly in men's prison, they came to

18  women's prisons doing the same thing, controlling the TV.

19  Just every -- anything they could do to use their

20  physical size against us is what they did -- what, what

21  they continue to do.

22      Q.   So part of your objection to this lawsuit

23  largely -- let me back up and ask to start this question

24  again.

25      While much of this lawsuit is focused on the

Rhonda Fleming
March 19, 2024

Page 57

 1  inherent privacy violations of the body, there are also -
 2  - are there also other privacy violations that you would
 3  allege, such as the changing of prison social conditions
 4  and the impact of male presence more largely that affects
 5  your private life in the facilities?

 6          MS. MOYLE:    Form.

 7          THE WITNESS:   They make women's prison more
 8      dangerous.   Women's prisons are less violent.
 9      Therefore, they staff women's prisons with a lot of
10      older, middle aged type officers that are not
11      physically equipped to deal with someone like
12      Darnell Nash that is six two, 34, 35 years old.
13      This is a size and age of prisoner -- male prisoner
14      that commits violence in prison.  And women prisons
15      do not have this type of violence.

16          In the last month, we've had maybe one or two
17      fights, when in a men's prison, you have two or
18      three fights every day.  So the staff is not
19      equipped.  I've talked to multiple officers about
20      this matter, and every last one said if they were
21      called, they would say they do not want men in
22      women's prisons.  It's dangerous.

23  BY MR. BRISTOL:

24      Q.   So maybe, and I can kind of back up and take us
25  through this a little piece-by-piece, because I want to

Rhonda Fleming
March 19, 2024

Page 58

1   unpack some of what you said a little bit.  So would you

2   -- would you say that there is a difference in the

3   culture and the social environment between male and

4   female prisons?

5        A.   Yes, sir.

6             MS. MOYLE:  Form.

7   BY MR. BRISTOL:

8        Q.   And so a prison is kind of like a society where

9   the inmates have a lot of control over how they interact

10  with one another, with the kind of the structure and

11  nature and tenor of that social environment.  Is that --

12  is that correct?

13       A.   This is correct -- this is correct.

14            MS. MOYLE:  Form.

15  BY MR. BRISTOL:

16       Q.   As we've established that male and female

17  prisons are different, would you say, does the kind of

18  prison society that exists depend on whether it's a male

19  prison or female prison?  Does that maleness or

20  femaleness impact that society?

21            MS. MOYLE:  Form.

22            THE WITNESS:  Correct.

23   BY MR. BRISTOL:

24       Q.   And so when male prisoners -- biological male

25  prisoners, are introduced into female prisons, does that

Rhonda Fleming
March 19, 2024

Page 59

1  change the nature of the prison society for women?

2      A.   One hundred percent.  It be -- it becomes more

3  chaotic.

4      Q.   And so it becomes more like -- does it become

5  more like what you would assume a male prison society is

6  like?

7      A.   It changes the daily dynamics of the prison.

8  Throughout my time at Carswell, after men were introduced

9  into the prison, the officers were constantly on edge.

10 Women are more docile.  We are more apt to do immediately

11 what an officer says.

12      In 16 or 17 years of incarceration, I may have one

13 failure to disobey.  That is not a norm in prison for us

14 to disobey.

15      With the male inmates they routinely disobey.  They

16 also will not do what a -- another race of officer says

17 to do.

18      In women's prison, we do not have racism.  If a

19 white officer or a black officer tells me something to

20 do, it does not matter to me.  I'm going to do it.

21      In a men's prison, it requires a white officer to

22 tell a white inmate to do something, and vice versa with

23 black, Hispanic.  That is the dynamic.

24      Also in women's prison, you could put -- I've had

25 black inmates, white inmates, Chinese, every race.  We do

Rhonda Fleming
March 19, 2024

Page 60

1  not have to be segregated by sex.

2      In men's prison, they have to be segregated by sex

3  for them -- by race -- by, by, by -- for most -- in most

4  of them.

5          Men's prisons are, I would say, completely

6  different.  We have knitting needles.  They would never

7  allow men to have knitting needles in a men's prison.

8          Women do not burn up.  An entire Raymondville

9  prison was burned to the ground, a prison that held 2700

10  inmates.  It was burned to the ground because they got

11  mad about a lack of medical care.  The difference in what

12  a man would do in a prison and what a woman would do in a

13  prison, it's -- it's 100 percent, okay?

14      **Q.   So you've mentioned a lot of security concerns**

15  **and a lot of those things, and I think that's important.**

16  **But I kind of want to take us away from that for a**

17  **second.**

18      A.   Okay.

19      **Q.   So, and talk more about -- so, and this maybe**

20  **will sound very stereotypical, so.  But I think you've**

21  **hit on some of the things that are important here, right?**

22  **So are women's -- do you feel that women's prisons are,**

23  **from your knowledge, are women's prisons more socially**

24  **stable than male prisons?**

25      A.   Yes.

Page 61

 1              MS. MOYLE:  Form.

 2              THE WITNESS:  They are more.

 3   BY MR. BRISTOL:

 4       Q.   Do women in those prisons, are they more able

 5   to form kind of a consensus and kind of govern themselves

 6   more than men prisons?

 7              MS. MOYLE:  Form.

 8              THE WITNESS:  To my knowledge, they do.  We do.

 9        We get along with the staff.  We care about the

10        staff.  We are more family oriented.  We care about

11        each other.

12   BY MR. BRISTOL:

13       Q.   And does all of that have an impact on

14   rehabilitation of prisoners, in your experience?

15       A.   Yes, because --

16              MS. MOYLE:  Same objection.

17              THE WITNESS:  This is important because more

18        than half of the women in prison have been molested

19        as children or, or sexually assaulted as grown women

20        by men.  You cannot -- it is difficult for women to

21        be in groups, getting therapy or treatment and have

22        a situation where they are in an open dorm or in a

23        cube or in a cell, like I'm in a cell now, where you

24        have a male in the room with you.  No woman wants to

25        be in a cell with a man, that it's not a member of

Rhonda Fleming
March 19, 2024

Page 62

1      their family.  That is not the historical norm of

2      prisons or in society.

3   BY MR. BRISTOL:

4      Q.   So you would also say that the presence of

5   males -- the biological males, in women's prisons has an

6   impact on the culture -- let me put it this way.  I want

7   to back up.

8      Would you say that the presence of males in women's

9   prisons has a privacy impact in terms of the social,

10  cultural, and rehabilitative environment of those

11  facilities?

12     A.   Yes.

13          MS. MOYLE:  Form.

14  BY MR. BRISTOL:

15     Q.   And so your lawsuit, in general, is about

16  bodily privacy, but is also about other forms of privacy,

17  is that correct?

18     A.   Yes.

19     Q.   Now I want to kind of focus back on the

20  Tallahassee situation.  So just to kind of clean up some

21  things or confirm them.  So you were normally housed in A

22  North, correct?

23     A.   Correct.

24     Q.   And CJ was housed in A South, correct?

25     A.   Yes.

Rhonda Fleming
March 19, 2024

Page 63

1       Q.   But there were times when you were forced to

2  shower in A South because the facilities in A North were

3  not available, correct?

4       A.   Either I showered in A South if the showers

5  were broken in A North, or vice versa.

6       Q.   And on those occasions, were you forced to

7  shower in the same facility as CJ?

8       A.   Yes.

9            MS. MOYLE:  Form.

10  BY MR. BRISTOL:

11       Q.   You mentioned CJ was known for beating up

12  women.  Could you talk about that a little bit?  Maybe

13  specific incidences or things that you heard about

14  regarding CJ and their tendency towards violence --

15  towards women in prison, specifically?

16       A.   CJ beat up a woman so badly that she was in a

17  wheelchair.  CJ has a long record of violence against

18  women in the prison.  Sometimes you are caught --

19  sometimes inmates are actually caught fighting, and they

20  are able to write an incident report, and so it's on your

21  record.  Other times, if the staff did not witness it,

22  and inmates want to continue to say nothing happened --

23  nothing happened, because they don't want to be punished,

24  excuse me -- excuse me, then it's not on your record

25  officially, but it's noted somewhere that this person

Rhonda Fleming
March 19, 2024

Page 64

1  assaulted someone.  They could just not prove it.

2      Q.   Do you happen to remember the name of the woman

3  that CJ put into the wheelchair?

4      A.   Not at this time.  I can provide it later.

5      Q.   And you mentioned that there was minimal

6  privacy available in the stalls for both the bathroom and

7  the shower, in the sense that the curtains often were not

8  there, were pushed to the side and didn't cover

9  everything.  I just wondered if you could elaborate a bit

10  more on that.  Talk about maybe situations when -- well,

11  let's start with this.  Could you just elaborate more on

12  the insufficiency of those coverings to provide complete

13  privacy?

14          MS. MOYLE:  Form.

15          THE WITNESS:  At Tallahassee and at many

16      women's federal prisons, there are constant

17      complaints about the lack of adequate shower

18      curtains or shower coverings that would protect our

19      bodily privacy from people.  Just a general person

20      passing by, maybe another inmate or a staff member

21      of either sex.

22          The shower curtains rip easily, and so

23      sometimes there would be large gashes in the shower

24      curtains, and you can easily see the person that's

25      in the shower.  Sometimes, as I stated before,

Rhonda Fleming
March 19, 2024

Page 65

1    people just left the shower curtains open because

2    they didn't want to touch the mold or mildew that

3    are on -- that's on the shower curtains.  They

4    didn't want their body to come in contact with it.

5    The showers afforded me and others no comfortable

6    bodily privacy.  The showers have been an issue.

7    The lack of privacy in these areas have been an

8    issue at Tallahassee for years.

9   BY MR. BRISTOL:

10       Q.   And your issue with the showers -- your issues

11   with the showers involve the ability both to see out and

12   to be seen inside the shower, is that correct?

13       A.   Yes.

14            MS. MOYLE:  Form.

15    BY MR. BRISTOL:

16       Q.   And you don't know what other people see when

17   they walk by you exactly, do you?

18            MS. MOYLE:  Form.

19            THE WITNESS:  No one can say what someone else

20    saw.

21   BY MR. BRISTOL:

22       Q.   Can you really say that TG or -- excuse me,

23   that CJ or ET saw or didn't see your naked body?

24   Precisely?

25            MS. MOYLE:  Form.

Rhonda Fleming
March 19, 2024

Page 66

 1          THE WITNESS:  No, I cannot say that.

 2  BY MR. BRISTOL:

 3     **Q.   But you also can't say that they did not see**

 4  **your body.  Correct?**

 5          MS. MOYLE:  Form.

 6          THE WITNESS:  My position is there's a, a

 7          strong likelihood that my body was exposed because I

 8          showered regularly in the showers.  It's -- it's

 9          common sense that at some time someone saw me naked

10          in the shower that was a biological male because we

11          were sharing the same showers multiply 365 days a

12          year times two at a minimum.  So that's 700 -- over

13          700 opportunities for someone to see me unclothed.

14          Because of the flimsiness of the shower curtains,

15          the lack of the ability of, of, of the tears in the

16          shower curtains, it's -- it's -- you can be a

17          completely -- a person that's very shy about your

18          body and still see other people and be seen in this

19          circumstance.

20  BY MR. BRISTOL:

21     **Q.   So in other words, the fact of seeing or being**

22  **seen is less important for this claim than the fact that**

23  **the individual was there in terms of your privacy**

24  **violation, correct?**

25     A.   Correct.

Rhonda Fleming
March 19, 2024

Page 67

1              MS. MOYLE:  Form.

2    BY MR. BRISTOL:

3        Q.   So I want to talk a little bit more about the

4    transgender biological females that consider themselves

5    to be men in the prison.

6        So are there -- I guess I'm going to start it this

7    way.  You've already answered the question, but it might

8    help me work my way into it.

9        Are there women in Tallahassee and the other

10   facilities you've been housed that take testosterone and

11   claim to be men?

12       A.   Yes.

13             MS. MOYLE:  Form.

14   BY MR. BRISTOL:

15       Q.   How many facilities have those inmates been in

16   with you?

17       A.   Every facility I have been in.

18       Q.   And how prevalent are they in those facilities?

19             MS. MOYLE:  Form.

20             THE WITNESS:  At this time, I'll stick to

21        Tallahassee.  Tallahassee had at least 900 people

22        there.  At least 150 to 200 alleged to be men.

23   BY MR. BRISTOL:

24       Q.   Is that ratio similar to the other facilities

25   in which you've been housed?

Rhonda Fleming
March 19, 2024

Page 68

1      A.    Yes.

2      Q.    And I assume those -- have those individuals
3   used the same shower and toilet facilities as you?

4      A.    Every day.

5      Q.    And so you have had more exposure to them than
6   you have had to biological men, correct?

7      A.    That is correct.

8      Q.    Yeah, and it is the Bureau of Prisons' position
9   -- well, scratch that.  I don't want to ask it that way.
10  Excuse me.

11      You object to being housed with those individuals as
12  well.  Correct?

13           MS. MOYLE:  Form.

14           THE WITNESS:  Under the current state --

15  BY MR. BRISTOL:

16      Q.    Now let me strike -- I'm going to strike -- I'm
17  going to strike that question.  That's not exactly --
18  that's not exactly -- that's not exactly what I wanted to
19  ask.  Mainly, let me approach it this way.

20      Those individuals, both the biological men and the -
21  - biological men who take estrogen and have surgery to
22  alter their genitals and the biological women who take
23  testosterone to alter their bodies, consider themselves
24  to be transgender, correct?

25           MS. MOYLE:  Form.

Rhonda Fleming
March 19, 2024

Page 69

```
 1              THE WITNESS:  Yes.
 2  BY MR. BRISTOL:
 3      Q.   To your knowledge, the Bureau of Prisons --
 4  does the Bureau of Prisons, to your knowledge, treat them
 5  equally?
 6      A.   No.
 7      Q.   In the sense of -- let -- and let me -- let me
 8  explain that.
 9           Does the Bureau of Prisons, in their transgender
10  policy, treat those two groups of individuals, the
11  biological men who alter themselves to become supposedly
12  women and the biological women who alter themselves
13  supposedly to become men, treat them as both being
14  transgendered and in the same gender and sexual identity
15  category?
16              MS. MOYLE:  Same objection.
17              THE WITNESS:  They do not.
18  BY MR. BRISTOL:
19      Q.   They do not?
20      A.   They do not -- they do not, because --
21      Q.   Go ahead.  I'm sorry.  Please.
22      A.   They do not treat them equally.  If they
23  treated them equally, they would tell them that if you
24  identify as a man, you will be transferred to a men's
25  prison.
```

Rhonda Fleming
March 19, 2024

Page 70

1      Q.   So let me -- let me ask the question, equally
2  was not probably the right way to phrase that.  They
3  treat those two groups of individuals -- do they treat
4  those two groups of individuals as being transgender?
5  Meaning, in the category of transgender, they have the
6  same transgender rights, they're covered by the same
7  transgender program, they are both transgendered
8  individuals?
9      A.   Okay.  In some respects, they do.  But they do
10 not acknowledge that women can be men in the same context
11 that they acknowledge that men can be women.  They allow
12 -- they --
13     Q.   So the Bureau of Prisons, to your
14 understanding, considers a woman that has undergone that
15 treatment to be a man and a man who has undergone that
16 treatment to be a woman.  But they house you with both
17 women who have gone -- undergone treatment to become men,
18 and men who have undergone treatment to become women.  Is
19 that correct?
20          MS. MOYLE:  Same objection.
21          THE WITNESS:  That is correct.
22 BY MR. BRISTOL:
23     Q.   So assuming that a man who undergoes treatment
24 to become a woman becomes a woman, and that a woman who
25 undergoes treatment to become a man becomes a man, are

Rhonda Fleming
March 19, 2024

Page 71

1  you housed with both men and women at the same time

2  currently?

3      A.  Yes.

4      Q.  Do you object to being housed with both men and

5  women at the same time?

6          MS. MOYLE:  Form.

7          THE WITNESS:  Yes.

8  BY MR. BRISTOL:

9      Q.  Is that housing what you consider to be a

10  violation of your rights to privacy?

11     A.  Yes.

12     Q.  Earlier, you mentioned that you didn't want to

13  see ET and CJ's body, correct?

14     A.  Correct.

15         MS. MOYLE:  Form.  I'm sorry, she said what?

16         MR. BRISTOL:  And so that -- she didn't want

17     to.

18         MS. MOYLE:  Did not want.  Okay.  Thank you.

19  BY MR. BRISTOL:

20     Q.  Did not want to see their bodies.

21     A.  No.

22     Q.  And you said that and -- that was part of the

23  reason why you could not explain the genital situation of

24  either ET or CJ, correct?

25     A.  Correct.

Rhonda Fleming
March 19, 2024

Page 72

1      Q.   Did you have to make an effort or a decision

2  not to see their naked bodies?

3           MS. MOYLE:  Form.

4           THE WITNESS:  Sometimes I did, because if I

5      knew ET was in the shower, I did not go in there.

6  BY MR. BRISTOL:

7      Q.   And if you wanted to, could you have looked at

8  their naked bodies and their genitals?

9           MS. MOYLE:  Form.

10          THE WITNESS:  I had the opportunity to.

11  BY MR. BRISTOL:

12     Q.   So in other words, even in those situations

13  where you were in the shower with them, you still had to

14  make kind of an effort, at least an avoid effort or

15  avoidance to avoid seeing their full naked bodies?

16     A.   Yes.

17     Q.   And you mentioned the guards walking through

18  the showers.  Did male guards ever walk into the female

19  showers in the dormitories?

20     A.   If there was an emergency, yes.

21     Q.   But it was not normal custom or as far as you

22  know, procedure for male guards to walk through the

23  showers?

24     A.   No, sir.

25     Q.   And you mentioned that you've never been strip

Page 73

1    searched by a man or by a woman identifying as a man in

2    the Bureau of Prisons.  Is that correct?  At least since

3    2012.  Let me -- let me -- let me -- let me strike that

4    question and re ask it.  I think I can make it a little

5    clearer.

6         Your understanding is -- is it your understanding --

7    does the Bureau of Prisons have a policy regarding the

8    strip search of inmates by correctional officers of the

9    opposite sex?

10    A.    They have a policy that bars the opposite sex

11    from strip searching you unless there are emergency

12    circumstances.

13        Q.    So, the Bureau of Prisons, as far as you know,

14    has policies that prevent males -- biological males from

15    officers that are employees that work in the prisons,

16    from seeing your naked body in the same circumstances

17    that the biological male inmates were able to see your

18    naked body?

19        A.    This is correct.

20        Q.    Ms. Moyle asked you several questions about

21    potential solutions and policies.  Are you an expert in

22    penological considerations, like the running of prisons

23    or the structure of prisons or the administration of

24    prisons?

25              MS. MOYLE:  Form.

Rhonda Fleming
March 19, 2024

Page 74

1                THE WITNESS:  I have no background in that.

2   BY MR. BRISTOL:

3        Q.   So are you a person who's qualified to create

4   or develop any prison policy?

5        A.   No, and I would never try to influence the

6   Judge in that area.

7        Q.   Are your concerns in this lawsuit to

8   personally, yourself rewrite Bureau of Prison policy?

9        A.   I'm only concerned with my bodily privacy and

10  religious freedom.

11       Q.   So, in other words, this lawsuit is solely

12  concerned with your right to privacy?

13               MS. MOYLE:  Form.

14               THE WITNESS:  Correct.

15  BY MR. BRISTOL:

16       Q.   At the beginning, we discussed a bit about your

17  understanding of men and women, and we defined the terms

18  biological male and female.  In doing so, we focused on

19  genitalia and body parts.

20       Do you consider the nature of male and female -- of

21  men and women to be wholly restricted to whether an

22  individual has a penis or a vagina?

23               MS. MOYLE:  Form.

24               THE WITNESS:  I believe God made man and God

25       made woman, and that's it.

Rhonda Fleming
March 19, 2024

Page 75

1  BY MR. BRISTOL:

2      Q.   But is a man simply somebody that has a penis?

3  Or is there more to being a man than having a penis?

4      A.   I want to keep this simple.  Biology matter --

5  matters to me.  If you are biologically born a man, you

6  are a man.  Whether you have lost your penis, you've cut

7  it off yourself, like Linda Thompson, you went and had

8  surgery, that is not my issue.  Whatever they decide to

9  do.  Okay.  I like Bruce Jenner or Caitlin Jenner,

10  whatever she's going on by now.  Caitlin or Bruce Jenner

11  was one of my heroes as a child.  I have absolutely

12  nothing against this person.  I don't want to be in a

13  bathroom with Bruce Jenner.

14      Q.   But so I want to focus on something you just

15  mentioned.  You said that you cut somebody's penis off,

16  they -- the man's penis off, they still remain a man --

17  he still remains a man.

18      A.   That is my position.

19      Q.   So being a man can't simply be related to

20  having a penis.  Right?  Because if you lose your penis,

21  you still remain a man.

22      A.   Correct.

23      Q.   So there are -- there are other things that

24  make a man-a-man.  Is that right?

25      A.   Yes.  His body structure, his muscularity --

Rhonda Fleming
March 19, 2024

Page 76

1  muscular structure, height and size, the ability to be

2  stronger.

3      Q.   We also discussed the culture of prisons

4  earlier.  Do you remember that?

5      A.   Yes.

6      Q.   And do you remember -- what did you say about

7  the difference between male and female prisons and prison

8  culture?

9      A.   Women are more docile.  Men are not docile.  We

10  are innately different.  Irrespective of what other -- I

11  don't care what other people think.

12      I have served a lot of time in prison, and I was

13  raised by a very decent man.  And I have two brothers, so

14  I've had the, the time to be around sexes.  I'm an older

15  person.  And in the prison culture -- this prison world,

16  our world, okay?  We are different from men.  We are more

17  kind and compassionate.  We're more caring.  For example,

18  a woman has never killed a woman in prison, that I know

19  of in the Federal Bureau of Prisons.  This cannot be said

20  in men's prison.

21      A woman has never killed an officer in a federal

22  prison.  This cannot be said about men's prisons.  That

23  tells you.  We have had officers fall out sick.  A men's

24  prison may leave them on the ground and keep going about

25  their business.  We have had mentally ill people attack

Rhonda Fleming
March 19, 2024

1  an officer, and we restrained the officer -- the, the

2  inmate until help could come.  We are different from men.

3      Q.   So being a man and being a woman is also about

4  nonphysical, social things, is that correct?

5      A.   Correct.

6      Q.   And -- no, I think I would leave that there.  I

7  think that's fine.

8      Earlier, you mentioned several exceptional

9  situations in terms of facilities.  I think you

10  mentioned, like Chickasaw, private prisons, Oklahoma as

11  well.  Could you talk about what are the differences in

12  terms of the privacy facilities between these private

13  prisons, the Oklahoma transfer facility and the regular

14  prisons, the FCI.

15          In Grady County, which is in Chickasaw,

16  Oklahoma, there is absolutely no privacy.  When you go to

17  the bathroom, there are no dividers.  The shower area is

18  open.  There are no shower curtains.  There's just

19  thickets.  You take a shower, it's an open dorm.  But the

20  majority of people that are in this facility are federal

21  prisoners.

22          So if there is a person that says he's a

23  woman, but he's a man, he can be in that facility with

24  me, and I'm having a shower with him.  Or when I go to

25  use the bathroom, the toilet area is completely open.

Rhonda Fleming
March 19, 2024

Page 78

1  Okay?  So these are part of the indignities that we break
2  the law that you have to suffer.  But when my Judge
3  sentenced me, he didn't know he was going to be
4  sentencing me to use the bathroom or shower with men.
5  And I cannot say that I didn't shower with men in Grady
6  County.

7      Q.   Why were you in Grady County?  What's the
8  purpose of that facility?

9      A.   When the Federal Transfer Center in Oklahoma
10  runs out of room after transferring federal prisoners to
11  different -- it's like a hub.  It's -- it's where the
12  airport is, Con air.  And they use Grady County and other
13  private prisons in the area to house the overflow of
14  inmates.  So once their Federal Transfer Center is
15  overflowing, they send you to these other counties to
16  hold you there until they can put you on a plane to go
17  where you're going.

18      Q.   And you have been in these facilities before,
19  correct?

20      A.   Numerous times.

21      Q.   Do you anticipate that you'll be going back to
22  them?

23           MS. MOYLE:  Form

24           THE WITNESS:  I mean, if it happened, I -- it

25      is likely.  Right now, since you have asked this

Rhonda Fleming
March 19, 2024

Page 79

```
 1   question, if you do not already know, I'm only at
 2   Dublin under a court order.  I was transferred away
 3   from here against my will, in violation of a Federal
 4   Judge's court order.  And I was taken to the Federal
 5   Detention Center in LA.  At this time, I'm asking
 6   the court to allow me to get away from these nut
 7   cases over here because she is appointed a special
 8   master over the prison, because officers over here
 9   stood their ground against the warden, who told them
10   to set me up, because they are angry with me about
11   possibly this litigation as well as what's going on
12   over here.
13        And so if you did not know, the two wardens and
14   two other officials were walked off and the FCI took
15   their computers.  Okay?  So at this time, because
16   there's so much chaos at this prison, the other
17   lawyers here in San Francisco have communicated with
18   me that if it's okay with me, they would do what
19   they can to get me away from here.
20        Now, what does that entail getting me away from
21   here?  I may have to go back to Chickasaw County or
22   Grady County in Chickasaw, Oklahoma, or I could end
23   up at Oklahoma the transfer center.  The Bureau of
24   Prisons could do anything they want to me.  So I'm
25   in their care.
```

Rhonda Fleming
March 19, 2024

Page 80

1   BY MR. BRISTOL:

2       Q.   So there is a likelihood, a reasonable

3   likelihood, you believe that you would be back in that

4   facility.  Is that -- would you say that?

5       A.   On my way here to Dublin, when I was wrongfully

6   transferred on another false statement, as we all know, I

7   was taken to that facility, and I stayed there for about

8   a month.

9       Q.   And if you were housed in that facility with a

10  transgender individual -- with a biological male -- you

11  were housed in that facility with a biological male, what

12  would your expectations of being able to shield your body

13  and privacy from that individual be?

14          MS. MOYLE:  Form.

15          THE WITNESS:  Absolutely, absolutely no

16      opportunity.

17  BY MR. BRISTOL:

18      Q.   Do they ever conduct group strip searches?  The

19  Bureau of Prisons?

20      A.   Yes.

21      Q.   What happens in a group strip search?

22      A.   They get you in a room.  It's usually when

23  there's an emergency situation, something bad has

24  happened in the prison.  Maybe they think somebody has

25  stolen a tool that is dangerous and they're not going to

Rhonda Fleming
March 19, 2024

Page 81

1  let anyone out of the area.  And so they have to do a, a,

2  -- they choose to do this.  Or at Oklahoma, when you go

3  to Oklahoma, they have separating walls, but you can

4  still see the other people being strip searched and

5  transgender inmates or these people that say they're

6  transgender, because I don't believe in that.  Okay.

7  They are strip searched, men with the women at the

8  Federal Transfer Center.

9      Q.   And --

10     A.   I should also --

11     Q.   Based on your past experience with how often

12  strip search -- strip searches happen, do you think that

13  you will be part of a group strip search again in the

14  future?

15          MS. MOYLE:  Form.

16          THE WITNESS:  Yes.  If I'm transferred.

17  BY MR. BRISTOL:

18     Q.   Do you think that there's a chance, a

19  reasonable chance, that you will be strip searched in a

20  facility where you are a resident?

21     A.   Yes.

22     Q.   And this is going to be kind of a bit of a

23  cleanup question, but is it your understanding that the

24  Bureau of Prisons considers guards that are born female

25  and have transitioned to be male, to be male for the

Page 82

1    purposes of a strip search?

2        A.    Would you say that again, because all of this

3    is confusing?

4        Q.    I know that's why you've noticed I usually am

5    not this inarticulate at forming questions, but it is

6    confusing.  It can be difficult to get things precise,

7    and I like to be precise.

8        So is it your understanding that the Bureau of

9    Prison -- of pure -- is it your understanding that the

10   Bureau of Prisons considers a guard that has been born

11   female but transitioned to become male, male for the

12   purposes of a strip search?

13       A.    Correct.

14       Q.    And the Bureau of Prisons considers a guard,

15   who was born male but "transitioned", to become female, a

16   female for the purposes of a strip search?

17       A.    Correct.

18       Q.    So that a male guard -- so that a guard who was

19   born a woman but "transitioned" to become a man is not

20   able to strip search you.  Is that correct?

21       A.    Correct.

22       Q.    And a prison guard who was born male but

23   "transitioned", to become a woman is capable of strip

24   searching you.  Is that correct?

25       A.    Yes.

Rhonda Fleming
March 19, 2024

Page 83

1           MR. BRISTOL:   That is a lot of questions.

2      Diego, I see you've unmuted yourself.  Do you have

3      anything that you would like to ask?

4                         CROSS-EXAMINATION

5  BY MR. PESTANA:

6      Q.   Yes, just briefly.  Can you hear me, Ms.

7  Fleming?

8      A.   Yes, I can.

9      Q.   Excellent.  Just a handful of questions, I

10  promise, Ms. Fleming.

11      Earlier, when answering questions from Ms. Moyle,

12  you described the showers and toilets, and you said, "we

13  are regularly exposed to each other."  Is that right?

14      A.   Correct.

15           MS. MOYLE:  Form.

16  BY MR. PESTANA:

17      Q.   And by that, you're referring to private body

18  parts and genitalia, is that right?

19      A.   Yes, sir.

20      Q.   And CJ is a biological male, is that right?

21      A.   Yes.

22      Q.   And so you showered at least two or three times

23  with CJ.  Is that right?

24      A.   Yes.

25           MS. MOYLE:  Form.

Rhonda Fleming
March 19, 2024

Page 84

1  BY MR. PESTANA:

2      Q.   So it's accurate to say that you were exposed

3  to CJ.  Is that right?

4      A.   Yes.

5           MS. MOYLE:  Same objection.

6  BY MR. PESTANA:

7      Q.   ET is a biological male.  Is that right?

8      A.   Yes.

9      Q.   And ET shower twice daily, I think you said.

10  Is that right?

11      A.   At a minimum.

12      Q.   A minimum.  And so it's accurate to say you

13  were exposed to ET, is that right?

14      A.   Yes.

15      Q.   And the last one is, the remaining claim for

16  relief in this complaint is to enjoin or stop enforcement

17  of the transgender policy.  Is that right?

18      A.   Yes.

19      Q.   That's -- that's all I have.  Thank you, Ms.

20  Fleming.

21      A.   Great to meet you.

22           MR. BRISTOL:  So, I think we're all done, if

23      you have any -- anything else?

24                     REDIRECT EXAMINATION

25  BY MS. MOYLE:

Rhonda Fleming
March 19, 2024

Page 85

1      Q.    Yes.  Ms. Fleming, is the inmate we've been

2  referring to as CJ, does the name Chesney Jones sound

3  familiar?

4      A.    Correct.

5      Q.    So to clarify, Chesney Jones is the CJ we've

6  been just talking about who you were housed at A -- you

7  were in A North, she was in A South in Tallahassee.  Is

8  that accurate?

9      A.    Yes.

10     Q.    And what were the details of her that you said?

11     A.    She was transferred to the Mariana Camp.  And

12  someone sent me an article detailing that after she got

13  to the camp, she escaped, and she became ill because she

14  is a diabetic.  He, excuse me.  He is a diabetic.  I'm

15  used to speaking about women in the prison.  He is a

16  diabetic, a very severe diabetic, and became ill in the

17  woods, and that's how they caught him.

18     Q.    Have you ever been housed in a male facility?

19     A.    No.

20     Q.    When you say Carswell, that's in Texas.  Is

21  that right?

22     A.    Yes.

23     Q.    And when were you housed in Carswell?

24     A.    From approximately '08 to '12, and then again

25  from '15 to '17.

Rhonda Fleming
March 19, 2024

Page 86

1      Q.   Beyond temporary placements, like transition

2  processing, was Carswell your designation before

3  Tallahassee?

4      A.   Yes.

5      Q.   And you filed a lawsuit about the transgender

6  policies in Carswell too, didn't you?

7      A.   Yes.

8      Q.   That was in the Norman district of Texas?

9      A.   Yes.

10          MS. MOYLE:   Nothing further.  Jeffrey, are

11      y'all reading or waiving?

12          MR. BRISTOL:  Let's go ahead and read.

13          MS. MOYLE:  Thank you for your time, Ms.

14      Fleming.  You can let your officers know that we're

15      done.  Madam Court Reporter, we are not allowed to

16      order on the spot, but my assistant will be in

17      touch.  Okay?

18          THE REPORTER:  Okay.  Noted.  Counsel Bristol,

19      are you ordering a copy when they do order?  Or if

20      they --

21          MR. BRISTOL:  Yeah.

22          THE REPORTER:  Okay.  Does anyone have any

23      questions for me?

24          MR. BRISTOL:  No.

25          THE REPORTER:  Okay --

Rhonda Fleming
March 19, 2024

Page 87

1        MS. MOYLE:  No, ma'am.

2        THE REPORTER:  Bye everyone.  Have a pleasant

3    afternoon.  Let me call us off the record.  We are

4    now off the record officially.  The time is 4:27

5    p.m.

6        (Deposition concluded at 4:27 p.m.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rhonda Fleming
March 19, 2024

Page 88

1                           CERTIFICATE OF OATH

2

3     STATE OF FLORIDA

4     COUNTY OF LEON

5

6          I, the undersigned authority, Tia L Pierre, Notary

7     Public, certify that RHONDA FLEMING remotely appeared

8     before me and was duly sworn on March 19, 2024.

9          WITNESS my hand and official seal this 19th day of

10    March 2024.

11

12

13    _____

14    Tia L Pierre
      Notary Commission: HH 216931
      Commission Expires: January 17, 2026

15

16

17

18

19

20

21

22

23

24

25

Rhonda Fleming
March 19, 2024

Page 89

1                CERTIFICATE OF DIGITAL REPORTER

2

3        I, TIA L PIERRE, a Digital Reporter and Notary

4    Public within and for the State of Florida, do hereby

5    certify:

6

7        That the foregoing proceeding hereinbefore set forth

8    was accurately captured with annotations by me during the

9    proceeding.

10

11       I further certify that I am not related to any of

12   the parties to this action by blood or marriage, and that

13   I am in no way interested in the outcome of this matter.

14

15       IN WITNESS THEREOF, I have hereunto set my hand this

16   19th day of March, 2024.

17

18

19                                   _____

20                       Tia L Pierre
                         Notary Commission: HH 216931
21                       Commission Expires: January 17, 2026

22

23

24

25

Rhonda Fleming
March 19, 2024

Page 90

1   MARCH 19TH, 2024

2   RHONDA FLEMING c/o JEFFREY BRISTOL
    400 NORTH ASHLEY DRIVE SUITE 1900 TAMPA, FLORIDA 33602
3   IN RE: RHONDA FLEMING v. UNITED STATES OF AMERICA, et
    al.,
4   CASE NO.: 4:21-CV-325-MW-MJF

5   Please take notice that on the 19th day of March 2024,
    you gave your deposition in the above cause. At that
6   time you did not waive your signature.

7   The above-addressed attorney has ordered a copy of
    this transcript and will make arrangements with you to
8   read their copy. Please execute the Errata Sheet,
    which can be found at the back of the transcript, and
9   have it returned to us for distribution to all parties.

10  If you do not read and sign the deposition within 30
    days, the original, which has already been forwarded to
11  the ordering attorney, may be filed with the Clerk of
    the Court.
12
    If you wish to waive your signature now, please sign
13  your name in the blank at the bottom of this letter and
    return it to the address listed below.
14
    Very truly yours,
15
    Tia L Pierre
16  Lexitas Legal
    fl.production@lexitaslegal.com
17  I do hereby waive my signature.

18  _____
    RHONDA FLEMING
19  Job No.:  352270

20

21

22

23

24

25

Rhonda Fleming
March 19, 2024

Page 91

1                        ERRATA SHEET

2                 DO NOT WRITE ON THE TRANSCRIPT
                  ENTER CHANGES ON THIS SHEET
3
   RHONDA FLEMING v. UNITED STATES OF AMERICA, et al.,
4  Deponent:  RHONDA FLEMING
   Date of Deposition:  March 19, 2024
5  Case No.:  4:21-CV-325-MW-MJF

6  PAGE        LINE                REMARKS

7  _____

8  _____

9  _____

10 _____

11 _____

12 _____

13 _____

14 _____

15 _____

16 _____

17 _____

18 _____

19 Under penalties of perjury, I declare that I have read
   the foregoing document and that the facts stated in it
20 are true.

21
   Signature of Witness: _____
22
   Dated this _____ day of _____ , _____
23
   Email to fl.production@lexitaslegal.com
24 Job No.:  352270

25

**0**

**02:06**
　4:6
**08**
　85:24

**1**

**100**
　14:8 60:13
**12**
　85:24
**15**
　85:25
**150**
　67:22
**16**
　33:9 43:15
　59:12
**17**
　59:12 85:25
**18**
　18:12
**18th**
　21:17
**19**
　13:19
**19th**
　4:5

**2**

**20**
　18:12 21:17
**200**
　67:22
**2005**
　21:17

**2012**
　44:9,11
　45:20,24 46:3
　73:3
**2013**
　22:2
**2015**
　23:13
**2018**
　7:14
**2019**
　11:5,8,12,15
　12:3
**2020**
　11:5,12,15
**2022**
　7:15
**2024**
　4:5
**20446-009**
　6:16
**20446-089**
　6:15
**21**
　11:12,15 12:3
**22**
　25:20
**2700**
　60:9
**2:06**
　4:1

**3**

**300**
　53:2
**34**
　57:12

**35**
　57:12
**365**
　66:11

**4**

**44**
　25:14
**45**
　25:14
**4:27**
　87:4,6

**5**

**5'9''**
　32:21

**7**

**700**
　66:12,13

**9**

**900**
　67:21

**A**

**ability**
　5:19 10:15
　47:8 65:11
　66:15 76:1
**absolutely**
　47:7 75:11
　77:16 80:15
**accepted**
　51:17
**accidentally**

　34:2
**accurate**
　8:7,13 84:2,
　12 85:8
**accurately**
　5:20
**acknowledge**
　22:15,16,22,
　24 23:5 35:1
　70:10,11
**acknowledged**
　14:14
**action**
　40:21
**adequate**
　64:17
**administration**
　73:23
**advised**
　39:7
**affect**
　5:19
**affects**
　57:4
**affirm**
　4:13
**affirmed**
　27:6
**affirming**
　15:1 27:4
**afforded**
　65:5
**affording**
　30:8
**afraid**
　15:2 53:5,24
**afternoon**
　28:20 87:3

age
  57:13
aged
  57:10
aggressive
  23:4 24:3
  53:24 55:8
  56:16
aggressiveness
  53:22
agree
  10:17,21 56:6
ahead
  6:21 69:21
  86:12
air
  78:12
airport
  78:12
aka
  21:14
allegations
  47:6
allege
  57:3
alleged
  67:22
allegedly
  22:14 46:10
alleges
  45:13
alleging
  11:20
allowed
  46:12 86:15
alter
  68:22,23
  69:11,12

amount
  23:3
anatomical
  9:3
and/or
  8:12
angry
  24:18 79:10
Ann
  4:9
answering
  83:11
answers
  6:25
anti-gay
  55:14
anti-
transgender
  24:25
Anti-woman
  24:3
anticipate
  78:21
anytime
  44:22 54:21
appointed
  79:7
approach
  68:19
approve
  14:10
approximately
  7:14 17:9
  25:14 85:24
apt
  59:10
area
  28:19,23

49:1,4 53:17
74:6 77:17,25
78:13 81:1
areas
  16:6,7,8
  17:17 48:25
  54:21 65:7
arrived
  8:5
article
  85:12
Aryan
  51:14
assaulted
  36:21 61:19
  64:1
assistant
  86:16
assume
  6:22 32:24
  59:5 68:2
assuming
  70:23
attack
  76:25
attempt
  55:13
attorney
  38:23 39:3,7
attorney's
  38:25
AUSA
  5:2
avoid
  72:14,15
avoidance
  72:15

aware
  12:1,4 14:15
  23:9 27:3,5,7
  33:15 34:16
  35:5 38:6
  49:17 50:3
awkward
  5:14

_____

B

back
  41:5 52:8
  53:2 54:6
  56:23 57:24
  62:7,19 78:21
  79:21 80:3
background
  74:1
bad
  51:14 80:23
badly
  63:16
bars
  73:10
based
  9:9 15:24
  40:21,22
  81:11
basin
  16:6,9
basing
  16:8
basis
  13:13 41:18
  47:21
bathroom
  53:10,13,14,
  17,18,19,20
  64:6 75:13

77:17,25 78:4

**bathrooms**
53:8

**beards**
23:1 42:9

**beat**
24:6 63:16

**beating**
15:8 24:7,9
63:11

**bed**
20:5

**beds**
19:23

**began**
4:1

**begin**
4:22 5:7,18

**beginning**
74:16

**behavior**
53:24 56:16

**beige**
19:15,18
29:16 33:5

**belief**
21:19

**beliefs**
21:13 43:7
51:19

**believes**
38:24

**bi**
33:23

**biological**
8:20 9:2,12,
16,24 10:9,17
11:4,7,14,22,

24 12:2,6,25
15:22,25
23:1,15,19
24:4 25:2
26:23 33:18,
22 34:11,13,
17 37:12,13,
23 38:2,3,7,
18 39:10,24
40:12,15,18
42:9 43:23
44:15,17
45:16 46:16
48:8,9 49:14
51:7,10 52:19
54:2,14 55:6,
22 56:10
58:24 62:5
66:10 67:4
68:6,20,21,22
69:11,12
73:14,17
74:18 80:10,
11 83:20 84:7

**biologically**
75:5

**Biology**
75:4

**birth**
9:4,6,8,13,17

**bisexual**
35:8 36:10

**bit**
10:12 18:14
22:20 58:1
63:12 64:9
67:3 74:16
81:22

**black**
25:13,14

51:17 59:19,
23,25

**Bo**
37:9

**bodies**
30:10 68:23
71:20 72:2,8,
15

**bodily**
31:7,15 40:14
41:1,23 49:15
51:19 62:16
64:19 65:6
74:9

**body**
26:25 52:10,
11,13,19
54:16 57:1
65:4,23 66:4,
7,18 71:13
73:16,18
74:19 75:25
80:12 83:17

**BOP**
11:8,9 12:5,9
22:3,12,17,23
23:9,11,14,15
24:20 29:18
33:23 34:9
36:6 37:1,9
38:2,4,6,17
39:9,19 41:4,
11 42:22
43:10,13,17,
19 45:15
46:9,15,22
49:13

**BOP's**
33:12

**born**

9:3,5,13,17
37:2 45:14
46:16 75:5
81:24 82:10,
15,19,22

**bottom**
16:19 19:11,
19 20:4,6,24,
25 21:1 31:21

**boy**
8:1

**break**
78:1

**breast**
32:23 38:18

**breasts**
26:19,21,24
27:2,11 28:1,
10 32:18,20
34:22,23,25
35:2,3 39:10,
11

**briefly**
83:6

**bring**
37:20,22

**bringing**
38:25

**Bristol**
6:1,2 7:7
12:12 35:16,
19 36:13,19
37:4,11 38:8
41:12 42:4,
16,24 43:5
47:20,22
49:16,19,22
50:13,19 51:9
53:25 54:7,12
55:5,20 57:23

Rhonda Fleming
March 19, 2024

4

58:7,15,23
61:3,12 62:3,
14 63:10
65:9,15,21
66:2,20 67:2,
14,23 68:15
69:2,18 70:22
71:8,16,19
72:6,11 74:2,
15 75:1 80:1,
17 81:17 83:1
84:22 86:12,
18,21,24

**Bristol's**
35:24

**broken**
15:15 63:5

**broomstick**
56:4

**Brotherhood**
51:14

**brothers**
76:13

**brought**
40:19,23

**Bruce**
75:9,10,13

**buck**
53:3

**bunch**
48:15

**bunk**
19:23 20:4,
18,24

**Bureau**
25:6 50:10,15
68:8 69:3,4,9
70:13 73:2,7,
13 74:8 76:19

79:23 80:19
81:24 82:8,
10,14

**burn**
60:8

**burned**
60:9,10

**business**
76:25

**buttocks**
26:20 52:12

**Bye**
87:2

---
C
---

**Caitlin**
75:9,10

**California**
4:12

**call**
10:8 23:5
24:16 47:2,4
53:2 87:3

**called**
57:21

**cameras**
53:17

**camp**
85:11,13

**cancer**
34:25

**capable**
82:23

**capacity**
50:6,9

**care**
31:6,8 40:24
41:11 44:1

60:11 61:9,10
76:11 79:25

**caring**
76:17

**Carswell**
50:24 51:3,4,
16,20 52:7
53:21 54:1
55:11 59:8
85:20,23
86:2,6

**case**
6:1 40:20

**cases**
79:7

**Casually**
27:17

**category**
69:15 70:5

**cater**
37:12

**caught**
24:8 25:17
63:18,19
85:17

**Cece**
13:5 14:21
47:5

**cell**
33:10,13
61:23,25

**cells**
52:1

**center**
50:24 78:9,14
79:5,23 81:8

**chance**
81:18,19

**change**
29:13 30:6
31:12 33:16,
18 59:1

**changed**
33:7 46:10

**changing**
57:3

**chaos**
79:16

**chaotic**
59:3

**charge**
21:18 23:12

**Chesney**
85:2,5

**Chickasaw**
77:10,15
79:21,22

**Chickasha**
43:16

**child**
75:11

**children**
51:25 61:19

**Chinese**
59:25

**choose**
81:2

**Christ**
21:15

**Christian**
21:14

**circumstance**
66:19

**circumstances**
73:12,16

city
  4:11
CJ
  14:20,22
  15:5,8,11,12,
  14,17,23 21:6
  23:20,23
  24:8,10,18,20
  25:2,10,14,
  19,21,23,25
  26:1,5,9,10
  47:4,5 62:24
  63:7,11,14,
  16,17 64:3
  65:23 71:24
  83:20,23 84:3
  85:2,5
CJ's
  14:21 71:13
claim
  34:6 37:25
  66:22 67:11
  84:15
claims
  8:15,16,19
  38:25 40:19,
  22
clarify
  27:10 43:25
  85:5
clarifying
  50:1
clarity
  5:17
clean
  27:22 62:20
cleanup
  81:23
clear

16:16,18,20
19:11 31:21
45:15
clearer
  73:5
close
  21:16
closed
  32:1,4,7,10,
  19
closest
  21:9
clothes
  29:13 31:12
  33:7
clothing
  36:5
club
  54:24
co-ed
  37:16,21
color
  16:17,19
comfortable
  65:5
commit
  34:3
commits
  57:14
common
  66:9
communicated
  79:17
community
  51:22 53:10
compassionate
  76:17

complaint
  10:3 47:7
  84:16
complaints
  30:2,7,9
  64:17
complete
  64:12
completely
  25:12 60:5
  66:17 77:25
computers
  79:15
Con
  78:12
concerned
  41:22,24
  74:9,12
concerns
  31:16 60:14
  74:7
concluded
  87:6
conditions
  43:13 57:3
conduct
  80:18
confirm
  62:21
confused
  22:21 23:7
confusing
  22:22 82:3,6
consensus
  61:5
considerations
  73:22

considered
  12:21
considers
  70:14 81:24
  82:10,14
consistent
  42:18 51:8
constant
  64:16
constantly
  59:9
contact
  45:5 65:4
context
  44:15 70:10
continue
  56:21 63:22
control
  58:9
controlling
  56:18
conversation
  25:18 53:14
copy
  86:19
correct
  6:15,20 7:10
  8:10 9:1,4,
  10,14,18,24
  10:18,20
  11:19 12:7
  13:1,2,4
  15:19,20 19:2
  20:19 23:21
  24:21 26:11,
  12 27:12 28:6
  29:20,21
  31:13 32:20
  33:13,14

34:10,13 40:9
42:9 43:18
44:2 45:25
46:2,5 47:10,
19 50:3,10,16
58:12,13,22
62:17,22,23,
24 63:3 65:12
66:4,24,25
68:6,7,12,24
70:19,21
71:13,14,24,
25 73:2,19
74:14 75:22
77:4,5 78:19
82:13,17,20,
21,24 83:14
85:4

**correcting**
28:17

**correctional**
25:8 73:8

**Counsel**
4:21 5:24,25
49:20 86:18

**counselor**
12:17

**counselors**
12:14

**counties**
78:15

**County**
43:16 77:15
78:6,7,12
79:21,22

**couple**
49:25

**court**
79:2,4,6
86:15

**cover**
16:23 18:20
49:3 64:8

**covered**
70:6

**covering**
49:2,3

**coverings**
64:12,18

**covers**
50:14,15

**COVID**
8:12

**crass**
33:20,21

**create**
74:3

**creating**
52:25

**crime**
34:3

**criteria**
11:1

**CROSS-
EXAMINATION**
49:21 83:4

**cube**
61:23

**cubicle**
20:2,5,16,21
21:1,3,7
29:24 33:8,10

**cubicles**
15:10,19
21:10

**cultural**
62:10

**culture**
58:3 62:6
76:3,8,15

**current**
68:14

**curtain**
17:10 29:16
30:16 31:3,
11,12,16
32:1,4,7,10,
19 33:5

**curtains**
16:14 17:1,5,
6,11,16,18,21
18:19 19:9,
10,14 30:2
31:2,20 48:24
49:5 64:7,18,
22,24 65:1,3
66:14,16
77:18

**custody**
42:3 43:20

**custom**
72:21

**cut**
33:17 34:5
51:11 56:14
75:6,15

_____

**D**
_____

**daily**
26:15 55:3
59:7 84:9

**damage**
17:17

**damaged**
17:22

**dangerous**
57:8,22 80:25

**Darnell**
55:11,23
57:12

**dates**
7:12

**day**
27:20,22
48:19,21
49:10 57:18
68:4

**day-to-day**
53:21

**days**
66:11

**deal**
15:3 40:13
57:11

**deals**
37:1

**decent**
76:13

**decide**
40:3 75:8

**decided**
42:1 45:16

**decides**
40:17 47:13

**decision**
38:6 40:5
72:1

**decisions**
43:8

**dedicated**
21:16

**defer**
43:3

**define**
    10:5
**defined**
    74:17
**definition**
    10:6,16,18,
    21,23
**delay**
    5:13
**delusion**
    40:14,16
    41:20
**depend**
    58:18
**depending**
    6:11
**depo**
    10:11
**deposed**
    6:5
**deposition**
    4:15 5:4,23
    7:3,7 8:21
    10:11 87:6
**describe**
    16:1,4 18:1
**description**
    18:14
**descriptive**
    26:19
**designation**
    86:2
**detailing**
    85:12
**details**
    25:9 85:10
**Detention**
    79:5

**determinative**
    35:3
**develop**
    74:4
**deviance**
    46:25
**deviant**
    46:24
**deviants**
    46:22
**diabetic**
    14:22 85:14,
    16
**died**
    21:24
**Diego**
    6:1 83:2
**difference**
    58:2 60:11
    76:7
**differences**
    77:11
**difficult**
    61:20 82:6
**DIRECT**
    4:23
**directed**
    39:6
**disabled**
    36:4
**disarm**
    56:5
**disarmed**
    56:8
**discipline**
    8:12
**discriminate**
    37:14

**discriminating**
    22:17
**discuss**
    22:3,8
**discussed**
    24:20 74:16
    76:3
**dismissed**
    50:8
**disobey**
    59:13,14,15
**disregarded**
    51:20
**district**
    5:2 86:8
**dividers**
    18:17 77:17
**dividing**
    18:19 19:1
**divulge**
    12:11
**docile**
    59:10 76:9
**document**
    6:10
**documents**
    6:3,7,9
**door**
    16:15 53:15
**doors**
    16:11
**dorm**
    15:10 16:5
    61:22 77:19
**dormitories**
    72:19
**dorms**
    47:9

**double**
    34:24
**dramatic**
    51:2
**dressed**
    28:22 33:3,11
**Dublin**
    4:12 7:10
    36:25 44:23
    50:25 79:2
    80:5
**due**
    8:12 34:25
**duly**
    4:19
**dynamic**
    59:23
**dynamics**
    59:7
**dysphoria**
    42:13 46:21
    47:1

-----

                **E**

-----

**earlier**
    71:12 76:4
    77:8 83:11
**early**
    11:12,15 12:3
**easily**
    64:22,24
**Ebony**
    12:21,25
    13:10 47:3
**edge**
    59:9
**edges**
    53:11

EF
  7:22

effort
  72:1,14

elaborate
  64:9,11

elevator
  52:24

emergency
  72:20 73:11
  80:23

employee
  11:10 12:5,9
  24:20

employees
  73:15

employment
  46:15

empty
  20:7,8

encouraging
  36:6

end
  79:22

enforcement
  84:16

enjoin
  84:16

ensure
  5:9,17

entail
  79:20

enter
  41:9 53:13

entering
  28:8

entire
  5:6,7,8 49:3

50:18 60:8

environment
  43:18 58:3,11
  62:10

equal
  36:1,2

equally
  69:5,22,23
  70:1

equipped
  57:11,19

escaped
  25:15 85:13

establish
  8:22 11:1
  26:23

established
  10:16 23:18
  58:16

estrogen
  68:21

ET's
  14:15 28:1,10
  32:18

event
  54:9

events
  54:15,16

everyday
  27:19 55:4

evidence
  47:23

EXAMINATION
  4:23 84:24

examined
  4:19

examples
  51:2

Excellent
  83:9

exceptional
  77:8

excuse
  24:6 25:11
  35:16 38:23
  63:24 65:22
  68:10 85:14

exist
  10:7,19,22

exists
  58:18

expectations
  80:12

experience
  24:2 50:15,18
  61:14 81:11

experiences
  51:14

expert
  73:21

explain
  20:1 25:2
  52:15,17 69:8
  71:23

explained
  45:12

expose
  29:19,22
  48:21 49:9
  52:14

exposed
  8:19 29:9
  30:10 50:20
  52:10,18
  54:3,16 55:2
  66:7 83:13
  84:2,13

exposing
  47:8

exposure
  51:3 68:5

express
  9:22

_____

F

F-O-O-R
  12:18

face
  16:6,8,9
  30:16

facial
  23:3

facilities
  23:10,11,16
  40:4 54:17
  56:10 57:5
  62:11 63:2
  67:10,15,18,
  24 68:3 77:9,
  12 78:18

facility
  33:23 34:10,
  11 38:7
  39:14,23
  40:8,9 43:17,
  19 63:7 67:17
  77:13,20,23
  78:8 80:4,7,
  9,11 81:20
  85:18

facing
  18:8 32:13,14

fact
  30:5 46:13
  51:20 52:1
  66:21,22

**failure**
59:13

**fair**
6:23 8:24
10:14 13:10

**faith**
21:21

**fake**
34:23,25 35:2
38:19 39:10,
11

**fall**
47:1 76:23

**falling**
17:19

**false**
80:6

**familiar**
85:3

**family**
29:8 61:10
62:1

**faucets**
18:15

**FCI**
7:9,13 11:21
47:9 77:14
79:14

**federal**
43:24 50:24
64:16 76:19,
21 77:20
78:9,10,14
79:3,4 81:8

**feel**
60:22

**feeling**
53:16

**felt**
28:15

**female**
9:16 10:9,17
23:8 24:19
28:24 29:20
30:13 34:13
38:7 40:9,16
44:8 45:10,25
46:5,16 48:9
49:14 55:8
58:4,16,19,25
72:18 74:18,
20 76:7 81:24
82:11,15,16

**femaleness**
58:20

**females**
23:1,15 24:5
26:3 37:13
38:3 42:9
44:10,12,17
45:14,21 52:1
53:22 55:12
67:4

**fighting**
41:2 63:19

**fights**
57:17,18

**filed**
86:5

**filthy**
31:2

**fine**
77:7

**finish**
5:6,8

**Fleming**
4:9,18,25

5:18,22 6:5,
14,17 7:9
21:12 39:14
48:3 50:2
56:7 83:7,10
84:20 85:1
86:14

**flimsiness**
66:14

**flimsy**
19:15 48:24
49:5

**Florida**
5:3,25

**flying**
49:5

**FMC**
50:24

**focus**
52:6 62:19
75:14

**focused**
8:18 56:25
74:18

**food**
56:13

**Foor**
12:13,17
13:16,17,20
14:1

**forced**
47:18,24 48:7
63:1,6

**form**
35:17,24
36:13,19
37:4,11 38:8
41:12 42:4,
16,24 43:5

47:20,22
49:16 50:11,
17 52:21
54:4,10 55:9
57:6 58:6,14,
21 61:1,5,7
62:13 63:9
64:14 65:14,
18,25 66:5
67:1,13,19
68:13,25
71:6,15 72:3,
9 73:25
74:13,23
78:23 80:14
81:15 83:15,
25

**forming**
82:5

**forms**
62:16

**Francisco**
79:17

**free**
41:19

**freedom**
41:22 74:10

**front**
21:22 31:20
44:15 47:19
48:8 49:2
51:13

**full**
4:7 72:15

**fully**
18:20

**future**
81:14

Rhonda Fleming
March 19, 2024

10

**G**

**gashes**
64:23

**gather**
56:11

**gay**
30:11,13 35:8
36:10 51:21,
22,24

**gen**
36:2

**gender**
9:22 15:1
27:4 33:16
37:2 42:13
46:10,21 47:1
69:14

**general**
50:16 54:16
62:15 64:19

**generally**
52:13

**genital**
71:23

**genitalia**
9:9 10:14
52:12 55:7
74:19 83:18

**genitals**
33:18 42:18
68:22 72:8

**get along**
61:9

**give**
5:4 13:4
16:14 23:2
35:12 37:8
52:16

**giving**
39:12

**glance**
29:5

**glanced**
38:16

**God**
9:1 21:16
34:15,21 36:2
74:24

**Good**
4:25

**govern**
61:5

**Grady**
43:16 77:15
78:5,7,12
79:22

**Great**
84:21

**green**
16:19 19:11
31:21

**grievances**
14:2 30:9

**ground**
60:9,10 76:24
79:9

**group**
43:10,18
48:13,14 54:2
80:18,21
81:13

**groups**
40:11,13
61:21 69:10
70:3,4

**grow**
23:3

**grown**
61:19

**guard**
82:10,14,18,
22

**guards**
72:17,18,22
81:24

**guess**
10:13 11:1,2
19:6 67:6

**gym**
54:24

**H**

**hair**
23:4

**half**
61:18

**hand**
4:3

**handful**
83:9

**hands**
16:10

**hanging**
16:14

**happen**
38:24 41:13,
14 64:2 81:12

**happened**
34:1 45:2
54:2 56:10
63:22,23
78:24 80:24

**happy**
40:18

**Harvey**
12:13,16
13:16 14:6,7,
12

**Hazelton**
50:25

**head**
26:22 29:3
32:21

**health**
14:15,21,24
43:1,3

**hear**
6:18 35:24
83:6

**heard**
6:22 42:13
63:13

**height**
29:3 76:1

**held**
60:9

**heroes**
75:11

**heterosexual**
37:20,22

**hide**
47:14

**Hispanic**
25:13 59:23

**historical**
62:1

**history**
12:22 13:15
14:15,21 15:8
23:9

**hit**
56:5 60:21

hold
78:16

homophobic
55:15

hoping
43:21

hormone
14:17,25

house
38:2,4 41:4
70:16 78:13

housed
7:9,13,21,23
8:3,8,17
10:24 11:3,7,
10,13,21,23
12:1,6 13:1
16:25 20:13,
15,20 21:3,6,
9 40:11,18
41:6,21 42:1
44:2 54:14
62:21,24
67:10,25
68:11 71:1,4
80:9,11 85:6,
18,23

housing
7:23 11:18
14:10 15:13
16:1,4 24:7
45:8 71:9

hub
78:11

hundred
30:14 45:1
59:2

husband
21:24

**I**

idea
14:17,21,25
36:9,11 38:12

identified
34:14 46:9

identifies
46:15

identify
34:13 37:2
69:24

identifying
25:9 73:1

identities
11:24

identity
9:23 11:9
69:14

ill
76:25 85:13,
16

illness
40:11 42:21,
23 46:25

imagination
54:22

immediately
59:10

impact
57:4 58:20
61:13 62:6,9

important
60:15,21
61:17 66:22

inarticulate
82:5

incarcerated
21:25

incarceration
59:12

inches
18:12

incidences
51:1 56:9
63:13

incident
54:1 63:20

include
28:9 40:20

including
28:22

indignities
78:1

individual
9:13,17 10:25
13:3 16:24
20:14,16
43:11 66:23
74:22 80:10,
13

individuals
9:20 20:14
31:15 52:7
55:25 68:2,
11,20 69:10
70:3,4,8

influence
43:7 74:5

infrequently
17:5,11

inherent
57:1

initial
51:12

injections
23:2

injunctive
37:25 41:9

inmate
6:14 20:10,20
24:19 25:1
47:19 48:8
52:19 59:22
64:20 77:2
85:1

inmates
23:19 24:11
25:1 30:15
31:25 35:9
36:11 37:2
41:11 42:11
48:15 50:20
51:4,17 55:8,
21,22 58:9
59:15,25
60:10 63:19,
22 67:15
73:8,17 78:14
81:5

innately
76:10

inside
65:12

instance
28:7,18 52:16

instances
11:6 28:21
52:7,10,17

institutions
49:14

insufficiency
64:12

insulted

Rhonda Fleming
March 19, 2024

12

22:13

**interact**
15:21 23:23
58:9

**interacted**
15:5 23:20

**interactions**
23:25

**interested**
36:14 55:19

**intersex**
35:9 36:11

**introduced**
58:25 59:8

**involve**
8:19 65:11

**involved**
44:18

**involving**
56:10

**Irrespective**
76:10

**issue**
37:19 55:22
65:6,8,10
75:8

**issues**
65:10

**items**
36:8

---
**J**
---

**January**
7:14 25:20

**Jeffrey**
6:2 12:10
86:10

**Jenner**
75:9,10,13

**Jesus**
21:15

**Jew**
21:14

**jokes**
14:7

**Jones**
13:5,6 14:21
85:2,5

**Judge**
40:17,20 41:9
42:1 74:6
78:2

**Judge's**
40:5 79:4

**judicial**
44:4

**June**
22:2

---
**K**
---

**killed**
76:18,21

**kind**
53:11 56:11
57:24 58:8,
10,17 60:16
61:5 62:19,20
72:14 76:17
81:22

**knew**
24:8 72:5

**knitting**
60:6,7

**knowledge**
11:8 15:21,24

17:23 23:12
35:10,11
60:23 61:8
69:3,4

---
**L**
---

**LA**
79:5

**lack**
30:9 60:11
64:17 65:7
66:15

**Langham**
51:15 55:10,
24

**large**
18:15 20:17
64:23

**largely**
56:23 57:4

**late**
11:15

**law**
24:1 36:18
78:2

**lawsuit**
8:15 37:25
39:21 42:2
43:22 50:2,3,
5,14 51:13
56:22,25
62:15 74:7,11
86:5

**lawyer**
38:21

**lawyers**
79:17

**leading**
36:7

**leads**
36:6

**leakage**
20:12,17

**leaking**
20:9

**leaks**
20:11

**leave**
31:4,16 76:24
77:6

**left**
18:25 65:1

**legal**
13:4 44:22,
23,24 45:3

**lesbian**
24:24 35:8
36:10

**lesbians**
34:6

**letting**
12:21

**library**
24:1

**lie**
56:6

**life**
57:5

**lifestyle**
31:7 44:18

**lifestyles**
31:9

**likelihood**
66:7 80:2,3

**limited**
29:8

Rhonda Fleming
March 19, 2024

13

**Linda**
  51:11 52:22
  55:23 56:3
  75:7
**list**
  50:23
**litigating**
  41:20 44:3
**litigation**
  52:2 79:11
**live**
  12:21 22:10
  23:8 28:18
  39:24
**lived**
  15:9,14,17,18
  27:13 31:7,9
**living**
  10:9 15:12,22
  29:8
**located**
  4:11
**locker**
  54:25
**logical**
  41:18
**logically**
  40:7
**long**
  8:3 15:8
  40:17 49:24
  63:17
**longer**
  45:19 46:11
**looked**
  72:7
**Lord**
  21:15,16,17

**38:22**
**lose**
  75:20
**loses**
  33:25
**lost**
  34:4 75:6
**lot**
  20:11,12,16
  27:21 46:22
  51:1 57:9
  58:9 60:14,15
  76:12 83:1
**love**
  21:15
**lying**
  45:22 49:24

---

**M**

**mad**
  60:11
**Madam**
  86:15
**made**
  14:7 16:13
  19:5 34:15
  45:15 51:13
  74:24,25
**maintain**
  10:24 11:3
  12:24
**majority**
  7:21 8:8
  20:20 77:20
**make**
  23:4 34:18,
  19,20,21,22,
  23 57:7 72:1,

**14 73:4 75:24**
**makes**
  9:7 38:6
  48:16
**makeup**
  33:19
**making**
  8:16 36:7
**male**
  8:20 9:3,6,8,
  12 10:9,17
  11:4,7,22,24
  12:2 23:15,19
  24:4 25:2
  26:24 28:24
  29:20 30:10
  33:22,23
  34:10 38:7,18
  39:10 40:8,15
  44:8,15
  45:14,16,25
  46:16 48:8
  52:19 53:4,19
  54:2,16,22
  55:6,22 56:5
  57:4,13 58:3,
  16,18,24
  59:5,15 60:24
  61:24 66:10
  72:18,22
  73:17 74:18,
  20 76:7
  80:10,11
  81:25 82:11,
  15,18,22
  83:20 84:7
  85:18
**maleness**
  58:19
**males**

**11:10,14**
**12:6,25**
**15:22,25 26:3**
**34:17 37:12,**
**20,22,23 38:3**
**39:24 40:18**
**43:23 44:9,17**
**49:14 51:7,10**
**54:14 62:5,8**
**73:14**
**man**
  9:1,5 10:10
  14:14 21:22
  22:18,19,23,
  24 23:6 24:6,
  17,18 25:12
  33:25 34:1,2,
  11,15 44:19
  45:13,18
  53:2,7 60:12
  61:25 69:24
  70:15,23,25
  73:1 74:24
  75:2,3,5,6,
  16,17,19,21
  76:13 77:3,23
  82:19
**man's**
  75:16
**man-a-man**
  75:24
**manual**
  36:15 38:15
**March**
  4:5 21:17
**Mariana**
  85:11
**Marie**
  5:1

married
21:22,23

mastectomy
34:25

master
79:8

mate
21:1,4

matter
57:20 59:20
75:4

matters
75:5

meaning
27:11 70:5

means
6:22 37:16

meant
5:16 25:6

media
25:17

medical
8:12 44:14
45:5 60:11

medications
5:19

meet
84:21

meeting
7:6

member
46:10 61:25
64:20

memories
28:7

memory
27:15 28:1,4,
6,15

men
10:1 14:7,10
22:10,12,15,
16 23:6 34:8
36:21 37:14,
15,16 38:4
40:12 41:21
51:4,5 52:1,
2,3 53:13
55:1 56:10
57:21 59:8
60:7 61:6,20
67:5,11,22
68:6,20,21
69:11,13
70:10,11,17,
18 71:1,4
74:17,21
76:9,16 77:2
78:4,5 81:7

men's
51:15 56:17
57:17 59:21
60:2,5,7
69:24 76:20,
22,23

mental
14:24 40:11
42:21,23
43:1,3 46:25

mentally
76:25

mentioned
12:3 42:8
52:7 54:13
60:14 63:11
64:5 71:12
72:17,25
75:15 77:8,10

Messianic
21:14

met
5:1,3

middle
18:22 53:3
57:10

mildew
65:2

minimal
64:5

minimum
66:12 84:11,
12

misrepresents
47:23

misunderstanding
45:23

Mm-hmm
31:22

mold
65:2

molested
51:24 61:18

month
57:16 80:8

months
8:4

morning
4:25 28:19

move
19:16 56:11

Moyle
4:24 5:2
12:15 35:18,
22 36:17,23
37:7,18 38:11
41:15 42:7,19
43:2,9 47:21

48:1,2 49:18,
20 50:11,17
51:5,7 52:21
54:4,10,18
55:9 57:6
58:6,14,21
61:1,7,16
62:13 63:9
64:14 65:14,
18,25 66:5
67:1,13,19
68:13,25
69:16 70:20
71:6,15,18
72:3,9 73:20,
25 74:13,23
78:23 80:14
81:15 83:11,
15,25 84:5,25
86:10,13 87:1

multiple
21:4,5 22:7
27:18 57:19

multiply
66:11

muscular
76:1

muscularity
75:25

---

N

---

naked
21:21 29:4,25
44:19,20
47:25 48:16
52:11,25
53:3,6 65:23
66:9 72:2,8,
15 73:16,18

Rhonda Fleming
March 19, 2024

15

named
  24:19

Nash
  55:11,23
  57:12

nasty
  31:2

natural
  27:2

nature
  50:2 58:11
  59:1 74:20

needles
  60:6,7

negative
  24:2

nickname
  13:5 25:10

nonphysical
  77:4

norm
  59:13 62:1

normal
  72:21

Norman
  86:8

North
  15:14 16:2,3,
  4,12 17:1,8
  18:2 19:22
  20:21 62:22
  63:2,5 85:7

Northern
  5:2

noted
  63:25 86:18

notes
  54:6

noticed
  82:4

nude
  26:16,17
  27:10 28:5,
  22,24 29:1,11
  44:15,25 45:4
  47:18 48:8

nudity
  29:18 33:13
  47:9,15

number
  6:14 54:13

numerous
  30:1,3,7,9
  44:7,23 78:20

nut
  79:6

_____

O

oath
  7:1

Obama
  23:13

object
  41:9,11 68:11
  71:4

objection
  30:12 35:16,
  17,21,24
  36:13,19
  37:4,11 38:8
  41:12 42:3,4,
  16,24 43:5
  47:20,22
  49:16 54:18
  56:22 61:16
  69:16 70:20
  84:5

occasion
  13:23 28:11,
  13

occasions
  63:6

occur
  22:6

occurs
  29:7

October
  7:14

offender
  38:14

offensive
  55:7

officer
  24:14,16 25:8
  30:13 44:6,8
  45:10 56:3,5,
  8 59:11,16,
  19,21 76:21
  77:1

officers
  30:10,11
  45:25 46:5
  53:4,5 57:10,
  19 59:9 73:8,
  15 76:23 79:8
  86:14

official
  50:6,9

officially
  63:25 87:4

officials
  79:14

OIG
  20:11

Oklahoma
  43:16 48:19

50:25 77:10,
13,16 78:9
79:22,23
81:2,3

older
  57:10 76:14

one-time
  28:18

open
  15:10 16:5
  31:16,17 47:9
  61:22 65:1
  77:18,19,25

opinion
  38:17 39:4,5,
  6,9 40:22
  42:5

opportunities
  66:13

opportunity
  72:10 80:16

opposite
  73:9,10

order
  79:2,4 86:16,
  19

ordering
  86:19

oriented
  61:10

outcome
  41:18

outright
  53:23

overflow
  78:13

overflowing
  78:15

Rhonda Fleming
March 19, 2024

16

---

**P**

---

**P's**
   24:23

**p.m.**
  4:1,6 87:5,6

**pace**
  48:23

**pandemic**
  7:22

**paragraph**
  48:20 49:9

**paralyzed**
  53:1

**parse**
  10:12

**part**
  16:20 20:7
  37:24 39:20
  56:15,22
  71:22 78:1
  81:13

**partially**
  26:17,18
  27:10 28:5
  29:1

**participate**
  36:15

**participating**
  51:22

**parts**
  52:10,11,12,
  19 74:19
  83:18

**pass**
  19:16 45:19

**passing**
  27:17 64:20

**past**
  81:11

**pauses**
  5:14

**penis**
  9:4,10,13
  33:22,25
  34:4,5,17
  38:19 39:11
  51:12 74:22
  75:2,3,6,15,
  16,20

**penological**
  73:22

**people**
  9:22 17:19
  19:15 27:18
  28:8,21 29:4,
  19 31:3,6
  32:15 34:5
  36:7 39:18
  40:11,13 41:4
  42:17,22 44:4
  46:20 47:25
  49:6 52:14
  55:2,13 64:19
  65:1,16 66:18
  67:21 76:11,
  25 77:20
  81:4,5

**percent**
  14:8 30:14
  45:1 59:2
  60:13

**period**
  7:20 20:17
  28:21

**permanent**
  43:17

**person**
  6:6 9:5 10:5
  24:3,4 25:4,
  12 27:14,22
  38:20 46:15
  51:15 52:24
  53:1 63:25
  64:19,24
  66:17 74:3
  75:12 76:15
  77:22

**personal**
  50:6

**personally**
  54:8 74:8

**perspective**
  39:16

**Pestana**
  6:1 83:5,16
  84:1,6

**Peter**
  51:15 55:10,
  23

**phrase**
  70:2

**physical**
  56:20

**physically**
  23:4 56:2
  57:11

**pictures**
  20:11

**piece-by-piece**
  57:25

**place**
  38:7,20 39:10
  49:5

**placements**
  86:1

**plaintiff**
  39:2 48:20
  49:9

**plane**
  78:16

**plastic**
  18:16

**play**
  21:19

**pleasant**
  87:2

**plexiglass**
  19:4

**pod**
  19:23

**point**
  12:20 21:11
  27:11

**policies**
  46:9 73:14,21
  86:6

**policy**
  14:3 22:3,12
  29:18 69:10
  73:7,10 74:4,
  8 84:17

**political**
  43:7

**position**
  23:14 24:23
  25:5,6 39:22
  41:3,6 66:6
  68:8 75:18

**positions**
  32:16

**possibly**
  56:17 79:11

**potential**

73:21

**PREA**
 35:5,7 36:10,
 12,18,20

**precise**
 82:6,7

**Precisely**
 65:24

**prepare**
 5:22 7:7

**presence**
 57:4 62:4,8

**present**
 54:8,14,22

**presently**
 24:17

**preserving**
 35:21

**President**
 23:13

**prevalent**
 67:18

**prevent**
 73:14

**previously**
 46:11

**prior**
 45:24

**prison**
 14:8 15:9
 22:10,13,25
 23:8 24:5
 25:6,15 30:8
 33:9 34:4
 37:16,21
 39:12 41:19
 43:12 44:21
 48:14,15

51:16,21
52:1,3 53:9,
23 55:3,16
56:17 57:3,7,
14,17 58:8,
18,19 59:1,5,
7,9,13,18,21,
24 60:2,7,9,
12,13 61:18
63:15,18 67:5
69:25 74:4,8
76:7,12,15,
18,20,22,24
79:8,16 80:24
82:9,22 85:15

**prisoner**
 57:13

**prisoners**
 58:24,25
 61:14 77:21
 78:10

**prisons**
 43:24 50:10,
 15,21,23
 54:13,20
 56:18 57:8,9,
 14,22 58:4,
 17,25 60:5,
 22,23,24
 61:4,6 62:2,
 5,9 64:16
 69:3,4,9
 70:13 73:2,7,
 13,15,22,23,
 24 76:3,7,19,
 22 77:10,13,
 14 78:13
 79:24 80:19
 81:24 82:10,
 14

**Prisons'**
 68:8

**privacy**
 11:9 16:5,15
 19:17 28:23
 29:9 30:8,10
 31:7,15
 40:14,15
 41:1,23 49:15
 51:19 54:20
 55:2 57:1,2
 62:9,16 64:6,
 13,19 65:6,7
 66:23 71:10
 74:9,12
 77:12,16
 80:13

**private**
 43:12 52:14
 54:24 57:5
 77:10,12
 78:13 83:17

**problem**
 30:7 54:20

**problems**
 14:24

**procedure**
 72:22

**Proceedings**
 4:1

**processing**
 86:2

**professional**
 43:1

**professionals**
 43:4

**program**
 70:7

**promise**

83:10

**prompt**
 5:15

**prostitutes**
 31:8

**protect**
 36:21 37:22
 49:15 64:18

**protected**
 11:25

**protects**
 11:8

**prove**
 64:1

**provide**
 7:12 16:15
 19:17 64:4,12

**provided**
 18:20 36:3

**pull**
 31:11 32:19

**pulled**
 17:6 30:16

**pulling**
 32:1,3,7,10

**punished**
 63:23

**pure**
 82:9

**purpose**
 78:8

**purposes**
 8:21 10:11
 12:24 13:9
 82:1,12,16

**pushed**
 31:4 64:8

pushing
  49:6

put
  34:3 39:16,21
  40:5 47:23
  59:24 62:6
  64:3 78:16

_____

**Q**

qualified
  74:3

quarantine
  7:22 8:11,17

quarters
  15:12,22

question
  5:6,9,10
  6:18,19,23
  10:20 25:5
  27:24 31:18
  35:20 39:2,8,
  9,19 40:1
  41:8,16 45:23
  48:5,6,7
  56:23 67:7
  68:17 70:1
  73:4 79:1
  81:23

questioning
  4:22

questions
  6:8 41:17
  49:23 73:20
  82:5 83:1,9,
  11 86:23

quoting
  35:8

_____

**R**

race
  36:2 59:16,25
  60:3

racism
  59:18

racist
  51:16

raise
  4:2

raised
  50:7 51:13
  76:13

ratio
  67:24

Raymondville
  60:8

read
  38:10,14
  86:12

reading
  86:11

reads
  5:9

reason
  71:23

reasonable
  80:2 81:19

recall
  14:5,16 54:11

receive
  21:15

received
  45:24 46:4

recently
  25:15

recognize
  10:2 37:13
  40:12

recognized
  41:2

recollection
  28:4

record
  4:4,5,6,7
  12:24 16:2
  47:24 63:17,
  21,24 87:3,4

REDIRECT
  84:24

redressed
  33:3

refer
  9:16 14:20
  51:5

referenced
  27:25

referring
  9:3,13,17,22
  15:4 48:22,25
  49:8 83:17
  85:2

regular
  13:13 53:8
  77:13

regularly
  13:8 28:7,19,
  20 29:9 30:21
  48:14 66:8
  83:13

rehabilitation
  61:14

rehabilitative
  62:10

related
  75:19

relation
  34:5

release
  42:2

releasing
  41:10

relief
  37:24,25
  41:10,21
  43:21 84:16

religious
  21:12,19
  41:1,22 74:10

remain
  75:16,21

remaining
  84:15

remains
  75:17

remember
  26:7 28:12
  52:18 54:15
  64:2 76:4,6

reminders
  5:4

remove
  20:10

removed
  22:9 33:22
  34:17 38:19
  39:11 40:4
  43:23

removing
  49:14

repeat
  6:19 39:8

Rhonda Fleming
March 19, 2024

19

rephrase
6:19 11:2

replace
17:7

replacement
14:17,25

report
20:12 63:20

reported
25:17

Reporter
4:2,10,13,21
86:15,18,22,
25 87:2

representing
39:1

requested
14:2

requires
36:12 59:21

reside
7:19

resident
81:20

respect
15:12 21:15

respects
70:9

responded
22:13

response
22:11

restart
11:3

restrained
77:1

restricted
74:21

review
6:3

rewrite
74:8

Rhonda
4:8,18 35:20

rights
35:12,13,14,
23 40:10,14,
24,25 41:1,22
44:3 70:6
71:10

rip
64:22

rock
19:6

rod
17:19

rods
30:6

roof
20:9,10,17

room
18:15 54:25
61:24 78:10
80:22

roommates
21:5

roughly
7:16

routinely
59:15

row
18:22 19:2

rows
19:23

rude
5:16

rules
33:11,12
47:14

running
73:22

runs
78:10

———————————

**S**

San
79:17

scandalized
53:6

scene
52:25

scratch
68:9

screen
6:8

search
45:17,19
46:12,17 54:2
73:8 80:21
81:12,13
82:1,12,16,20

searched
44:6,8,9,11
45:9,21 46:11
73:1 81:4,7,
19

searches
45:25 46:4
48:13,14
80:18 81:12

searching
46:21 73:11
82:24

secluded

53:18

sections
6:11

security
60:14

segregated
60:1,2

self-
21:18

send
78:15

sense
64:7 66:9
69:7

sentenced
78:3

sentencing
78:4

separate
39:13,22

separated
15:13

separating
81:3

serve
55:17

served
76:12

service
56:14

set
18:6 79:10

sets
19:23

setup
16:1,4

severe

85:16

**sex**
9:24 23:9
24:5,10,19
25:3 34:7
36:2 40:12
41:20 42:18
53:23 60:1,2
64:21 73:9,10

**sexes**
34:15 76:14

**sexual**
46:22,25
69:14

**sexually**
36:21 46:24
61:19

**shame**
55:14

**shameful**
52:13

**share**
28:18

**shared**
11:11,14

**sharing**
13:6,12 52:1
66:11

**sheet**
19:6

**shield**
47:8 80:12

**shooting**
19:16

**short**
7:20

**shoulder**
32:23

**show**
6:7,10 30:6
54:20

**shower**
11:11,14
13:6,12 16:6,
13 17:1,5,6,
10,11,16
18:1,2,6,8,9,
19,20 19:9,
10,14 26:2,3,
4,5,6,10,21
27:17,18,20,
21 28:2,8,19,
22 29:5,6,14,
15 30:2,6,16
31:2,3,11,12,
20 32:10,14,
24 33:4
43:11,18
47:25 48:12,
23 49:3,4
54:25 63:2,7
64:7,17,18,
22,23,25
65:1,3,12
66:10,14,16
68:3 72:5,13
77:17,18,19,
24 78:4,5
84:9

**showered**
28:19 32:20
43:10 63:4
66:8 83:22

**showering**
32:15 48:21
49:10 51:25
53:20

**showers**
15:15,16

17:13 18:3,4,
6,18,22,24,25
26:11 27:11,
22 30:8 44:21
45:5 54:21
63:4 65:5,6,
10,11 66:8,11
72:18,19,23
83:12

**shows**
22:16

**SHU**
8:11,17

**SHUS**
36:3,4 37:8

**shy**
66:17

**sick**
76:23

**side**
15:15,16,18
20:5 26:9,11
31:4 32:14
64:8

**sides**
15:17 16:23
49:2

**similar**
31:14 67:24

**simple**
75:4

**simply**
42:2 75:2,19

**single**
23:9

**Sink**
16:10

**sir**
50:4,12 58:5

72:24 83:19

**sit**
49:1

**situation**
18:1,2 19:21
31:14 36:16
55:4 61:22
62:20 71:23
80:23

**situations**
64:10 72:12
77:9

**size**
56:20 57:13
76:1

**sleep**
20:23

**sleeping**
19:21

**slight**
5:13

**smooth**
5:11

**Snow**
24:19 25:1,2

**social**
57:3 58:3,11
62:9 77:4

**socially**
60:23

**society**
58:8,18,20
59:1,5 62:2

**solely**
74:11

**solicited**
55:12,13

**soliciting**

Rhonda Fleming
March 19, 2024

21

53:22

**solution**
42:2

**solutions**
73:21

**somebody's**
53:12 75:15

**someone's**
29:6

**sort**
27:3 40:20

**sound**
8:24 60:20
85:2

**South**
15:14 16:2
26:11 62:24
63:2,4 85:7

**space**
48:23

**speak**
26:14 54:5

**speaking**
17:16 85:15

**special**
7:23 24:7
35:13 36:3,5,
7 37:8 45:8
79:7

**specific**
28:1,7 54:15
63:13

**specifically**
11:11 14:13
51:4 52:6,9
56:12 63:15

**spiritual**
51:19

**spoke**
5:24 6:2

**spot**
86:16

**square**
47:11

**stable**
60:24

**staff**
24:8 44:17
46:10 57:9,18
61:9,10 63:21
64:20

**stages**
27:19

**stall**
53:10,18

**stalls**
16:12,24
17:8,22 43:11
64:6

**stance**
55:22

**standing**
53:6 56:13

**Star**
51:13

**start**
23:13 50:1
56:23 64:11
67:6

**state**
4:7,11 68:14

**stated**
4:3 12:20
43:25 64:25

**statement**
10:22 34:9

80:6

**stay**
17:19 42:12

**stayed**
80:7

**steps**
49:13

**stereotypical**
60:20

**stick**
67:20

**stint**
8:11

**stolen**
80:25

**stood**
79:9

**stop**
25:3 84:16

**streets**
41:5

**strike**
68:16,17 73:3

**strip**
45:9,17,19
46:11,12,16,
21 48:13,14
72:25 73:8,11
80:18,21
81:4,7,12,13,
19 82:1,12,
16,20,23

**stripped**
52:24

**strippers**
31:8

**strips**
48:23

**strong**
22:4 50:3,5
66:7

**stronger**
76:2

**structure**
58:10 73:23
75:25 76:1

**struggle**
53:21

**studied**
38:10

**studying**
36:16

**subdivisions**
18:16

**subjected**
56:17

**suffer**
78:2

**suffering**
40:14

**suing**
50:10

**suit**
39:1

**summer**
27:21

**support**
52:2

**supposed**
21:21 23:7
29:19,23

**supposedly**
69:11,13

**surgeries**
14:18 15:1
39:18

surgery
26:25 27:4,5,
8 33:15 34:16
38:18 68:21
75:8

surgically
33:22

surrendered
21:18

swear
4:13

sworn
4:19

system
44:5

_____

**T**

takes
48:15

talk
9:20 10:14
13:20,22
14:12 17:25
19:9,21 26:13
51:3 56:7
60:19 63:12
64:10 67:3
77:11

talked
13:25 27:16
57:19

talking
6:11 8:23
17:13,15
53:15 85:6

tall
25:11

Tallahassee
7:13,18 8:8

11:21 15:23
22:25 23:19
30:2,15 45:2,
3,4 47:9
50:14,21
56:12 62:20
64:15 65:8
67:9,21 85:7
86:3

Target
54:23

targeted
55:21,25

Taylor
12:21,25
13:10

tears
66:15

Telegram
51:14

tells
21:21 59:19
76:23

temporarily
20:10

temporary
86:1

tendency
63:14

tenor
58:11

terminology
8:22,25 51:8

terms
62:9 66:23
74:17 77:9,12

testicles
51:12

testified
4:20 28:15
31:19 45:20

testify
5:20

testosterone
23:2 67:10
68:23

Texas
52:18 85:20
86:8

TG
65:22

therapy
14:17,25
61:21

thickets
77:19

thing
8:23 27:19
33:17 53:20
56:8,18

things
10:13 41:23
60:15,21
62:21 63:13
75:23 77:4
82:6

thinner
19:15

Thompson
51:11 52:22
55:23 56:4
75:7

thought
45:20

threatened
51:6,11 56:2

tile
19:4

time
4:6 5:1,3 6:5
7:18,20,21,25
8:8,16,18,19
11:20,21,24
12:2 14:4
15:23 16:25
17:22 20:13,
18,20 21:4
24:2,24,25
25:18 26:6
27:13,15,25
28:5,21 29:7
31:11 44:20
46:12 49:18
54:11 55:17
56:3 59:8
64:4 66:9
67:20 71:1,5
76:12,14
79:5,15 86:13
87:4

times
5:15 6:7 7:22
13:25 22:7
23:24 24:7
26:8 27:20
43:15 44:7
48:21 49:10
52:9 53:8
63:1,21 66:12
78:20 83:22

today
4:5 5:11,18,
20,23 7:1,7
10:12 13:9
30:5 47:12

toilet
16:6,12,21

Rhonda Fleming
March 19, 2024

23

17:8,17,20,
22,25 19:10
31:14,16,25
32:3,6 48:22,
25 49:1,4,11
53:12 54:21,
23 68:3 77:25

**toilets**
15:16 17:14,
15 18:4 31:20
83:12

**told**
11:9 12:5
13:15 22:9
24:12,17
32:11,17
36:12 47:11
79:9

**tool**
80:25

**top**
16:18 19:11,
19 20:4,6,18,
23 21:2 31:21

**topic**
43:4

**tops**
20:7

**torn**
17:5,10,12

**touch**
31:4 53:4
65:2 86:17

**towel**
32:25

**trans**
10:3

**transcript**
5:9,17

**transfer**
50:24 77:13
78:9,14 79:23
81:8

**transferred**
51:15 69:24
79:2 80:6
81:16 85:11

**transferring**
78:10

**transgender**
9:20,21 10:4,
5,18,25 14:3
22:3 24:17
35:8 36:10
38:14 41:10
50:20 51:4
67:4 68:24
69:9 70:4,5,
6,7 80:10
81:5,6 84:17
86:5

**transgendered**
69:14 70:7

**transgenderism**
10:2 21:20

**transgenders**
10:22

**transition**
86:1

**transitioned**
81:25 82:11,
15,19,23

**transparent**
19:7

**treat**
42:22 69:4,
10,13,22 70:3

**treated**

69:23

**treatment**
8:13 61:21
70:15,16,17,
18,23,25

**tremendous**
23:3

**tremendously**
53:24

**trial**
7:4

**trouble**
6:9

**true**
45:22

**trust**
44:4

**truth**
4:14,15

**truthfully**
5:20

**Tuesday**
4:5

**turn**
26:21 29:2
32:14

**TV**
56:18

**type**
31:9 55:4
56:7 57:10,15

**types**
39:17

**typically**
18:21 29:13

---

**U**

**unclothed**
66:13

**uncomfortable**
53:16

**undergoes**
70:23,25

**undergone**
70:14,15,17,
18

**understand**
6:18,25 7:3
8:22 9:2,21
12:16 31:18
36:18,20
39:25 40:19
41:3

**understanding**
19:22 26:25
37:1 70:14
73:6 74:17
81:23 82:8,9

**understood**
6:22

**undress**
27:19 28:8
29:2 47:13

**undressed**
25:23,25
29:23

**undressing**
26:21

**unit**
7:20,21,23,24
8:1,3,9,17,18
11:18 12:14
14:11 15:13,
18 16:1,4,12

19:25 20:1,2,
3,4,12,15,21
24:7 26:10
45:8 52:23,
24,25 53:2,3

**unmuted**
83:2

**unpack**
58:1

**Unsolicited**
24:22

_____

**V**

**vagina**
9:17 34:18,
19,20,21
38:20 39:11
74:22

**vast**
8:7 20:19

**Verbally**
56:2

**versa**
59:22 63:5

**vice**
59:22 63:5

**view**
21:20 37:9
39:13

**violation**
40:10 66:24
71:10 79:3

**violations**
57:1,2

**violence**
12:22 13:15
57:14,15
63:14,17

**violent**
57:8

**visit**
44:22,24

**visits**
44:23 45:3

**voluntarily**
34:5

_____

**W**

**waiving**
86:11

**walk**
18:24 22:20
32:16 47:25
49:6 52:23
65:17 72:18,
22

**walked**
52:22 79:14

**walking**
16:20 23:1
29:6 72:17

**wall**
18:19,21 49:1

**walls**
19:1,4 81:3

**wanted**
22:9 25:1
53:4 68:18
72:7

**wanting**
51:17

**war**
33:25

**warden**
22:4 50:3,5
79:9

**wardens**
79:13

**Waseca**
50:25

**wash**
16:9

**water**
19:16 49:6

**weapon**
56:4

**week**
5:24 23:24

**wheelchair**
63:17 64:3

**When's**
25:18

**white**
16:16 25:13
59:19,21,22,
25

**who've**
39:18

**wholly**
74:21

**widow**
21:24

**width**
49:3

**wings**
15:13

**woman**
22:18,19,23,
24 23:6,7
24:24 34:15,
24 35:1 45:16
47:8,13 51:17
53:16 60:12
61:24 63:16

64:2 70:14,
16,24 73:1
74:25 76:18,
21 77:3,23
82:19,23

**women**
10:1 12:22,23
13:16 14:11
15:8 22:14,
15,16,17
24:6,8,9
27:21 34:7
37:14,16,23
38:4,5 40:12
51:21,22,24
53:2,5 54:3
55:1,18 56:15
57:14 59:1,10
60:8 61:4,18,
19,20 63:12,
15,18 67:9
68:22 69:12
70:10,11,17,
18 71:1,5
74:17,21 76:9
81:7 85:15

**women's**
30:7,10 34:4
40:4 43:24
54:19 56:18
57:7,8,9,22
59:18,24
60:22,23
62:5,8 64:16

**wondered**
64:9

**woods**
85:17

**word**
10:3,4

Rhonda Fleming
March 19, 2024

**words**
  22:24 66:21
  72:12 74:11
**work**
  36:22 67:8
  73:15
**world**
  76:15,16
**write**
  63:20
**wrong**
  26:11
**wrongfully**
  80:5

---

**Y**

---

**y'all**
  86:11
**yard**
  29:24
**year**
  5:5 28:21
  66:12
**years**
  7:16 33:9
  43:15 57:12
  59:12 65:8
**YMCA**
  54:24
**young**
  24:5,19

---

**Z**

---

**Zoom**
  6:6