IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

RHONDA FLEMING

PLAINTIFF
V.

CASE No.4:21cv325 MW/MJF

ERICA STRONG-Warden FCI Tallahassee,

Judeg:Mark E. Walker

Federal Bureau of Prisons,USA

DEFENDANTS

## MOTION TO INTERVENE

Comes Now Donna Langan- Also Known as Peter Langan,prisoner number 64023-061 ( hereafter Movant) to pray that the honorable Court allow her to file as an intervenor in this matter pursuant to the Federal Rules of Civil Procedure 24(a)(1) and (a)(2). In that the existing parties cannot adequately represent her interests in the above litigation, for the folowing reasons.

1. The Federal bureau of prisons has a history of changing it's rules in regard to the whims and wishes of what ever President is in power. The Federal Bureau has changed the Transgender offender Manual at least four times since 2016, especially in regards to the housing and treatment of Transgender inmates.

2. The incoming Trump administration has indicated by it's current words and past deeds that it is planing"on day one to ban all genderaffirming care in all federal facilities."

3. This movant has undergone Gender Confirmation Surgery, ( sex change) received on January 5th 2023. The Movant had to file a law suit against the BOP to receive said surgery. She was not born female, and could be transfered to a male prison if the



3. (continued ) Plaintiff prevailed in this instant case. Even though the Movant is now legaly " Female " in the eyes of the Federal Government . I am now legally and anitomically female.

4. The Plaintiff could reach a settlement that was contrary to the Movants, rights, safety, and security . As a result of this case. And the Movant would have no other recourse at law but to file a new civil action in this or other Courts. The Plaintiff has already filed a similar case against transgender prisoners herself and by proxy. The Movant is being unduley burndened by this Plaintiff once more, it is only fair to allow the Movant a seat at the table when issues that directly impact her and other similarly situated Movants.

5. The Movant as a prisoner in the same prison system that the plaintiff was in( Plaintiff now resides in a Halfway house) and as a person who has been falsely accused of misconduct by this Plaintiff I am in a unique position to give input to this Court as a trier of the facts in this case.

Conclusion

The Movant would ask this Court to allow her time to be able to obtain Counsel and provide further evidence before ruling to allow or disallow her to proceed as an intervenor. The Movant is asking for a stay of 90 days in any further proceedings are had in this matter. Thank You .

Respectfully Submitted

Donna Langan-Movant 1/21/2025

CERTIFICATE OF SERVICE

I ______________ do hereby by and affirm under the the penalty of purjury and pursuant ti Title 28 United states code section 1746, that I have served a true and correct copy of the attached document upon the opposing counsel on this 21st day of January 2025. U.S. Postage 1st class prepaid at their place of Business.

Donna Langan/aka Peter Langan

further affiant saith naught

Peter Langan
#64023-061, 2 North
Federal Medical Center, Carswell
P.O. Box 27137, 2 North
Ft. Worth, TX 76127

CERTIFIED MAIL
7022 1670 0001 7324 6152

FOREVER USA

Retail
UNITED STATES POSTAL SERVICE
32301
U.S. POSTAGE PAID
FCM LG ENV
NAVAL AIR STATION JRB
TX 76127
JAN 22, 2025
$0.00
S2324H504127-2
RDC 99

FMC Carswell
P.O. Box 27066
Fort Worth, TX 76127
Mailed: 1-21-25
The enclosed letter was processed through special mailing procedures for forwarding to you. The letter has neither been opened nor inspected. If the writer raises a question or problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. (4)

Clerk of U.S. Dist. Court
Tallahassee
United States Courthouse Annex
111 North Adams St. 3rd Floor
Tallahassee, FL 32301

Legal Mail

JAN 27 2025