IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RHONDA FLEMING,

    *Plaintiff*,

v.                                   Case No.: 4:21cv325-MW/MJF

KERRI PISTRO, WARDEN OF
FCI-TALLAHASSEE,

    *Defendant*.
_____/

## ORDER DENYING MOTION TO INTERVENE

This Court has considered, without hearing, Donna Langan's *pro se* motion to intervene. ECF No. 179. This Court previously entered judgment in this action on January 17, 2025. *See* ECF Nos. 176 and 177. This case presented a challenge to BOP's conduct solely as applied to Ms. Fleming. Accordingly, Ms. Langan has no right to intervene. Likewise, permissive intervention is also inappropriate, especially given that this Court has already entered judgment. The motion, ECF No. 179, is **DENIED**. The Clerk shall close the file.

**SO ORDERED on January 28, 2025.**

                                                          s/Mark E. Walker         
                                                          **Chief United States District Judge**