# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

RHONDA FLEMING,

    Plaintiff,

v.                                         Case No. 4:21-cv-325-MW-MJF

ERICA STRONG,
WARDEN OF FCI-TALLAHASSEE,

    Defendant.

_____/

## UNOPPOSED MOTION TO WITHDRAW

Undersigned counsel, pursuant to Local R. 11.1(F) and (H), moves to withdraw as counsel for Plaintiff, Rhonda Fleming, and as grounds states the following:

Counsels Jeffrey Bristol and Diego Pestana previously filed a Motion to Withdraw from this case on February 18, 2025. ECF 192. This Court granted the Motion on the same day. ECF 193. In her Motion, Ms. Fleming inadvertently forgot to include Mr. Paul Parrish who was also listed as counsel of record for Ms. Fleming in it Motion to Withdraw. Ms. Fleming wishes to remedy that error now.

WHEREFORE, the undersigned counsels respectfully request that the Court remove Mr. Paul Parrish as counsel of record for Ms. Fleming in the present matter.

Respectfully submitted,

| | |
|---|---|
| /s/ Jeffrey P. Bristol, Esq | /s/ Diego M. Pestana |
| Paul E. Parrish, Esq. | Diego M. Pestana |
| Florida Bar No. 373113 | Florida Bar No. 1004436 |
| Jeffrey P. Bristol | **THE SUAREZ LAW FIRM, P.A.** |
| Florida Bar No. 1022461 | 1011 West Cleveland Street |
| **PARRISH LAW, P.A.** | Tampa, FL 33606 |
| 1290 Highway A1A, Suite 101 | Telephone: (813) 229-0040 |
| Satellite Beach, FL 32937 | Facsimile: (813) 229-0041 |
| Telephone: (321) 622-4882 | dpestana@suarezlawfirm.com |
| Facsimile: (813) 712-8780 | *Counsel for Plaintiff Rhonda Fleming* |
| paul.parrish@theparrishlaw.com | |
| jeffrey.bristol@theparrishlaw.com | |
| nichole.perez@theparrishlaw.com | |
| ashli.scott@theparrishlaw.com | |
| *Counsel for Plaintiff Rhonda Fleming* | |

## **CERTIFICATE OF CONFERRAL**

I HEREBY CERTIFY that on the 25th day of March, counsel for Ms. Fleming conferred with counsel for Warden Strong who indicated no objection to the present motion.

/s/Jeffrey P. Bristol
Attorney

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 18th day of February, a true and correct copy of this document was served via CM/ECF and electronic mail on Marie A. Moyle, Esq. of the US Attorney's Office, Tallahassee, 111 N. Adams St., 4th FL, Tallahassee, Fl 32301, E-mail: marie.moyle@usdoj.gov.

/s/Jeffrey P. Bristol
Attorney