# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

July 03, 2025

Clerk - Northern District of Florida
U.S. District Court
111 N ADAMS ST
TALLAHASSEE, FL 32301

Appeal Number: 25-10495-A
Case Style: Rhonda Fleming v. Federal Bureau of Prisons, et al
District Court Docket No: 4:21-cv-00325-MW-MJF

The referenced appeal was dismissed.

Enclosed herewith is a copy of this court's order reinstating the appeal.

The parties have 14 days from the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, **if any**, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to refile the motion.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

REINST-1 Court Order Reinstatement

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 25-10495

_____

RHONDA FLEMING,

                                                     Plaintiff-Appellant,

*versus*

FEDERAL BUREAU OF PRISONS,
UNITED STATES OF AMERICA,
DIRECTOR, FEDERAL BUREAU OF PRISONS,
FCI TALLAHASSEE WARDEN,

                                                     Defendants-Appellees.

_____

Appeal from the United States District Court
for the Northern District of Florida
D.C. Docket No. 4:21-cv-00325-MW-MJF

2                      Order of the Court                      25-10495

_____

Before JILL PRYOR and BRANCH, Circuit Judges.

BY THE COURT:

      The motion to reinstate filed by the Appellant is hereby GRANTED. The parties have 14 days after the date of this order to file a notice with the Clerk specifying which motions mooted by the dismissal of this appeal, if any, are to be renewed. The time for filing a response to any renewed motion runs from the date the opposing party's notice is docketed. Parties seeking to renew a motion after the 14-day renewal period expires will be required to re-file the motion.